UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 13-14126 |
| NANOINK, INC. ) | | |
| ) | Chapter: | 7 |
| ) | Honorable Eugene Wedoff | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**ORDER ALLOWING FINAL COMPENSATION AND REIMBURSEMENT
OF EXPENSES INCURRED IN CONNECTION WITH THE SECOND INTERIM
AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR QUARLES & BRADY LLP,
ATTORNEYS FOR DEBORAH K. EBNER, TRUSTEE**

This cause coming to be heard on the Second Interim and Final Fee Application of Quarles & Brady LLP ("Q&B") as Attorneys for the Trustee (the "Final Application," capitalized terms used herein, but not otherwise defined, shall have the meaning ascribed to such terms in the Application); due notice having been given; the Court having heard the statements of counsel; and the Court being fully advised in the premises; the Court hereby enters the following FINDINGS:

A. In the Final Application, Q&B sought to make final this Court's September 18, 2013 award (the "Compensation Order") of $260,040.01, in interim compensation for 676.20 hours of services rendered, plus reimbursement of actual and necessary costs in the amount of $13,033.43 (100% of disbursements made), for the period April 9, 2013 through June 30, 2013.

B. Q&B received payment from Trustee of $208,032.01 in interim compensation, and 100% of the reimbursement of actual and necessary costs awarded in the Compensation Order. The Trustee withheld payment of 20% ($52,008) of the compensation approved in the Compensation Order.

C. During the Final Application Period, Q&B (a) has earned compensation in the amount of $116,284.50 for 316.8 hours of reasonable, actual, and necessary professional services rendered to the Trustee in connection with this case, and (b) has incurred $4,445.77 in reasonable, necessary, and reimbursable costs and expenses.

D. This matter is a core proceeding and this order is a final order as those terms are used in 28 U.S.C. §§ 157 and 158.

E. Notice of the Application was sufficient and no other or further notice is required.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Court hereby makes the award of interim fees and reimbursement of actual and necessary costs as set forth in the Compensation Order a final award.

2. Q&B is hereby allowed $110,920.02 as additional interim and final compensation for reasonable, actual, and necessary professional services rendered to the Trustee in connection with this case during the Final Application Period;

3. Q&B is hereby allowed $2,817.59 as additional, final reimbursement for reasonable and necessary costs and expenses incurred in connection with this case during the Final Application Period;

4. The Trustee is authorized to make payment to Q&B of 100% of the amount allowed as additional compensation for reasonable, actual, and necessary professional services rendered to the Trustee during the Final Application Period in connection with this case;

5. The Trustee is authorized to make payment to Q&B of 100% of the amount allowed as additional reimbursement for reasonable and necessary costs and expenses incurred on behalf of the Trustee during the Final Application Period; and

6. The Trustee is authorized to make payment to Q&B of $52,008 representing the 20% Holdback arising from the First Interim Application for Allowance of Compensation and Reimbursement of Expenses for Quarles & Brady LLP, Attorneys For Deborah K. Ebner, Trustee for the Bankruptcy Estate of NanoInk, Inc. (Docket No. 124).

Enter:

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated: September 03, 2014

**Prepared by:**

Faye B. Feinstein (ARDC #6186627)
Sarah K. Baker (ARDC #6298223)
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, IL  60654
(312) 715-5000