**FILED**

**SEP - 3 2014**

**EUGENE R. WEDOFF,
BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

    NANOINK, INC.

        Debtor.

Case No. 13 B 14126

Chapter 7

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING APPLICATION OF QUARLES & BRADY LLP, ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $116,284.50 | TOTAL COSTS REQUESTED: | $4,445.77 |
| TOTAL FEES REDUCED: | $5,364.48 | TOTAL COSTS REDUCED: | $1,628.18 |
| TOTAL FEES ALLOWED: | $110,920.02 | TOTAL COSTS ALLOWED: | $2,817.59 |

**TOTAL FEES AND COSTS ALLOWED: $113,737.61**

The time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(2)    Unreasonable Time**

The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

**(4)    Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(7)  Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(8)  Trustee Work Can Not Be Compensated As Professional Services**

"The Trustee cannot effectively expand the maximum limits of Section 326(a) by hiring other people to perform his duties for him, whether they are paralegals, attorneys, accountants or other professional persons, and utilize the potentially unlimited scope of Section 330 as a basis for award of reasonable compensation." *Boldt v. United States Trustee (In re Jenkins)*, 130 F.3d 1335, 1341 (9th Cir. 1997) (quoting *In re Prairie Cent. Ry. Co.*, 87 B.R. 952, 959 (Bankr. N.D. Ill. 1988)).

**(11)  Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

**(12)  Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated: September 3, 2014

Eugene R. Wedoff
United States Bankruptcy Judge

Deborah K. Ebner as Trustee for NanoInk, Inc.
RE: Professional Retention Chapter 7 Bankruptcy
Q & B Matter Number: 149929.00002

July 28, 2014
Invoice Number: ******
Page 2

| Date | Description | Professional | Hours | |
|---|---|---|---|---|
| 08/05/13 | Begin review of file and billing status regarding fee application. | SBAKER | 0.90 | |
| 08/08/13 | Review e-mail from D. Ebner regarding retention applications. | SBAKER | 0.20 | |
| 08/12/13 | Continue review of invoices regarding preparation of fee application. | SBAKER | 1.20 | |
| 08/14/13 | Begin draft of interim fee application. | SBAKER | 3.50 | |
| 08/15/13 | Continue draft of interim fee application. | SBAKER | 6.00 | |
| 08/15/13 | Review and revise pro-formas with respect to preparation of fee application. | FFEINSTE | 0.50 | |
| 08/16/13 | Review e-mail from D. Ebner regarding fee applications.(2)(8) | SBAKER | 0.10 | -.10 |
| 08/19/13 | Telephone calls with D. Ebner regarding fee applications.(2)(8) | SBAKER | 0.20 | -.20 |
| 08/19/13 | Draft e-mails to D. Ebner regarding fee applications.(2)(8) | SBAKER | 0.20 | -.20 |
| 08/19/13 | Telephone call with R. Young regarding patent matters. | SBAKER | 0.10 | |
| 08/19/13 | Continue draft of fee application. | SBAKER | 3.00 | |
| 08/20/13 | Draft Proposed Order regarding First Interim Fee Application. | SBAKER | 1.00 | |
| 08/20/13 | Draft combined Notice of Hearing on all professionals Interim Fee Applications. | SBAKER | 1.00 | |
| 08/20/13 | Review and respond to e-mails from D. Ebner regarding fee applications. | SBAKER | 0.20 | |
| 08/21/13 | Telephone calls with D. Ebner regarding fee applications.(2)(8) | SBAKER | 0.30 | |
| 08/22/13 | Review First Interim Fee Application, Order and Notices. | SBAKER | 2.00 | |
| 08/22/13 | Prepare Exhibits for First Interim Fee Application and file. | SBAKER | 2.50 | |
| 08/22/13 | Final revisions to fee application.(2)(4) | FFEINSTE | 2.00 | -2 |
| 09/17/13 | Prepare for hearing on fee applications. | SBAKER | 1.00 | |
| 09/18/13 | Attend hearing on fee applications. | SBAKER | 1.00 | |
| 09/20/13 | Review and respond to e-mails regarding fee applications. | SBAKER | 0.20 | |

2.80 hrs

Deborah K. Ebner as Trustee for NanoInk, Inc.　　　　　　July 28, 2014
RE: Professional Retention Chapter 7 Bankruptcy　　　　Invoice Number: ******
Q & B Matter Number: 149929.00002　　　　　　　　　　　Page 3

