**FILED**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SEP 23 2014

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re:                                             )
                                                   )
    NANOINK, INC.                              )    Case No. 13 B 14126
                                                   )
                                                   )
                                                   )
                                                   )    Chapter 7
    Debtor.                                    )
_____)

**AMENDED FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING APPLICATION OF QUARLES & BRADY LLP, ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $116,284.50 | TOTAL COSTS REQUESTED: | $4,445.77 |
| TOTAL FEES REDUCED: | $5,364.48 | TOTAL COSTS REDUCED: | $1,628.18 |
| TOTAL FEES RESTORED: | $1,095.26 | TOTAL COSTS RESTORED: | $1,628.18 |
| TOTAL FEES ALLOWED: | $112,015.28 | TOTAL COSTS ALLOWED: | $4,445.77 |

**TOTAL FEES AND COSTS ALLOWED: $116,461.05**

The time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(2)     Unreasonable Time**

    The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

    As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

**(4)     Insufficient Description**

    The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted]

Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(7)    Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(8)    Trustee Work Can Not Be Compensated As Professional Services**

"The Trustee cannot effectively expand the maximum limits of Section 326(a) by hiring other people to perform his duties for him, whether they are paralegals, attorneys, accountants or other professional persons, and utilize the potentially unlimited scope of Section 330 as a basis for award of reasonable compensation." *Boldt v. United States Trustee (In re Jenkins)*, 130 F.3d 1335, 1341 (9th Cir. 1997) (quoting *In re Prairie Cent. Ry. Co.*, 87 B.R. 952, 959 (Bankr. N.D. Ill. 1988)).

**(11)    Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

**(12)    Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated: September 23, 2014

_____
Eugene R. Wedoff
United States Bankruptcy Judge

Deborah K. Ebner as Trustee for NanoInk, Inc.                                    July 28, 2014
RE: Professional Retention Chapter 7 Bankruptcy                                  Invoice Number: ******
Q & B Matter Number: 149929.00002                                                Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 08/05/13 | Begin review of file and billing status regarding fee application. | SBAKER | 0.90 |
| 08/08/13 | Review e-mail from D. Ebner regarding retention applications. | SBAKER | 0.20 |
| 08/12/13 | Continue review of invoices regarding preparation of fee application. | SBAKER | 1.20 |
| 08/14/13 | Begin draft of interim fee application. | SBAKER | 3.50 |
| 08/15/13 | Continue draft of interim fee application. | SBAKER | 6.00 |
| 08/15/13 | Review and revise pro-formas with respect to preparation of fee application. | FFEINSTE | 0.50 |
| 08/16/13 | Review e-mail from D. Ebner regarding fee applications (2)(8) | SBAKER | 0.10  -.10 |
| 08/19/13 | Telephone calls with D. Ebner regarding fee applications (2)(8) | SBAKER | 0.20  -.20 |
| 08/19/13 | Draft e-mails to D. Ebner regarding fee applications (2)(8) | SBAKER | 0.20  -.20 |
| 08/19/13 | Telephone call with R. Young regarding patent matters. | SBAKER | 0.10 |
| 08/19/13 | Continue draft of fee application. | SBAKER | 3.00 |
| 08/20/13 | Draft Proposed Order regarding First Interim Fee Application. | SBAKER | 1.00 |
| 08/20/13 | Draft combined Notice of Hearing on all professionals Interim Fee Applications. | SBAKER | 1.00 |
| 08/20/13 | Review and respond to e-mails from D. Ebner regarding fee applications. | SBAKER | 0.20 |
| 08/21/13 | Telephone calls with D. Ebner regarding fee applications (2)(8) | SBAKER | 0.30 |
| 08/22/13 | Review First Interim Fee Application, Order and Notices. | SBAKER | 2.00 |
| 08/22/13 | Prepare Exhibits for First Interim Fee Application and file. | SBAKER | 2.50 |
| 08/22/13 | Final revisions to fee application. (2)(4) | FFEINSTE | 2.00 -2 |
| 09/17/13 | Prepare for hearing on fee applications. | SBAKER | 1.00 |
| 09/18/13 | Attend hearing on fee applications. | SBAKER | 1.00 |
| 09/20/13 | Review and respond to e-mails regarding fee applications. | SBAKER | 0.20 |

Findings stand.

