# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 701

**Case Number:** 13-14126 ERW
**Case Name:** NANOINK, INC.

**Period Ending:** 06/30/15

**Trustee:** (330480) DEBORAH K. EBNER, Trustee
**Filed (f) or Converted (c):** 04/04/13 (f)
**§341(a) Meeting Date:** 05/29/13
**Claims Bar Date:** 07/12/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | NUMBER 3052. " |  |  |  |  |  |
| 2963 | Bracket, Power supply switching<br>"THIS ASSET WAS SOLD IN THE SALE DOCKETED AS DOCKET NUMBER 117-2 IN THE NANOINK, INC. BANKRUPTCY CASE. ALL SALE PROCEEDS RECEIVED AT THIS SALE ARE POSTED AS ASSET NUMBER 3052. " | 432.52 | 0.00 |  | 0.00 | FA |
| 2964 | Bracket, Motors Board<br>"THIS ASSET WAS SOLD IN THE SALE DOCKETED AS DOCKET NUMBER 117-2 IN THE NANOINK, INC. BANKRUPTCY CASE. ALL SALE PROCEEDS RECEIVED AT THIS SALE ARE POSTED AS ASSET NUMBER 3052. " | 1,360.00 | 0.00 |  | 0.00 | FA |
| 2965 | Spring, Thermocouple holder<br>"THIS ASSET WAS SOLD IN THE SALE DOCKETED AS DOCKET NUMBER 117-2 IN THE NANOINK, INC. BANKRUPTCY CASE. ALL SALE PROCEEDS RECEIVED AT THIS SALE ARE POSTED AS ASSET NUMBER 3052. " | 274.99 | 0.00 |  | 0.00 | FA |
| 2966 | BRACKET, FAN, POWER BOARD<br>"THIS ASSET WAS SOLD IN THE SALE DOCKETED | 640.00 | 0.00 |  | 0.00 | FA |

Page: 702

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-14126 ERW  
**Case Name:** NANOINK, INC.  

**Period Ending:** 06/30/15  

**Trustee:** (330480)   DEBORAH K. EBNER, Trustee  
**Filed (f) or Converted (c):** 04/04/13 (f)  
**§341(a) Meeting Date:** 05/29/13  
**Claims Bar Date:** 07/12/13  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | AS DOCKET NUMBER 117-2 IN THE NANOINK, INC. BANKRUPTCY CASE. ALL SALE PROCEEDS RECEIVED AT THIS SALE ARE POSTED AS ASSET NUMBER 3052. " |  |  |  |  |  |
| 2967 | RETAINER, AC UNIT SHIPPING<br>   "THIS ASSET WAS SOLD IN THE SALE DOCKETED AS DOCKET NUMBER 117-2 IN THE NANOINK, INC. BANKRUPTCY CASE. ALL SALE PROCEEDS RECEIVED AT THIS SALE ARE POSTED AS ASSET NUMBER 3052. " | 284.99 | 0.00 |  | 0.00 | FA |
| 2968 | EMI SHIELD, CONTROLLER BOX<br>   "THIS ASSET WAS SOLD IN THE SALE DOCKETED AS DOCKET NUMBER 117-2 IN THE NANOINK, INC. BANKRUPTCY CASE. ALL SALE PROCEEDS RECEIVED AT THIS SALE ARE POSTED AS ASSET NUMBER 3052. " | 440.00 | 0.00 |  | 0.00 | FA |
| 2969 | BRACKET, SHELL TO TOP<br>   "THIS ASSET WAS SOLD IN THE SALE DOCKETED AS DOCKET NUMBER 117-2 IN THE NANOINK, INC. BANKRUPTCY CASE. ALL SALE PROCEEDS RECEIVED AT THIS SALE ARE POSTED AS ASSET NUMBER 3052. " | 360.00 | 0.00 |  | 0.00 | FA |

Page: 703

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-14126 ERW  
**Case Name:** NANOINK, INC.