**FEE SUMMARY:**

| ID | Name | | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| FFEINSTE | Faye B. Feinstein | -2 hrs. | 2.50 | 615.00 | 1,537.50 | −1,230.00 |
| SBAKER | Sarah K. Baker | -.80 | 24.60 | 345.00 | 8,487.00 | −276.00 |
| Total | | | 27.10 | | 10,024.50 | |

　　　　Total Fees:　　　　　　　　　　　　　　　　　　$　　10,024.50

**DISBURSEMENTS:**

| 09/30/13 | Petty Cash Cab from court to office | 8.00 |
|---|---|---|
| | Copy charges | 72.00 |
| | Pacer research charges | 2.40 |
| | Total Disbursements: | $　　82.40 |
| | Total Fees and Disbursements: | $　　10,106.90 |

−1,506.α

Deborah K. Ebner as Trustee for NanoInk, Inc.  
RE: Assets Chapter 7 Bankruptcy  
Q & B Matter Number: 149929.00004

July 28, 2014  
Invoice Number: ******  
Page 7

| Date | Description | Professional | Hours |
|---|---|---|---|
| 10/21/13 | Receive and respond to communication from Marbury Law firm (Steve Rutt's new law firm) informing us of mis-sent communication from Chinese law firm, review same and consider same in view of upcoming deadlines list, confirm receipt of same with Steve (.4); receive response from Arrowhead CFO indicating that they have no interest in proceeding with Caltech application having outstanding Office action (that was sublicensed to NanoInk), save record of same (.3); receive communication from Japan regarding upcoming request for examination, add date to deadline list (.4); review deadlines list and upcoming deadlines (.2). | DARK | 1.30 |
| 10/23/13 | Receive invoice and communication relating to Foley 0803, forward invoice for processing (.2); Receive Foley e-mail with correspondence from last week, confirm that all actions have been added to deadline sheet or that abandonments were intended (.4). | DARK | 0.60 |
| 10/24/13 | Telephone call with A. Born regarding sale of Debtor assets. | SBAKER | 0.20 |
| 10/25/13 | Review e-mail from and draft e-mail to A. Born regarding Novartis. | SBAKER | 0.20 |
| 10/29/13 | Review claims register regarding demand letters. | SBAKER | 0.50 |
| 10/29/13 | Receive communication from Steve Rutt containing voicemail from U.S. Patent Office for NanoInk case, confirm receipt of email and listen to voicemail, check status of application to ensure that lack of filing was intentional and for one of the cases we are still monitoring, return call to examiner indicating that no response was filed. | DARK | 0.40 |
| 10/30/13 | Telephone conference with Mr. Ark regarding pending matters, Cal Tech (.3). | RYOUNG | 0.30 |
| 10/31/13 | Review petition and schedules regarding pre-payment to Asylum Research. | SBAKER | 0.50 |
| 10/31/13 | Draft e-mail to D. Ebner regarding prepayment to Asylum Research. | SBAKER | 0.20 |
| 10/31/13 | Receive reminder regarding maintenance fee from Northwestern from Bereskin & Parr for mis-directed communication to them, confirm deadline is on deadline sheet, prepare and send response to Northwestern and foreign law firm indicating that we should receive communications for NanoInk-owned applications and patents (.4). | DARK | 0.40 |

Handwritten annotations: "~.3" near 10/21/13 entry; ".2" near 10/21/13 entry.

Deborah K. Ebner as Trustee for NanoInk, Inc.
RE: Assets Chapter 7 Bankruptcy
Q & B Matter Number: 149929.00004