2.80 hrs

Deborah K. Ebner as Trustee for NanoInk, Inc.  
RE: Assets Chapter 7 Bankruptcy  
Q & B Matter Number: 149929.00004

July 28, 2014  
Invoice Number: ******  
Page 13

| Date | Description | Professional | Hours |
|---|---|---|---|
| 01/10/14 | (Receive e-mail from Dennis Quaid regarding Asset Purchase Agreement and assignments, briefly review agreement and confer with Rick Young regarding same, review schedule A (listing assets) and preform determine of status of applications listed in same identifying lapse applications as well as applications having deadlines upcoming within the next few months, prepare and draft response letter for same, outlining various issues with items on Schedule A that need to be address (3.8)/receive communication from Isenbruck with copies of Notices regarding lapse of rights from European Patent Office, confirm that same were intended based on monitoring sheet (.3). | DARK | 4.10 −3.8 +3.42 per Q+B Motion ¶14(a)(:) |
| 01/10/14 | Review and revise asset purchase agreement; telephone conference with Mr. Ark. | RYOUNG | 1.50 |
| 01/14/14 | Telephone conference with Mr. Ark regarding status, Japan. | RYOUNG | 0.30 |
| 01/14/14 | Receive and review communication relating to Japanese Request for Examination and upcoming deadline in which they indicate that absent our instruction they will pay $4100 request fee, consider same in consideration of possible pending sale of assets to Advanced Nanosolutions (as asset is listed on Schedule, but would expire prior to approval of transaction), call Dennis Quaid to discuss same and various items relating to potential sale and issues surrounding same, further write Dennis Quaid with information relating to same phone discussion, including redlined copy of APA, write Japanese handling attorney regarding potential sale of asset indicating that absent other word from us they should not pay request fees (1.7). | DARK | 1.70 |
| 01/15/14 | Review Canadian communication regarding upcoming annuities, confirm same are listed on deadline sheet (.2). | DARK | 0.20 |
| 01/16/14 | Telephone conference with Mr. Ark regarding Japan pending matters; interim procedures with potential buyer. | RYOUNG | 0.40 |

Deborah K. Ebner as Trustee for NanoInk, Inc.  July 28, 2014
RE: Assets Chapter 7 Bankruptcy  Invoice Number: ******
Q & B Matter Number: 149929.00004  Page 22

## FEE SUMMARY:

| ID | Name | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| FFEINSTE | Faye B. Feinstein | 1.70 | 630.00 | 1,071.00 | |
| RYOUNG | Richard W. Young | 14.20 | 670.00 | 9,514.00 | |
| DARK | Daniel J. Ark | −5.3  103.20 | 305.00 | 31,476.00 | −1,616.50 |
| SBAKER | Sarah K. Baker | 6.40 | 365.00 | 2,336.00 | +1,043.10 |
| Total | | 125.50 | | 44,397.00 | |

Total Fees: $ 44,397.00

## DISBURSEMENTS:

| | | | |
|---|---|---|---|
| 01/15/14 | Wilkinson & Grist Associate services for reporting publication regarding NANOPROFESSOR and Design trademark application in China in class 41 Application # 8620434 - invoice 1162111 dated 11/14/2013 | $ | 105.66 |
| 03/10/14 | Davies Collison Cave Associate services for receiving, processing and providing advice to request examination, including entering relevant data into our practice management system and advising on the examination deadline regarding Australian Patent Application # 2010236563 - invoice 100141176 dated 02/19/2014 | | 238.05 |
| 03/10/14 | Davies Collison Cave Associate services for receiving, processing and providing advice to request examination, including entering relevant data into our practice management system and advising on the examination deadline regarding Australian Patent Application # 2010273486 - invoice 100141467 dated 02/21/2014 | | 238.03 |
| 03/10/14 | Davies Collison Cave Associate services for receiving, processing and providing advice to request examination, including entering relevant data into our practice management system and advising on the examination deadline regarding Australian Patent Application # 2010206594 - invoice 100141564 dated 02/21/2014 | | 238.03 |
| 03/10/14 | Davies Collison Cave Associate services for receiving, processing and providing advice to request examination, including entering relevant data into our practice management system and advising on the examination deadline regarding Australian Patent Application # 2010266375 - invoice 100141437 dated 02/21/2014 | | 238.03 |