**Period Ending:** 06/30/15

**Trustee:** (330480) DEBORAH K. EBNER, Trustee  
**Filed (f) or Converted (c):** 04/04/13 (f)  
**§341(a) Meeting Date:** 05/29/13  
**Claims Bar Date:** 07/12/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 2970 BRACKET, WIRE SUPPORT ASSEMBLY<br>"THIS ASSET WAS SOLD IN THE SALE DOCKETED AS DOCKET NUMBER 117-2 IN THE NANOINK, INC. BANKRUPTCY CASE. ALL SALE PROCEEDS RECEIVED AT THIS SALE ARE POSTED AS ASSET NUMBER 3052." | 586.52 | 0.00 | | 0.00 | FA |
| 2971 RS232 HOLE COVER<br>"THIS ASSET WAS SOLD IN THE SALE DOCKETED AS DOCKET NUMBER 117-2 IN THE NANOINK, INC. BANKRUPTCY CASE. ALL SALE PROCEEDS RECEIVED AT THIS SALE ARE POSTED AS ASSET NUMBER 3052." | 400.00 | 0.00 | | 0.00 | FA |
| 2972 Adjustment Bracket, Y Direction<br>"THIS ASSET WAS SOLD IN THE SALE DOCKETED AS DOCKET NUMBER 117-2 IN THE NANOINK, INC. BANKRUPTCY CASE. ALL SALE PROCEEDS RECEIVED AT THIS SALE ARE POSTED AS ASSET NUMBER 3052." | 904.75 | 0.00 | | 0.00 | FA |
| 2973 Flex table, Single ball leveler, 0.005 thick<br>"THIS ASSET WAS SOLD IN THE SALE DOCKETED AS DOCKET NUMBER 117-2 IN THE NANOINK, INC. BANKRUPTCY CASE. ALL SALE PROCEEDS RECEIVED AT THIS SALE ARE POSTED AS ASSET | 210.00 | 0.00 | | 0.00 | FA |

Page: 704

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-14126 ERW  
**Case Name:** NANOINK, INC.  
**Period Ending:** 06/30/15  

**Trustee:** (330480)   DEBORAH K. EBNER, Trustee  
**Filed (f) or Converted (c):** 04/04/13 (f)  
**§341(a) Meeting Date:** 05/29/13  
**Claims Bar Date:** 07/12/13  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | NUMBER 3052. " | | | | | |
| 2974 | Flex Arm,.005 Beryllium Copper<br>"THIS ASSET WAS SOLD IN THE SALE DOCKETED AS DOCKET NUMBER 117-2 IN THE NANOINK, INC. BANKRUPTCY CASE. ALL SALE PROCEEDS RECEIVED AT THIS SALE ARE POSTED AS ASSET NUMBER 3052. " | 163.24 | 0.00 | | 0.00 | FA |
| 2975 | SP-0226-01Plate, Cable Restraint<br>"THIS ASSET WAS SOLD IN THE SALE DOCKETED AS DOCKET NUMBER 117-2 IN THE NANOINK, INC. BANKRUPTCY CASE. ALL SALE PROCEEDS RECEIVED AT THIS SALE ARE POSTED AS ASSET NUMBER 3052. " | 1,020.00 | 0.00 | | 0.00 | FA |
| 2976 | Power Supply Support<br>"THIS ASSET WAS SOLD IN THE SALE DOCKETED AS DOCKET NUMBER 117-2 IN THE NANOINK, INC. BANKRUPTCY CASE. ALL SALE PROCEEDS RECEIVED AT THIS SALE ARE POSTED AS ASSET NUMBER 3052. " | 735.94 | 0.00 | | 0.00 | FA |
| 2977 | Ext. Spring, .125 O.D. x .018 dia. Wire, x .875<br>"THIS ASSET WAS SOLD IN THE SALE DOCKETED | Unknown | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 705

**Case Number:** 13-14126 ERW  
**Case Name:** NANOINK, INC.  
**Period Ending:** 06/30/15

**Trustee:** (330480)   DEBORAH K. EBNER, Trustee  
**Filed (f) or Converted (c):** 04/04/13 (f)  
**§341(a) Meeting Date:** 05/29/13  
**Claims Bar Date:** 07/12/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | AS DOCKET NUMBER 117-2 IN THE NANOINK, INC. BANKRUPTCY CASE. ALL SALE PROCEEDS RECEIVED AT THIS SALE ARE POSTED AS ASSET NUMBER 3052. " | | | | | |
| 2978 | STAGE, NANOMOTION 5-AXIS XYZGG<br>"THIS ASSET WAS SOLD IN THE SALE DOCKETED AS DOCKET NUMBER 117-2 IN THE NANOINK, INC. BANKRUPTCY CASE. ALL SALE PROCEEDS RECEIVED AT THIS SALE ARE POSTED AS ASSET NUMBER 3052. " | 69,855.00 | 0.00 | | 0.00 | FA |
| 2979 | Cable, Unshielded; 3; 16 AWG; 19 x 0.0117; 0.29<br>"THIS ASSET WAS SOLD IN THE SALE DOCKETED AS DOCKET NUMBER 117-2 IN THE NANOINK, INC. BANKRUPTCY CASE. ALL SALE PROCEEDS RECEIVED AT THIS SALE ARE POSTED AS ASSET NUMBER 3052. " | 0.38 | 0.00 | | 0.00 | FA |
| 2980 | Cable; Unshielded; 6C/18AWG; 100ft<br>"THIS ASSET WAS SOLD IN THE SALE DOCKETED AS DOCKET NUMBER 117-2 IN THE NANOINK, INC. BANKRUPTCY CASE. ALL SALE PROCEEDS RECEIVED AT THIS SALE ARE POSTED AS ASSET NUMBER 3052. " | 172.47 | 0.00 | | 0.00 | FA |