July 28, 2014
Invoice Number: ******
Page 13

| Date | Description | Professional | Hours |
|---|---|---|---|
| 01/10/14 | Receive e-mail from Dennis Quaid regarding Asset Purchase Agreement and assignments, briefly review agreement and confer with Rick Young regarding same, review schedule A (listing assets) and preform determine of status of applications listed in same identifying lapse applications as well as applications having deadlines upcoming within the next few months, prepare and draft response letter for same, outlining various issues with items on Schedule A that need to be address (3.8) receive communication from Isenbruck with copies of Notices regarding lapse of rights from European Patent Office, confirm that same were intended based on monitoring sheet (.3). | DARK | 4.10 −3.8 |
| 01/10/14 | Review and revise asset purchase agreement; telephone conference with Mr. Ark. | RYOUNG | 1.50 |
| 01/14/14 | Telephone conference with Mr. Ark regarding status, Japan. | RYOUNG | 0.30 |
| 01/14/14 | Receive and review communication relating to Japanese Request for Examination and upcoming deadline in which they indicate that absent our instruction they will pay $4100 request fee, consider same in consideration of possible pending sale of assets to Advanced Nanosolutions (as asset is listed on Schedule, but would expire prior to approval of transaction), call Dennis Quaid to discuss same and various items relating to potential sale and issues surrounding same, further write Dennis Quaid with information relating to same phone discussion, including redlined copy of APA, write Japanese handling attorney regarding potential sale of asset indicating that absent other word from us they should not pay request fees (1.7). | DARK | 1.70 |
| 01/15/14 | Review Canadian communication regarding upcoming annuities, confirm same are listed on deadline sheet (.2). | DARK | 0.20 |
| 01/16/14 | Telephone conference with Mr. Ark regarding Japan pending matters; interim procedures with potential buyer. | RYOUNG | 0.40 |

Deborah K. Ebner as Trustee for NanoInk, Inc.  
RE: Assets Chapter 7 Bankruptcy  
Q & B Matter Number: 149929.00004

July 28, 2014  
Invoice Number: ******  
Page 18

| Date | Description | Professional | Hours |
|---|---|---|---|
| 03/04/14 | Receive notice regarding lapse of Australian patent application and make note of same in deadlines spreadsheet (.3); Confer regarding handling of foreign invoices, speaking with bankruptcy trustee regarding same, confirm with accounting that certain invoices could be paid and billed to trustee under single number, forward same invoices to accounting for payment and processing (.8); consider upcoming sale of certain assets to Advanced Nanosolutions and potential transfer of files relating to same, call and leave message for Dennis Quaid regarding same, begin internal conversations regarding transfer of two applications from Quarles and other files from Foley (.6). | DARK | 1.70 |
| 03/05/14 | Receive and review notice regarding Canadian maintenance fee, respond to same and confirm that deadline is on monitoring spreadsheet (.3). | DARK | 0.30 −.3 |
| 03/07/14 | Receive communication regarding Canadian maintenance fees and make note on spreadsheet regarding same (.2). | DARK | 0.20 −.2 |
| 03/10/14 | Follow up with Dennis Quaid regarding potential sale and transfer of patent assets to Advanced Nanosolutions (.3). | DARK | 0.30 |
| 03/10/14 | Telephone conference with Mr. Ark regarding transfer of responsibility for patents. | RYOUNG | 0.30 |
| 03/11/14 | Receive communications relating to sale for review (i.e., assignment papers) and consider same, reply relating to signature of same, review email regarding trademark and forward same (.7); review incoming foreign correspondence (.2). | DARK | 0.90 |
| 03/12/14 | Review trademark status and draft email regarding NANO-GUARDIAN trademark rights. | RYOUNG | 0.30 |
| 03/18/14 | Prepare correspondence to Dennis Quaid for forwarding to Advanced Nanosolutions attorney regarding transfer of files and foreign attorneys handling same. | DARK | 0.90 |
| 03/19/14 | Attention to transfer. | RYOUNG | 0.20 |
| 03/19/14 | Prepare and send letter to European handling attorney, indicating sale of assets has occurred and responsibility for these applications is now no longer with trustee and indicate that, for one of upcoming dates, Advanced Nanosolutions or their counsel may be in contact with them (.4). | DARK | 0.40 |

Deborah K. Ebner as Trustee for NanoInk, Inc.  
RE: Assets Chapter 7 Bankruptcy  
Q & B Matter Number: 149929.00004