Deborah K. Ebner as Trustee for NanoInk, Inc.　　　　　　　　　　July 28, 2014
RE: Professional Retention Chapter 7 Bankruptcy　　　　　　　　　Invoice Number: ******
Q & B Matter Number: 149929.00002　　　　　　　　　　　　　　　Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 03/12/14 | Review invoices regarding preparation of fee application. | SBAKER | 2.30 |
| 03/12/14 | Begin draft of fee application. | SBAKER | 4.20 |
| 03/17/14 | Continue draft of fee application. | SBAKER | 2.50 |
| 06/30/14 | Draft final fee application. | SBAKER | 4.50 |
| 07/02/14 | REview and revise final fee application and revise draft order regarding same. | FFEINSTE | 1.00 |
| 07/28/14 | Revise fee application. | FFEINSTE | 1.00 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| FFEINSTE | Faye B. Feinstein | 2.00 | 630.00 | 1,260.00 |
| SBAKER | Sarah K. Baker | 13.50 | 365.00 | 4,927.50 |
| Total | | 15.50 | | 6,187.50 |

② [Over 5% of fees]

Total Fees:　　　　　　　　　　　　　　　　　　　　$　　6,187.50　−545.03
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　+52.16 (5% of $1,043.10)
　　　　　　　　　　　　　　　　　　　　Cannot use fees from first application to justify time
　　　　　　　　　　　　　　　　　　　　on this application.

**DISBURSEMENTS:**

Pacer research charges　　　　　　　　　　　　　　　　　　　　11.30

Total Disbursements:　　　　　　　　　　　　　　　　　$　　　11.30

Total Fees and Disbursements:　　　　　　　　　　　　$　　6,198.80

Deborah K. Ebner as Trustee for NanoInk, Inc.  
RE: General/Costs Chapter 7 Bankruptcy  
Q & B Matter Number: 149929.00005

July 28, 2014  
Invoice Number: ******  
Page 18

| Date | Description | Professional | Hours |
|---|---|---|---|
| 08/21/13 | Review e-mail from D. Ebner regarding Electric Bill. | SBAKER | 0.10 |
| 08/27/13 | Draft and review emails from F. Feinstein and D. Ebner regarding utility payments. | SBAKER | 0.50 |
| 08/28/13 | Draft Motion to pay utility charges. | SBAKER | 2.00 |
| 08/28/13 | Conference with S. Baker regarding drafting utility motion. | FFEINSTE | 0.20 |
| 08/29/13 | Review and revise utility motion. | FFEINSTE | 0.50 |
| 08/29/13 | Revise and file motion for authorization to pay utilities. | SBAKER | 2.50 |
| 08/29/13 | Review e-mail from D. Ebner regarding utilities motion. | SBAKER | 0.10 |
| 08/30/13 | Review and respond to e-mail from A. Scandora regarding Trustee's web site. | SBAKER | 0.20 |

**FEE SUMMARY:**

*Overall, time spent on this motion was unreasonable. Time cut to reasonable levels.* ②

| ID | Name | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| FFEINSTE | Faye B. Feinstein | —.4  0.70 | 615.00 | 430.50 | -246.00 |
| SBAKER | Sarah K. Baker | -3.3  5.40 | 345.00 | 1,863.00 | -1,138.50 |
| Total | | 6.10 | | 2,293.50 | |

Total Fees: $ 2,293.50

**DISBURSEMENTS:**

| 08/12/13 | Chicago Messenger Service, Inc Delivery to Tony Scandora 4/26/13 | $ | 44.95 |
|---|---|---|---|