July 28, 2014  
Invoice Number: ******  
Page 19

| Date | Description | Professional | Hours |
|---|---|---|---|
| 03/21/14 | Review and reply to letter from Bo He regarding sold assets, indicating that delay to transfer is at his own risk, that trustee bears no responsibility for matters, and that he should obtain his own IP counsel to ensure no deadlines are missed (.7). | DARK | 0.70 |
| 03/21/14 | Telephone conference with Dan Ark regarding transfer of IP. | RYOUNG | 0.20 |
| 03/24/14 (12) | Forward invoice for Israeli trademark application to accounting for processing and billing (.2). | DARK | 0.20  -.20 |
| 03/25/14 | Receive and review incoming communications from Foley from USPTO, make notes regarding same on docket sheet (.4). | DARK | 0.40 |
| 03/27/14 | Receive email from foreign handling attorney regarding loss of rights for GTRC, reply to same noting change in ownership and to communicate directly with GTRC (.3); receive and review six incoming notices regarding loss of rights, add same to deadline list (.9); receive notice for loss of rights in Europe due to non-payment of maintenance fee, prepare and send reply to foreign attorney (copying Bo He of Advanced Nanosolutions) indicating that trustee is no longer owner of application and responsibility now rests with Advanced Nanosolutions, further note deadline of 3/30 and that Advanced is responsible for handling that deadline as well (.8); Discuss remaining actions to be completed before we can step out of IP management and prepare email to trustee regarding same (.7); In view of instructions to wind down IP handling, instruct assistant to prepare lists of properties to be transmitted to foreign attorneys for stop work orders (.4); prepare draft letter to foreign firms for stop work order, making special provisions to letters for firms that are handling sold assets or are handling jointly-owned assets (2.1); prepare draft letter to Northwestern regarding jointly owned assets believed to be active and indicating that trustee will not continue to monitor or pay any fees for these or other jointly owned assets (1.3). | DARK | 6.50 |
| 03/27/14 | Emails; telephone conferences with Mr. Ark regarding conclusion of matter. | RYOUNG | 0.40 |

Deborah K. Ebner as Trustee for NanoInk, Inc.  
RE: Assets Chapter 7 Bankruptcy  
Q & B Matter Number: 149929.00004

July 28, 2014  
Invoice Number: ******  
Page 21

| Date | Description | Professional | Hours |
|---|---|---|---|
| 04/14/14 | Review incoming Taiwanese response to stop work instructions, confirm that all of the listed applications/patents are solely owned by NanoInk and that foreign attorney is not abandoning applications/patents beyond NanoInk ownership (.4). | DARK | 0.40 |
| 04/16/14 | E-mail exchanges with potential IP purchaser and with R. Young regarding potential sale. | FFEINSTE | 0.30 |
| 04/16/14 | Telephone conferences with Mr. Ark, Ms. Feinstein regarding potential buyer of dip pen technology (.5). | RYOUNG | 0.50 |
| 04/16/14 | Receive notification of potential purchaser for remaining dip pen nanolithography technologies; confer regarding same with Rick Young and status of portfolio; send asset master list to Rick for transmission to client, noting that primary issue at this point appears to be purchaser misunderstanding of rejected licenses; after receiving suggestion to prepare enumerated list of remaining assets, discuss alternative handling of same as preparing such list would take approximately 6 hours and has not been yet asked for by potential purchaser (1.4). | DARK | 1.40 |
| 04/22/14 | Receive notice from European firm relating to credit due and offsetting fees for actions due, review offsetting fees and respond with confirmation that bankruptcy trustee will provide bank account information for refund payment (.5). | DARK | 0.50  -.50 |
| 05/21/14 | Receive email from Dennis Quaid with questions regarding trustee's right to sell assets under license agreement in view of offer received from Anton Paar; review attachments relating to offer; prepare and send response explaining that any item on attachment including university name in parenthesis was under license and the licenses were all rejected last year; note potential issues for sale of these assets in view of blocking rights created by university-owned patents. | DARK | 1.30 |

Handwritten annotations on 04/22/14 row: IP (4) (8)

Deborah K. Ebner as Trustee for NanoInk, Inc.  July 28, 2014
RE: Assets Chapter 7 Bankruptcy  Invoice Number: ******
Q & B Matter Number: 149929.00004  Page 22

## FEE SUMMARY:

| ID | Name | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| FFEINSTE | Faye B. Feinstein | 1.70 | 630.00 | 1,071.00 | |
| RYOUNG | Richard W. Young | 14.20 | 670.00 | 9,514.00 | |
| DARK | Daniel J. Ark | −5.3 103.20 | 305.00 | 31,476.00 | −1616.50 |
| SBAKER | Sarah K. Baker | 6.40 | 365.00 | 2,336.00 | |
| Total | | 125.50 | | 44,397.00 | |