Total Disbursements: $ 44.95

Total Fees and Disbursements: $ 2,338.45

Deborah K. Ebner as Trustee for NanoInk, Inc.        August 06, 2014
RE: Professional Retention Chapter 7 Bankruptcy     Invoice Number: ******
Q & B Matter Number: 149929.00002                Page 2

**DISBURSEMENTS:**

| Date | Description | Amount |
|---|---|---|
| 07/03/13 | USPTO charges Extension for response within third month (Filing Date: Jul 1 2013) | 1,400.00 |
| 07/03/13 | USPTO charges Notice of appeal (Filing Date: Jul 1 2013) | 800.00 |
| 08/14/13 | INTERNATIONAL UPS delivery to Dir. of Research, University of Liverpool - Liverpool UNITED KINGDOM | 31.12 |
| 08/14/13 | INTERNATIONAL UPS delivery to Dir. of Research & Innovation, University of Strathclyde - Glasgow UNITED KINGDOM | 31.12 |
| 09/30/13 | Petty Cash Cab from court to office | $ 8.00 |
| 01/15/14 | Wilkinson & Grist Associate services for reporting publication regarding NANOPROFESSOR and Design trademark application in China in class 41 Application # 8620434 - Invoice 1162111 dated 11/14/2013 | 105.66 |
| 03/10/14 | Davies Collison Cave Associate services for receiving, processing and providing advice to request examination, including entering relevant data into our practice management system and advising on the examination deadline regarding Australian Patent Application # 2010236563 - invoice 100141176 dated 02/19/2014 | 238.05 |
| 03/10/14 | Davies Collison Cave Associate services for receiving, processing and providing advice to request examination, including entering relevant data into our practice management system and advising on the examination deadline regarding Australian Patent Application # 2010273486 - invoice 100141467 dated 02/21/2014 | 238.03 |
| 03/10/14 | Davies Collison Cave Associate services for receiving, processing and providing advice to request examination, including entering relevant data into our practice management system and advising on the examination deadline regarding Australian Patent Application # 2010206594 - invoice 100141564 dated 02/21/2014 | 238.03 |
| 03/10/14 | Davies Collison Cave Associate services for receiving, processing and providing advice to request examination, including entering relevant data into our practice management system and advising on the examination deadline regarding Australian Patent Application # 2010266375 - invoice 100141437 dated 02/21/2014 | 238.03 |

Handwritten annotations: ④ ⑧ ⑪ next to the four 03/10/14 entries; "Allowed per additional explanation." next to first 238.05 entry (crossed out); "-238.03 x4" next to last entry.

Deborah K. Ebner as Trustee for NanoInk, Inc.  
RE: Professional Retention Chapter 7 Bankruptcy  
Q & B Matter Number: 149929.00002

August 06, 2014  
Invoice Number: ******  
Page 3

| Date | Description | Amount |
|---|---|---|
| 03/10/14 ④ ⑧ ⑪ | Davies Collison Cave Associate services for receiving, processing and providing advice to request examination, including entering relevant data into our practice management system and advising on the examination deadline regarding Australian Patent Application # 2010206592 - invoice 100141560 dated 02/21/2014 | 238.03 |
| 03/10/14 ④ ⑧ ⑪ | Davies Collison Cave Associate services for receiving, processing and providing advice to request examination, including entering relevant data into our practice management system and advising on the examination deadline regarding Australian Patent Application # 2010206595 - invoice 100141570 dated 02/21/2014 | 238.03  −238.03 × 2 |
| 04/24/14 ④ ⑧ ⑪ | Eitan, Mehulal & Sadot Associate services for reporting office action and receiving instructions regarding NANOINK trademark application in class 01, 09 Application # 246423 in Israel - invoice 714519 dated 12/29/2013 | 209.00  −200.00 |
| 04/28/14 | Bank wire transfer fee will be added to $200.00; ref: 31752308 | 17.00 |
| 08/12/13 | Chicago Messenger Service, Inc Delivery to Tony Scandora 4/26/13 | 44.95 |
|  | Copy charges | 72.00 |
|  | Pacer research charges | 28.40 |
| **Total Disbursements:** |  | **4,166.45** |