Total Fees:  $  44,397.00

## DISBURSEMENTS:

| 01/15/14 | Wilkinson & Grist Associate services for reporting publication regarding NANOPROFESSOR and Design trademark application in China in class 41 Application # 8620434 - invoice 1162111 dated 11/14/2013 | $ | 105.66 |
|---|---|---|---|
| 03/10/14 | Davies Collison Cave Associate services for receiving, processing and providing advice to request examination, including entering relevant data into our practice management system and advising on the examination deadline regarding Australian Patent Application # 2010236563 - invoice 100141176 dated 02/19/2014 | | 238.05 |
| 03/10/14 | Davies Collison Cave Associate services for receiving, processing and providing advice to request examination, including entering relevant data into our practice management system and advising on the examination deadline regarding Australian Patent Application # 2010273486 - invoice 100141467 dated 02/21/2014 | | 238.03 |
| 03/10/14 | Davies Collison Cave Associate services for receiving, processing and providing advice to request examination, including entering relevant data into our practice management system and advising on the examination deadline regarding Australian Patent Application # 2010206594 - invoice 100141564 dated 02/21/2014 | | 238.03 |
| 03/10/14 | Davies Collison Cave Associate services for receiving, processing and providing advice to request examination, including entering relevant data into our practice management system and advising on the examination deadline regarding Australian Patent Application # 2010266375 - invoice 100141437 dated 02/21/2014 | | 238.03 |

Deborah K. Ebner as Trustee for NanoInk, Inc.  July 28, 2014
RE: Executory Contracts and Leases Chapter 7 Bankruptcy   Invoice Number: ******
Q & B Matter Number: 149929.00006   Page 19

| Date | Description | Professional | Hours |
|---|---|---|---|
| 07/01/13 | Telephone conference with Mr. Ark regarding transfer of responsibility for Northwestern University owned cases. | RYOUNG | 0.30 |
| 07/01/13 | Call Dan DeMarah at Northwestern to discuss rejection of license and initiation of file transfer from Foley to Marshall Gerstein, in consideration of same, prepare letter summarizing next actions, indicating that trustee would not take any further action on said Northwestern matters, update and provide copy of Northwestern deadline spreadsheet as well as maintenance annuities, submit letter to Rick Young for consideration and review prior to transmission to Northwestern (3.4); Prepare papers for filing Notice of Appeal for Foley 0525, instruct regarding filing of same with USPTO (1.4). | DARK | 4.80 |
| 07/02/13 | Review Rick Young's updates to letter to Northwestern regarding initiation of file transfer and providing our information to ensure smooth transition, send same (.3); instruct regarding reporting of filing of Notice of Appeal to Foley for Foley no. 0525 (.1); call Caltech Office of Technology Transfer yet again to establish point of contact for reporting of Office action, leave message regarding same (.1). | DARK | 0.50 |
| 07/02/13 | Revise email to Northwestern University regarding transfer of responsibility. | RYOUNG | 0.40 |
| 07/03/13 | Review revised Janssen stipulation. | SBAKER | 0.20 |
| 07/09/13 | Confer with Rick Young regarding jointly owned Northwestern / NanoInk patent applications in view of rejection of license and handling of same (.2); receive and address reminders relating to Canadian maintenance fees (.4). | DARK | 0.60 |
| 07/22/13 | Telephone conference with Mr. Ark regarding ULIVE annuity (.2); draft email to Trustee regarding ULIVE annuity (.3); telephone conference with Chicago Tribune (.5). | RYOUNG | 1.00 |
| 07/22/13 | Confer with Rick Young regarding handling of ULive-licensed IP in view of fact that ULive is attempting to directly communication with bankruptcy trustee; attempt to call Iain Armstrong at Harrison Goddard Foote (ULive outside counsel) to request that any communications between ULive and trustee are routed through IP attorneys, leave message with assistant (.6). | DARK | 0.60 |
| 07/26/13 | Call Harrison Goddard Foote in UK to discuss handling of ULive matters (e.g., to ensure that ULive does not directly contact trustee), receive confirmation that Iain Armstrong is on holiday (.1). | DARK | 0.10 |

Handwritten annotations on 07/01/13 DARK entry: "-.4 (?)", "(-.2) -.4", and in right margin "-.8"

Deborah K. Ebner as Trustee for NanoInk, Inc.
RE: Executory Contracts and Leases Chapter 7 Bankruptcy
Q & B Matter Number: 149929.00006

July 28, 2014
Invoice Number: ******
Page 20

| Date | Description | Professional | Hours |
|---|---|---|---|
| 08/09/13 | Review e-mail form D. Ebner regarding post-petition rent changes. | SBAKER | 0.20 |
| 08/12/13 | Telephone call with D. Ebner regarding post-petition rent and expenses. | SBAKER | 0.10 |
| 08/13/13 | Research regarding broom claim provisions in rejected leases. | SBAKER | 2.00 |
| 08/13/13 | Review e-mails from D. Ebner regarding post-petition rent. | SBAKER | 0.20 |
| 08/28/13 | Telephone call with D. Ebner regarding payment of utility charges. | SBAKER | 0.20 |
| 09/23/13 | Review and respond to e-mail from K. Higgins regarding University of Illinois patent licenses. | SBAKER | 0.50 |
| 09/23/13 | Telephone calls with R. Young regarding University of Illinois patent licenses. | SBAKER | 0.30 |
| 09/23/13 | Telephone call with D. Quaid regarding patent licenses and marketing agreement. | SBAKER | 0.20 |
| 09/23/13 | Draft e-mail to D. Ebner regarding University of Illinois patent licenses. | SBAKER | 0.30 |
| 09/23/13 | Review e-mail from University of Illinois (0.1); conference with S. Baker regarding University of Illinois license agreements and patents (0.1). | FFEINSTE | 0.20 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| FFEINSTE | Faye B. Feinstein | 0.20 | 615.00 | 123.00 | |
| RYOUNG | Richard W. Young | 1.70 | 655.00 | 1,113.50 | |
| DARK | Daniel J. Ark | -.8 6.60 | 280.00 | 1,848.00 | -224.00 |
| SBAKER | Sarah K. Baker | 4.20 | 345.00 | 1,449.00 | |
| Total | | 12.70 | | 4,533.50 | |

Total Fees:                                                              $    4,533.50

**DISBURSEMENTS:**

Pacer research charges                                                                5.60

Deborah K. Ebner as Trustee for NanoInk, Inc.  
RE: Executory Contracts and Leases Chapter 7 Bankruptcy  
Q & B Matter Number: 149929.00006  

July 28, 2014  
Invoice Number: ******  
Page 26

| Date | Description | Professional | Hours |
|---|---|---|---|
| 10/29/13 | Review deadline sheets and call Sarah Baker to see whether we've located Caltech/Arrowhead agreement in view of upcoming response deadline and impending rejection of licenses only shortly before this deadline (.4). | DARK | 0.40 |
| 10/30/13 | Review Arrowhead License Agreement. | SBAKER | 0.50 |
| 10/30/13 | Telephone call with D. Ark regarding rejection of executory contracts. | SBAKER | 0.20 |
| 10/30/13 | ⑦ Receive and review Caltech/Arrowhead agreement and review provisions relating to responsibility for prosecution of patent applications, prepare and send notice to Caltech/Arrowhead in view of 12/6 response deadline indicate that trustee is not likely to file response and that license is set to be rejected upon court order on 11/15, send same with request for read receipt, after bounce back from Caltech provide followup call and leave voicemail regarding same and forward email to appropriate individual (2.6); receive e-mail from Lungtin regarding payment of maintenance fee and follow up regarding deferral of same via email (.3). | DARK | 2.90 −.29 |
| 11/06/13 | Confer regarding preparation of letters to licensing counterparties upon anticipated rejection of licenses. | DARK | 0.60 |
| 11/11/13 | Draft notices to Caltech, Arrowhead, Stanford, Georgia Tech Research Corporation and Ulive relating to impending rejection of license; review list of outstanding deadlines and applications under various agreements. | DARK | 5.30 |
| 11/14/13 | Take call from Ms. Dunn at Georgia Tech Research Corporation regarding forward handling of GTRC-owned properties in view of impending rejection of license. | DARK | 0.40 |
| 11/21/13 | Finish preparation of letters for notification of licensing counterparties including drafting of UIUC letter, review status of items listed on letters, forward letters to Mr. Young for review prior to sending to trustee. | DARK | 3.80 |
| 11/22/13 | Revise letters to licensing counterparties per edits of Mr. Young; forward drafts to trustee for review (1.3). | DARK | 1.30 |
| 11/22/13 | Review and revise draft letters to licensors regarding rejection of licenses (.7); telephone conference with Mr. Ark (.3). | RYOUNG | 1.00 |
| 11/27/13 | Telephone conference with Mr. Quaid regarding letters to licensing counter parties, finalize and send same (2.1); draft letters to foreign associates regarding future handling of various specific properties for Ulive and UIUC owned cases (2.4). | DARK | 4.50 |

Deborah K. Ebner as Trustee for NanoInk, Inc.  
RE: Executory Contracts and Leases Chapter 7 Bankruptcy  
Q & B Matter Number: 149929.00006

July 28, 2014  
Invoice Number: ******  
Page 27

| Date | Description | Professional | Hours |
|---|---|---|---|
| 11/29/13 | Review communication from Ulive relating to rejection of license draft e-mail response to Ulive in-house contacts. | DARK | 0.40 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| RYOUNG | Richard W. Young | 1.00 | 670.00 | 670.00 |
| DARK | Daniel J. Ark | 24.80 | 305.00 | 7,564.00  −88.45 |
| SBAKER | Sarah K. Baker | 3.80 | 365.00 | 1,387.00 |
| Total | | 29.60 | | 9,621.00 |

Total Fees:   $   9,621.00

Deborah K. Ebner as Trustee for NanoInk, Inc.  July 28, 2014
RE: Professional Retention Chapter 7 Bankruptcy  Invoice Number: ******
Q & B Matter Number: 149929.00002  Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 03/12/14 | Review invoices regarding preparation of fee application. | SBAKER | 2.30 |
| 03/12/14 | Begin draft of fee application. | SBAKER | 4.20 |
| 03/17/14 | Continue draft of fee application. | SBAKER | 2.50 |
| 06/30/14 | Draft final fee application. | SBAKER | 4.50 |
| 07/02/14 | REview and revise final fee application and revise draft order regarding same. | FFEINSTE | 1.00 |
| 07/28/14 | Revise fee application. | FFEINSTE | 1.00 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| FFEINSTE | Faye B. Feinstein | 2.00 | 630.00 | 1,260.00 |
| SBAKER | Sarah K. Baker | 13.50 | 365.00 | 4,927.50 |
| Total | | 15.50 | | 6,187.50 |

② [Over 5% of fees]

Total Fees:  $  6,187.50  −545.03

**DISBURSEMENTS:**

Pacer research charges  11.30

Total Disbursements:  $  11.30

Total Fees and Disbursements:  $  6,198.80

Deborah K. Ebner as Trustee for NanoInk, Inc.  
RE: General/Costs Chapter 7 Bankruptcy  
Q & B Matter Number: 149929.00005

July 28, 2014  
Invoice Number: ******  
Page 18

| Date | Description | Professional | Hours |
|---|---|---|---|
| 08/21/13 | Review e-mail from D. Ebner regarding Electric Bill. | SBAKER | 0.10 |
| 08/27/13 | Draft and review emails from F. Feinstein and D. Ebner regarding utility payments. | SBAKER | 0.50 |
| 08/28/13 | Draft Motion to pay utility charges. | SBAKER | 2.00 |
| 08/28/13 | Conference with S. Baker regarding drafting utility motion. | FFEINSTE | 0.20 |
| 08/29/13 | Review and revise utility motion. | FFEINSTE | 0.50 |
| 08/29/13 | Revise and file motion for authorization to pay utilities. | SBAKER | 2.50 |
| 08/29/13 | Review e-mail from D. Ebner regarding utilities motion. | SBAKER | 0.10 |
| 08/30/13 | Review and respond to e-mail from A. Scandora regarding Trustee's web site. | SBAKER | 0.20 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| FFEINSTE | Faye B. Feinstein | -.4  0.70 | 615.00 | 430.50 | -246.00 |
| SBAKER | Sarah K. Baker | -3.3  5.40 | 345.00 | 1,863.00 | -1,138.50 |
| Total | | 6.10 | | 2,293.50 | |

Total Fees:                                              $     2,293.50

*(handwritten: ②)*

**DISBURSEMENTS:**

| 08/12/13 | Chicago Messenger Service, Inc Delivery to Tony Scandora 4/26/13 | $ | 44.95 |
|---|---|---|---|

Total Disbursements:                                   $        44.95

Total Fees and Disbursements:                          $     2,338.45

Deborah K. Ebner as Trustee for NanoInk, Inc.  August 06, 2014
RE: Professional Retention Chapter 7 Bankruptcy  Invoice Number: ******
Q & B Matter Number: 149929.00002  Page 2

**DISBURSEMENTS:**

| Date | Description | Amount |
|---|---|---|
| 07/03/13 | USPTO charges Extension for response within third month (Filing Date: Jul 1 2013) | 1,400.00 |
| 07/03/13 | USPTO charges Notice of appeal (Filing Date: Jul 1 2013) | 800.00 |
| 08/14/13 | INTERNATIONAL UPS delivery to Dir. of Research, University of Liverpool - Liverpool UNITED KINGDOM | 31.12 |
| 08/14/13 | INTERNATIONAL UPS delivery to Dir. of Research & Innovation, University of Strathclyde - Glasgow UNITED KINGDOM | 31.12 |
| 09/30/13 | Petty Cash Cab from court to office | $ 8.00 |
| 01/15/14 | Wilkinson & Grist Associate services for reporting publication regarding NANOPROFESSOR and Design trademark application in China in class 41 Application # 8620434 - Invoice 1162111 dated 11/14/2013 | 105.66 |
| 03/10/14 | Davies Collison Cave Associate services for receiving, processing and providing advice to request examination, including entering relevant data into our practice management system and advising on the examination deadline regarding Australian Patent Application # 2010236563 - invoice 100141176 dated 02/19/2014 | 238.05 |
| 03/10/14 | Davies Collison Cave Associate services for receiving, processing and providing advice to request examination, including entering relevant data into our practice management system and advising on the examination deadline regarding Australian Patent Application # 2010273486 - invoice 100141467 dated 02/21/2014 | 238.03 |
| 03/10/14 | Davies Collison Cave Associate services for receiving, processing and providing advice to request examination, including entering relevant data into our practice management system and advising on the examination deadline regarding Australian Patent Application # 2010206594 - invoice 100141564 dated 02/21/2014 | 238.03 |
| 03/10/14 | Davies Collison Cave Associate services for receiving, processing and providing advice to request examination, including entering relevant data into our practice management system and advising on the examination deadline regarding Australian Patent Application # 2010266375 - invoice 100141437 dated 02/21/2014 | 238.03 |

Handwritten annotations next to last four 03/10/14 entries: ④ ⑧ ⑪

Handwritten next to last amount: -238.03 × 4

Deborah K. Ebner as Trustee for NanoInk, Inc.  
RE: Professional Retention Chapter 7 Bankruptcy  
Q & B Matter Number: 149929.00002

August 06, 2014  
Invoice Number: ******  
Page 3

| Date | Description | Amount |
|---|---|---|
| 03/10/14 | Davies Collison Cave Associate services for receiving, processing and providing advice to request examination, including entering relevant data into our practice management system and advising on the examination deadline regarding Australian Patent Application # 2010206592 - invoice 100141560 dated 02/21/2014 | 238.03 |
| 03/10/14 | Davies Collison Cave Associate services for receiving, processing and providing advice to request examination, including entering relevant data into our practice management system and advising on the examination deadline regarding Australian Patent Application # 2010206595 - invoice 100141570 dated 02/21/2014 | 238.03 |
| 04/24/14 | Eitan, Mehulal & Sadot Associate services for reporting office action and receiving instructions regarding NANOINK trademark application in class 01, 09 Application # 246423 in Israel - invoice 714519 dated 12/29/2013 | 200.00 |
| 04/28/14 | Bank wire transfer fee will be added to $200.00; ref: 31752308 | 17.00 |
| 08/12/13 | Chicago Messenger Service, Inc Delivery to Tony Scandora 4/26/13 | 44.95 |
|  | Copy charges | 72.00 |
|  | Pacer research charges | 28.40 |
| **Total Disbursements:** | | **4,166.45** |

Handwritten annotations: circled "4", "8", "11" next to first three entries; "-238.03 x 2"; "-200.00"