Page: 1

## Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 13-14126 ERW | Trustee: | DEBORAH K. EBNER, Trustee (330480) |
|---|---|---|---|
| Case Name: | NANOINK, INC. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******3166 - Checking Account |
| Taxpayer ID #: | **-***6802 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/30/15 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/06/13 | {3047} | PPI Group | Deposit for purchase of California Assets | 1129-000 | 25,000.00 | | 25,000.00 |
| 05/06/13 | | Entered in error | Entered in error | 1129-000 | | | 25,000.00 |
| 05/09/13 | {1} | Nano INk, INc | turnover of bank account | 1129-000 | 0.15 | | 25,000.15 |
| 05/09/13 | {1} | Nano Ink, Inc | turnover of debtor bank account. Amount of check is 168,625.00 but it will not enter as such in the above ledger. It repeatedly will only accept the entry as $16.00. I need to get the check to the UPS box though and can not spend more time with data ent | 1129-000 | 168,625.98 | | 193,626.13 |
| 05/09/13 | | PPI Group | This entry Reversed | 1129-000 | 25,000.00 | | 218,626.13 |
| 05/09/13 | | Posting error | ERROR | 9999-000 | | -2,744.82 | 221,370.95 |
| 05/09/13 | | Lung Tin International Intellectual PRoperty Agent, Ltd | " Wire transfer authorized by Dean Harvalis". | 2420-000 | | 633.90 | 220,737.05 |
| 05/09/13 | | Isenbruck Bosl Horschler, LLP | " Wire transfer authorized by Dean Harvalis". | 2420-000 | | 2,047.00 | 218,690.05 |
| 05/09/13 | | PPI Group | Reverses above entry | 1129-000 | -25,000.00 | | 193,690.05 |
| 05/12/13 | | Isenbruck Bosl Horschler LLP | Duplicate wire out entry / no funds transferred---Error | 2420-000 | | -2,047.00 | 195,737.05 |
| 05/12/13 | 101 | Moglia Advisors | Per Ordrer - docket 42 | 2990-000 | | 15,000.00 | 180,737.05 |
| 05/12/13 | | Isenbruck Bosl Horschel LLP | " Wire transfer authorized by Dean Harvalis". Debit Note 313003613-68300 | 2420-000 | | 2,047.00 | 178,690.05 |
| 05/13/13 | | Isenbruck Bosl Horschler LLP | Bank Error Duplicate Wire Transfer--Jesse Osorio Banking Center | 9999-000 | | -2,744.82 | 181,434.87 |
| 05/13/13 | | Fr 5003933166 To 11015 | Fr 5003933166 To 11015 | 9999-000 | | 2,744.82 | 178,690.05 |
| 05/13/13 | | Isenbruck Bosl Horschler LLP | " Wire transfer authorized by Dean Harvalis".Ref # YOUR REFER. # F66179PCEP /Exchange rate difference 1.3409 | 2420-000 | | 697.82 | 177,992.23 |
| 05/13/13 | | Isenbruck Bosl Horschler LLP | Isenbruck Bosl Horshler LLP Outgoing Wire | 9999-000 | | 2,744.82 | 175,247.41 |

Subtotals : $193,626.13   $18,378.72

{} Asset reference(s)

Printed: 07/18/2015 04:10 PM   V.13.23

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 13-14126 ERW | | Trustee: | DEBORAH K. EBNER, Trustee (330480) |
|---|---|---|---|---|
| Case Name: | NANOINK, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3166 - Checking Account |
| Taxpayer ID #: | **-***6802 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/30/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/19/13 | | Bereskin & Parr, LLP/S.E.N.C.R.L, srl | " Wire transfer authorized by Dean Harvalis". | 2420-000 | | 1,146.16 | 174,101.25 |
| 05/20/13 | | Bank Error Duplicate Wire Transfer | Bank Error Duplicate Wire Transfer--Jesse Osorio Banking Center | 9999-000 | | -1,361.25 | 175,462.50 |
| 05/20/13 | | Fr 5003933166 To 11015 | Fr 5003933166 To 11015 | 9999-000 | | 1,361.25 | 174,101.25 |
| 05/20/13 | | Shimizu Patent Office | " Wire transfer authorized by Dean Harvalis". | 2420-000 | | 1,361.25 | 172,740.00 |
| 05/23/13 | 102 | FC Skokie, LLC | partial payment of use and occupancy for Skokie lease | 2410-000 | | 20,000.00 | 152,740.00 |
| 05/28/13 | {3048} | TNT USA, Inc | AR collection | 1121-000 | 544.23 | | 153,284.23 |
| 05/28/13 | {3047} | PPL Group, LLC | ABA 071001737 - California asset sale balance less deposit and break up fee | 1129-000 | 241,500.00 | | 394,784.23 |
| 05/28/13 | {3048} | Lot-Quantumdesign AG | Account receivable | 1121-000 | 1,292.50 | | 396,076.73 |
| 05/29/13 | | Bereskin & Parr | " Wire transfer authorized by Dean Harvalis". | 2420-000 | | 1,146.16 | 394,930.57 |
| 05/29/13 | | SHIMIZU Patent Office | yen239,428 - exchange rate needed to post - $2,458.21 american dollars | 2420-000 | | 0.00 | 394,930.57 |
| 05/29/13 | | Isenbruck Bosl Horschler LLP | | 2420-000 | | 0.00 | 394,930.57 |
| 05/30/13 | | Bank of Tokyo Mitsubishi- Bank Error | Bank of Tokyo Mitsubishi- Bank Error-- Duplicate wire transfer | 9999-000 | | -2,458.21 | 397,388.78 |
| 05/30/13 | | Fr 5003933166 To 11015 | Fr 5003933166 To 11015 | 9999-000 | | 2,458.21 | 394,930.57 |
| 05/30/13 | 103 | Travelers Insurance | umbrella coverage through 8/1/2013 | 2420-000 | | 4,908.75 | 390,021.82 |
| 05/30/13 | | Bank of Tokjo Adjustment Outgoing Wire | Bank Error- Processed trans code outgoing wire as a transfer instead of an outgoing wire | 2420-000 | | 2,458.21 | 387,563.61 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 195.92 | 387,367.69 |
| 06/03/13 | {3048} | City of San Jose | A/R | 1121-000 | 560.00 | | 387,927.69 |
| 06/03/13 | {21} | Oakton Community College | A/R | 1129-000 | 3,100.00 | | 391,027.69 |
| 06/04/13 | | NASPA WIESBADEN Outgoing Wire adjustment | Bank Error on trans code- reflects as a transfer rather then a outgoing wire | 9999-000 | | -5,606.21 | 396,633.90 |

Subtotals: $246,996.73   $25,610.24

{} Asset reference(s)

Printed: 07/18/2015 04:10 PM   V.13.23

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 13-14126 ERW | | Trustee: | DEBORAH K. EBNER, Trustee (330480) |
|---|---|---|---|---|
| Case Name: | NANOINK, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3166 - Checking Account |
| Taxpayer ID #: | **-***6802 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/30/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/04/13 | | Fr 5003933166 To 11015 | Fr 5003933166 To 11015 | 9999-000 | | 5,606.21 | 391,027.69 |
| 06/04/13 | | NASPA WIESBADEN | " Wire transfer authorized by Dean Harvalis".Funds went out in Euros 4156.75 exchange to USD AS 5606.21 | 2420-000 | | 5,606.21 | 385,421.48 |
| 06/05/13 | {12} | Dakota County Technical College | | 1129-000 | 815.00 | | 386,236.48 |
| 06/17/13 | {3049} | New Mill Capital LLC/CAL BK TRUST LA | 10% Bid deposit | 1129-002 | 47,500.00 | | 433,736.48 |
| 06/17/13 | {3052} | Maynards Industries 1991 Inc/ BMA HArris Bank NA | Purchase deposit - Maynards | 1129-000 | 65,000.00 | | 498,736.48 |
| 06/17/13 | {3049} | Auction Services Group a/k/a/ Loeb Winternitz-Heritage Globa | 10% bid | 1129-002 | 60,000.00 | | 558,736.48 |
| 06/17/13 | {3052} | PPL Ettin Group | Purchase deposit - | 1129-000 | 65,000.00 | | 623,736.48 |
| 06/17/13 | {3049} | Bio Force Nano Science | 10% bid | 1129-002 | 4,035.39 | | 627,771.87 |
| 06/18/13 | {3049} | Rave. LLC | 10% bid deposit | 1129-002 | 1,000.00 | | 628,771.87 |
| 06/18/13 | {3049} | Rave, LLC | 10% Bid deposit | 1129-002 | 2,000.00 | | 630,771.87 |
| 06/18/13 | {3049} | Capital Asset Exchange & Trading, LLC | 10% bid deposit | 1129-002 | 5,100.00 | | 635,871.87 |
| 06/20/13 | | Isenbruck Bosl Horschler LLP | $2,772.03 incorrect - actual payment $2,722.03 | 2420-000 | | -50.00 | 635,921.87 |
| 06/20/13 | | Isenbruck Bosl Horschler LLP | " Wire transfer authorized by Dean Harvalis".Ref # YOUR REFER. # F66179PCEP | 2420-000 | | 612.16 | 635,309.71 |
| 06/20/13 | | Isenbruck Bosl Horschler LLP | " Wire transfer authorized by Dean Harvalis".Ref # YOUR REFER. # F66179PCEP | 2420-000 | | 2,772.03 | 632,537.68 |
| 06/20/13 | | Isenbruck Bosl Horschler LLP | " Wire transfer authorized by Dean Harvalis".Ref # YOUR REFER. # F66179PCEP | 2420-000 | | 755.38 | 631,782.30 |
| 06/20/13 | | Isenbruck Bosl Horschler LLP | " Wire transfer authorized by Dean Harvalis".Ref # YOUR REFER. # F66179PCEP | 2420-000 | | 410.84 | 631,371.46 |

Subtotals :  $250,450.39   $15,712.83

{} Asset reference(s)

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 13-14126 ERW
**Case Name:** NANOINK, INC.

**Taxpayer ID #:** **-***6802
**Period Ending:** 06/30/15

**Trustee:** DEBORAH K. EBNER, Trustee (330480)
**Bank Name:** Rabobank, N.A.
**Account:** ******3166 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/20/13 | | Isenbruck Bosl Horschler LLP | " Wire transfer authorized by Dean Harvalis".Ref # YOUR REFER. # F66179PCEP | 2420-000 | | 811.78 | 630,559.68 |
| 06/20/13 | | SHIMIZU PATENT OFFICE | " Wire transfer authorized by Dean Harvalis".Ref # SHIMIZU PATENT OFFICE | 2420-000 | | 302.47 | 630,257.21 |
| 06/20/13 | | SHIMIZU PATENT OFFICE | " Wire transfer authorized by Dean Harvalis".Ref # SHIMIZU PATENT OFFICE | 2420-000 | | 216.81 | 630,040.40 |
| 06/21/13 | 104 | Harvey Bendix Auctioneers | Auctioneer | 3610-000 | | 6,475.00 | 623,565.40 |
| 06/21/13 | 105 | Harvey Bendix Auctioneers | Auctioneer | 3610-000 | | 960.39 | 622,605.01 |
| 06/25/13 | {3052} | PPPL Group, LLC | Increase back up bid deposit to 10% | 1129-000 | 20,500.00 | | 643,105.01 |
| 06/25/13 | {3052} | Maynards Industries 1991 Inc | Increase successful bid deposit to 10% | 1129-000 | 27,500.00 | | 670,605.01 |
| 06/25/13 | 106 | New Mill Capital | Return of bid deposit | 2990-002 | | 47,500.00 | 623,105.01 |
| 06/25/13 | 107 | BioForce Nano Sciences | Return of bid deposit | 2990-000 | | 4,035.39 | 619,069.62 |
| 06/25/13 | 108 | Capital Asset Exchange & Trading, LLC | Return of bid deposit | 2990-000 | | 5,100.00 | 613,969.62 |
| 06/25/13 | 109 | Rave, LLC | Return of bid deposit | 2990-000 | | 2,000.00 | 611,969.62 |
| 06/25/13 | 110 | Rave, LLC | Return of bid deposit- unqualified bidder | 2990-000 | | 1,000.00 | 610,969.62 |
| 06/25/13 | 111 | Auction Services Group a/k/a Loeb Winternitz - Global Herita | Return of bid deposit | 2990-000 | | 60,000.00 | 550,969.62 |
| 06/26/13 | | Takino, Kawasaki & Associates | " Wire transfer authorized by Dean Harvalis" | 2420-000 | | 5,458.80 | 545,510.82 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 649.82 | 544,861.00 |
| 07/01/13 | {3050} | NanoInk, Inc | coins on premises in Skokie collected by Trustee and exchanged for cashier's check for deposit | 1290-000 | 65.82 | | 544,926.82 |
| 07/02/13 | {3051} | Travelers Property & Casualty CL Agency | insurance coverage rebate | 1290-000 | 1,537.00 | | 546,463.82 |
| 07/11/13 | {3052} | Maynards Industries 1991 Inc | balance of purchase price for acquired assets less deposits of PPL and Maynards | 1129-000 | 747,000.00 | | 1,293,463.82 |

Subtotals :  $796,602.82   $134,510.46

{} Asset reference(s)

Printed: 07/18/2015 04:10 PM   V.13.23

## Form 2
### Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 13-14126 ERW | | Trustee: | DEBORAH K. EBNER, Trustee (330480) |
|---|---|---|---|---|
| Case Name: | NANOINK, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3166 - Checking Account |
| Taxpayer ID #: | **-***6802 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 06/30/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/16/13 | 112 | Carol Raber | Court Reporter | 2500-000 | | 616.25 | 1,292,847.57 |
| 07/16/13 | 113 | FC Skokie, LLC | Settled post petition rent claim per Court order- full and final payment | 2410-000 | | 355,000.00 | 937,847.57 |
| 07/22/13 | | Isenbruck Bosl Horschler LLP | " Wire transfer authorized by Dean Harvalis"#313005987-68313 - Euro 155.00 | 2420-000 | | 210.60 | 937,636.97 |
| 07/22/13 | | Isenbruck Bosl Horschler LLP | " Wire transfer authorized by Dean Harvalis"313005984-68313 Euro 155.00 | 2420-000 | | 210.60 | 937,426.37 |
| 07/22/13 | | Isenbruck Bosl Horschler LLP | " Wire transfer authorized by Dean Harvalis"313005980-68313 Euro 155.00 | 2420-000 | | 210.60 | 937,215.77 |
| 07/22/13 | | Isenbruck Bosl Horschler LLP | " Wire transfer authorized by Dean Harvalis"313005978-68313  Euro 155.00 | 2420-000 | | 210.60 | 937,005.17 |
| 07/22/13 | | Isenbruck Bosl Horschler LLP | " Wire transfer authorized by Dean Harvalis"313005974-68313 Euro 155.00 | 2420-000 | | 210.60 | 936,794.57 |
| 07/22/13 | | Harrison Goddard Foote | " Wire transfer authorized by Dean Harvalis"Inv 299340 - GB 90.00 | 2420-000 | | 142.10 | 936,652.47 |
| 07/22/13 | | Gowlings | " Wire transfer authorized by Dean Harvalis"Inv # 17751706 | 2420-000 | | 122.92 | 936,529.55 |
| 07/25/13 | 114 | Law Office of Deborah Kanner Ebner | Per Ordrer - docket #109 | 3110-000 | | 20,000.00 | 916,529.55 |
| 07/26/13 | | Isenbruck Bosl Horschler LLP | " Wire transfer authorized by Dean Harvalis"313005505-68313 -Euro 2,61490 | 2420-000 | | 3,586.60 | 912,942.95 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,394.55 | 911,548.40 |
| 08/13/13 | 115 | Viking Printing | Copies | 2500-002 | | 216.00 | 911,332.40 |
| 08/27/13 | 116 | Hacienda Investors | PAYMENT STOPPED<br>Stopped on 11/19/13 | 2410-000 | | 26,013.00 | 885,319.40 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,310.98 | 884,008.42 |
| 09/09/13 | 117 | Viking Printing | Copiesof pleadings for mailing of notices Voided on 09/09/13 | 2500-000 | | 122.10 | 883,886.32 |
| | | | | Subtotals : | $0.00 | $409,577.50 | |

{} Asset reference(s)

Printed: 07/18/2015 04:10 PM   V.13.23

Page: 6

## Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 13-14126 ERW | | Trustee: | DEBORAH K. EBNER, Trustee (330480) |
|---|---|---|---|---|
| Case Name: | NANOINK, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3166 - Checking Account |
| Taxpayer ID #: | **-***6802 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/30/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/09/13 | 117 | Viking Printing | Copies of pleadings for mailing of notices Voided: check issued on 09/09/13 | 2500-000 | | -122.10 | 884,008.42 |
| 09/09/13 | 118 | Viking Printing | Copies | 2500-000 | | 122.10 | 883,886.32 |
| 09/12/13 | {20} | Oakton Community College District 535 | balance due | 1129-000 | 59,500.00 | | 943,386.32 |
| 09/18/13 | {3051} | Travelers Property Casualty CL Agency | Refund Travelers #3704MA096 | 1290-000 | 9,160.75 | | 952,547.07 |
| 09/19/13 | 119 | Anthony Scandora | Fees and Expense Reimbursement per Order -doc #147 | 2990-000 | | 7,003.98 | 945,543.09 |
| 09/19/13 | 120 | Quarrels & Brady LLP | Per Order - doc 148 | 3210-000 | | 208,032.01 | 737,511.08 |
| 09/19/13 | 121 | Quarles & Brady LLP | Per Order - doc 148 | 3220-000 | | 13,033.43 | 724,477.65 |
| 09/19/13 | 122 | Moglia Advisors | VOID Voided on 09/19/13 | 2990-000 | | 3,919.00 | 720,558.65 |
| 09/19/13 | 122 | Moglia Advisors | VOID Voided: check issued on 09/19/13 | 2990-000 | | -3,919.00 | 724,477.65 |
| 09/19/13 | 123 | Pacific Gas and Electric | VOID Voided on 09/19/13 | 2410-000 | | 461.64 | 724,016.01 |
| 09/19/13 | 123 | Pacific Gas and Electric | VOID Voided: check issued on 09/19/13 | 2410-000 | | -461.64 | 724,477.65 |
| 09/19/13 | 124 | The Ettin Group | VOID Voided on 09/19/13 | 2410-000 | | 8,305.81 | 716,171.84 |
| 09/19/13 | 124 | The Ettin Group | VOID Voided: check issued on 09/19/13 | 2410-000 | | -8,305.81 | 724,477.65 |
| 09/19/13 | 125 | Moglia Advisors | Per Ordrer - docket #146 | 2990-000 | | 3,919.00 | 720,558.65 |
| 09/19/13 | 126 | Pacific Gas and Electric | Per Ordrer - docket #149 | 2410-000 | | 461.64 | 720,097.01 |
| 09/19/13 | 127 | The Ettin Group | VOID Voided on 09/19/13 | 2410-000 | | 8,305.81 | 711,791.20 |

Subtotals :  $68,660.75   $240,755.87

{} Asset reference(s)             Printed: 07/18/2015 04:10 PM   V.13.23

Page: 7

## Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 13-14126 ERW | | Trustee: | DEBORAH K. EBNER, Trustee (330480) |
|---|---|---|---|---|
| Case Name: | NANOINK, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3166 - Checking Account |
| Taxpayer ID #: | **-***6802 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/30/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/19/13 | 127 | The Ettin Group | VOID<br>Voided: check issued on 09/19/13 | 2410-000 | | -8,305.81 | 720,097.01 |
| 09/19/13 | 128 | The Ettin Group | Per Ordrer - docket #149 | 2410-000 | | 8,305.81 | 711,791.20 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,268.45 | 710,522.75 |
| 10/01/13 | {3053} | ATT Mobility Universal Services Fund | refund fo Universal Services Charges that were paid to AT&T Mobility | 1249-000 | 10.01 | | 710,532.76 |
| 10/02/13 | 129 | Deborah K. Ebner, Trustee | Per Ordrer - docket #154 | 2100-000 | | 39,495.53 | 671,037.23 |
| 10/02/13 | 130 | Deborah K. Ebner, Trustee | VOID<br>Voided on 10/02/13 | 2200-000 | | 1,198.39 | 669,838.84 |
| 10/02/13 | 130 | Deborah K. Ebner, Trustee | VOID<br>Voided: check issued on 10/02/13 | 2200-000 | | -1,198.39 | 671,037.23 |
| 10/02/13 | 131 | Deborah K. Ebner, Trustee | Per Ordrer - docket #154 | 2200-000 | | 1,198.39 | 669,838.84 |
| 10/21/13 | 132 | Viking Printing | Copies | 2500-002 | | 259.00 | 669,579.84 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,110.80 | 668,469.04 |
| 11/19/13 | 116 | Hacienda Investors | PAYMENT STOPPED<br>Stopped: check issued on 08/27/13 | 2410-000 | | -26,013.00 | 694,482.04 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 932.31 | 693,549.73 |
| 12/02/13 | 133 | Northwestern University | Ref # NORTHWESTERN | 2420-000 | | 6,852.02 | 686,697.71 |
| 12/04/13 | | Isenbruck Bosl Horschler LLP | VOIDED Deposit Rev. 57 Wire Transfer | 2420-000 | | -4,801.42 | 691,499.13 |
| 12/04/13 | | Isenbruck Bosl Horschler LLP | Actual wire was 4801.42 - prior entry entered in error | 2420-000 | | -342,225.00 | 1,033,724.13 |
| 12/04/13 | | Isenbruck Bosl Horschler LLP | THIS IS A POSTING ERROR - AMOUNT IS 3.42225  EUROS- THE ABOVE NOT BEING WIRED.   approx. $4,801.42 American / as of 12/4/13 | 2420-000 | | 342,225.00 | 691,499.13 |
| 12/04/13 | | Isenbruck Bosl Horschler LLP | VOIDED | 2420-000 | | 4,801.42 | 686,697.71 |
| 12/04/13 | | Isenbruck Bosl Horschler LLP | " Wire transfer authorized by Dean Harvalis" | 2420-000 | | 4,801.42 | 681,896.29 |

Subtotals :   $10.01   $29,904.92

{} Asset reference(s)   Printed: 07/18/2015 04:10 PM   V.13.23

Page: 8

## Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 13-14126 ERW | Trustee: | DEBORAH K. EBNER, Trustee (330480) |
|---|---|---|---|
| Case Name: | NANOINK, INC. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******3166 - Checking Account |
| Taxpayer ID #: | **-***6802 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/30/15 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/13 | | Rabobank, N.A. | Wire transfer Bank and Technology Services Fee | 2600-000 | | 1,091.15 | 680,805.14 |
| 01/08/14 | 134 | Paychex, Inc | Ref # #405-2963 | 2690-000 | | 490.58 | 680,314.56 |
| 01/23/14 | {3058} | McElroy, Deutsch, Mulvaney & Carpenter, LLP | settlement for allocation of costs of pill destruction | 1229-000 | 2,737.78 | | 683,052.34 |
| 01/27/14 | 135 | Hacienda Investments | Final resolution of use and occuapncy claim for Campbell CA premises | 2410-000 | | 26,013.00 | 657,039.34 |
| 01/29/14 | {3055} | Gokare Settlement Administrator | Class Action recovery | 1249-000 | 5.00 | | 657,044.34 |
| 01/29/14 | {3055} | GoKare Settlement Adminstrator | Class Action recovery | 1249-000 | 27.63 | | 657,071.97 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,022.60 | 656,049.37 |
| 02/03/14 | 136 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2014 FOR CASE #13-14126, Bond #016026455 | 2300-000 | | 895.21 | 655,154.16 |
| 02/12/14 | {3057} | 1/XIE NING/China Merchants Bank | (Bo He - APA deposit) | 1129-000 | 7,525.00 | | 662,679.16 |
| 02/12/14 | | Kim & Chang | " Wire transfer authorized by Dean Harvalis" | 2420-000 | | 1,359.57 | 661,319.59 |
| 02/12/14 | | Kim & Chang | " Wire transfer authorized by Dean Harvalis" | 2420-000 | | 1,361.35 | 659,958.24 |
| 02/12/14 | | Shimizu Patent Office | Invoice Number 271649 July 23, 2013 | 2420-000 | | 0.00 | 659,958.24 |
| 02/12/14 | | SHIMIZU PATENT OFFICE | Ref # SHIMIZU PATENT OFFICE | 2420-000 | | 1,353.57 | 658,604.67 |
| 02/12/14 | | SHIMIZU PATENT OFFICE | Ref # SHIMIZU PATENT OFFICE | 2420-000 | | 1,628.53 | 656,976.14 |
| 02/13/14 | | To Account #******3167 | Deposit of Advanced (Bo He) for asset sale - IP | 9999-000 | | 7,500.00 | 649,476.14 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 890.93 | 648,585.21 |
| 03/17/14 | {3057} | Advanced Nanosolutions, LLC | Balance of purchase price per order | 1129-000 | 22,525.00 | | 671,110.21 |
| 03/20/14 | | From Account #******3167 | | 9999-000 | 7,500.00 | | 678,610.21 |
| 03/20/14 | 137 | Viking Printing | Copies | 2200-000 | | 1,200.60 | 677,409.61 |
| 03/20/14 | 138 | Ettin Group, LLC | VOID Voided on 03/20/14 | 2420-000 | | 21,035.00 | 656,374.61 |

Subtotals : $40,320.41 $65,842.09

{} Asset reference(s)

Printed: 07/18/2015 04:10 PM   V.13.23

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| Case Number: | 13-14126 ERW | Trustee: | DEBORAH K. EBNER, Trustee (330480) |
|---|---|---|---|
| Case Name: | NANOINK, INC. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******3166 - Checking Account |
| Taxpayer ID #: | **-***6802 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/30/15 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/20/14 | 138 | Ettin Group, LLC | VOID<br>Voided: check issued on 03/20/14 | 2420-000 | | -21,035.00 | 677,409.61 |
| 03/20/14 | 139 | Popowcer Katten | Per Order - docket 212 | 3410-000 | | 10,732.50 | 666,677.11 |
| 03/20/14 | 140 | Popowcer Katten | Per Order - docket 212 | 3320-000 | | 39.82 | 666,637.29 |
| 03/20/14 | 141 | Anthony Scandora | Ref # S | 2990-000 | | 9,712.50 | 656,924.79 |
| 03/20/14 | 142 | Anthony Scandora | Ref # S | 2990-000 | | 1,511.63 | 655,413.16 |
| 03/20/14 | 143 | Deborah K. Ebner, Trustee | Per Order - docket 210 | 3120-000 | | 5,048.00 | 650,365.16 |
| 03/20/14 | 144 | Law Office of Deborah Kanner Ebner | Ref # EBNER LAW | 3110-000 | | 49,685.13 | 600,680.03 |
| 03/20/14 | 145 | Ettin Group, LLC | Per Order of 3/20/14 | 2420-000 | | 21,035.99 | 579,644.04 |
| 03/31/14 | 146 | Jackleen De Fini, CSR, RPR | Court Reporter | 2500-000 | | 15.00 | 579,629.04 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 906.01 | 578,723.03 |
| 04/02/14 | 147 | Carol Raber | Court Reporter | 2500-000 | | 152.00 | 578,571.03 |
| 04/04/14 | | SHIMIZU PATENT OFFICE | EXTENSION OF PATENT RIGHTS | 2420-000 | | 274.81 | 578,296.22 |
| 04/25/14 | | Isenbruck Bosl Horschler LLP | Wired - Refund | 2420-000 | | -1,814.80 | 580,111.02 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 887.95 | 579,223.07 |
| 05/27/14 | {3056} | FedEx | Refund Fedex | 1221-000 | 3.26 | | 579,226.33 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 833.12 | 578,393.21 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 804.20 | 577,589.01 |
| 07/23/14 | 148 | Clerk of the US Bankruptcy Court | Filing fees | 2700-000 | | 2,800.00 | 574,789.01 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 913.12 | 573,875.89 |
| 08/04/14 | {3059} | The Strategy Factory | Settlement | 1141-000 | 14,743.24 | | 588,619.13 |
| 08/05/14 | 149 | Clerk US Bank ruptcy COurt | | 2700-000 | | 350.00 | 588,269.13 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 814.60 | 587,454.53 |
| 09/05/14 | 150 | Quarrels & Brady LLP | Per Order Doc 238 | 3210-000 | | 110,920.02 | 476,534.51 |
| 09/05/14 | 151 | Quarrels & Brady LLP | Per Order Doc 238 | 3210-000 | | 52,008.00 | 424,526.51 |
| 09/05/14 | 152 | Quarles & Brady LLP | Per Order Doc 238 | 3220-000 | | 2,817.59 | 421,708.92 |
| | | | | **Subtotals :** | **$14,746.50** | **$249,412.19** | |

{} Asset reference(s)

Printed: 07/18/2015 04:10 PM   V.13.23

# Form 2

Page: 10

## Cash Receipts And Disbursements Record

**Case Number:** 13-14126 ERW  
**Case Name:** NANOINK, INC.  

**Taxpayer ID #:** **-***6802  
**Period Ending:** 06/30/15  

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3166 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #}/<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/24/14 | 153 | Quarles & Brady LLP | Per Order Doc # 242 | 3220-000 | | 1,628.18 | 420,080.74 |
| 09/24/14 | 154 | Quarrels & Brady LLP | Per Order 9/23/2014 Doc # 242 | 3210-000 | | 1,095.26 | 418,985.48 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 782.09 | 418,203.39 |
| 10/14/14 | {3060} | Dell USA, LLP | Preference settlement | 1141-000 | 8,000.00 | | 426,203.39 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 628.11 | 425,575.28 |
| 11/25/14 | 155 | Franchise Tax Board | VOID<br>Voided on 11/25/14 | 5800-000 | | 1,053.00 | 424,522.28 |
| 11/25/14 | 155 | Franchise Tax Board | VOID<br>Voided: check issued on 11/25/14 | 5800-000 | | -1,053.00 | 425,575.28 |
| 11/25/14 | 156 | Franchise Tax Board | TAX | 2690-000 | | 1,040.00 | 424,535.28 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 550.91 | 423,984.37 |
| 12/15/14 | | Canadian Imperial Bank of Commerce | Wire transfer | 1290-000 | 107.92 | | 424,092.29 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 692.35 | 423,399.94 |
| 01/12/15 | {3061} | Morrow Design Inc. | Settlement | 1141-000 | 17,500.00 | | 440,899.94 |
| 01/15/15 | {3056} | Lakin Rose LTD | Refund | 1221-000 | 1,267.44 | | 442,167.38 |
| 01/29/15 | {3062} | NANOMOTION | Settlement Per Order | 1241-000 | 57,500.00 | | 499,667.38 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 626.93 | 499,040.45 |
| 02/11/15 | 157 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #13-14126, Bond # 10BSBGR6291 | 2300-000 | | 271.24 | 498,769.21 |
| 02/24/15 | {3063} | Nanosurf, Inc. | Settlement | 1141-000 | 65,000.00 | | 563,769.21 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 676.12 | 563,093.09 |
| 03/03/15 | | Quarles & Brady LLP | billing error by Q & B. Reimbursement issued above | 3220-000 | | -1,982.00 | 565,075.09 |
| 03/03/15 | 158 | Ira Goldberg/Peter Follenweider | Ref # DIMONTE & LIZAK, LLC | 3210-600 | | 1,000.00 | 564,075.09 |
| 03/03/15 | 159 | Ira Goldberg/ Peter Follenweider | expenses approved per order of March 3, 2015 | 3220-610 | | 5,000.00 | 559,075.09 |

**Subtotals :**     $149,375.36     $12,009.19

{} Asset reference(s)

## Form 2
### Cash Receipts And Disbursements Record

Page: 11

**Case Number:** 13-14126 ERW  
**Case Name:** NANOINK, INC.  

**Taxpayer ID #:** \*\*-\*\*\*6802  
**Period Ending:** 06/30/15  

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*3166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/03/15 | 160 | Deborah K. Ebner, Trustee | Per Order of March 3, 2015 | 2100-000 | | 15,897.31 | 543,177.78 |
| 03/03/15 | 161 | Deborah K. Ebner, Trustee | Per Order of March 3, 2015 | 2200-002 | | 1,239.69 | 541,938.09 |
| 03/04/15 | {3065} | Oxford Instruments Asylum Research | Settlement per Order | 1241-000 | 35,000.00 | | 576,938.09 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 884.20 | 576,053.89 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 828.57 | 575,225.32 |
| 05/06/15 | | Wilkinson Grist | Photo copy billing for NanoProfessor | 2420-000 | | 154.00 | 575,071.32 |
| 05/14/15 | {3066} | Dimonte & Lizak LLC | Settlement | 1141-000 | 10,507.90 | | 585,579.22 |
| 05/14/15 | 162 | Deborah K. Ebner, Trustee | Dividend paid 100.00% on $64,034.46, Trustee Compensation; Reference: | 2100-000 | | 8,641.62 | 576,937.60 |
| 05/14/15 | 163 | Internal Revenue Service--FICA | Dividend paid 100.00% on $17,323.47; Filed: $0.00 for FICA | 5300-000 | | 17,323.47 | 559,614.13 |
| 05/14/15 | 164 | Internal Revenue Service--FICA | Dividend paid 100.00% on $55,882.56; Filed: $0.00 for Income Tax | 5300-000 | | 55,882.56 | 503,731.57 |
| 05/14/15 | 165 | Internal Revenue Service--FUTA | Dividend paid 100.00% on $4,051.46; Filed: $0.00 for Medicare | 5300-000 | | 4,051.46 | 499,680.11 |
| 05/14/15 | 166 | Arkansas Department of Revenue | Dividend paid 100.00% on $324.15; Filed: $0.00 for ARKANSAS | 5300-000 | | 324.15 | 499,355.96 |
| 05/14/15 | 167 | California Dept of Revenue | Dividend paid 100.00% on $2,419.61; Filed: $0.00 for CA Income Tax | 5300-000 | | 2,419.61 | 496,936.35 |
| 05/14/15 | 168 | Illinois Dept. of Revenue | Dividend paid 100.00% on $7,858.18; Filed: $0.00 for IL Income Tax | 5300-000 | | 7,858.18 | 489,078.17 |
| 05/14/15 | 169 | Massachusetts Dept of Revenue | Dividend paid 100.00% on $268.19; Filed: $0.00 for MA Income Tax | 5300-000 | | 268.19 | 488,809.98 |
| 05/14/15 | 170 | North Carolina Dept of Revenue | Dividend paid 100.00% on $302.04; Filed: $0.00 for NC State Tax | 5300-000 | | 302.04 | 488,507.94 |
| 05/14/15 | 171 | New Jersey Dept of Revenue | Dividend paid 100.00% on $113.52; Filed: | 5300-000 | | 113.52 | 488,394.42 |

**Subtotals :** $45,507.90    $116,188.57

{} Asset reference(s)

Printed: 07/18/2015 04:10 PM    V.13.23

# Form 2

## Cash Receipts And Disbursements Record

Page: 12

**Case Number:** 13-14126 ERW
**Case Name:** NANOINK, INC.

**Taxpayer ID #:** **-***6802
**Period Ending:** 06/30/15

**Trustee:** DEBORAH K. EBNER, Trustee (330480)
**Bank Name:** Rabobank, N.A.
**Account:** ******3166 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | $0.00 for NJ Income Tax | | | | |
| 05/14/15 | 172 | New York Dept of Revenue | Dividend paid 100.00% on $500.97; Filed: $0.00 for NY Income Tax | 5300-000 | | 500.97 | 487,893.45 |
| 05/14/15 | 173 | Wisconsin Dept of Revenue | Dividend paid 100.00% on $174.83; Filed: $0.00 for WI Income Tax | 5300-000 | | 174.83 | 487,718.62 |
| 05/14/15 | 174 | James M. Hussey | Dividend paid 100.00% on $3,572.44; Claim# 15; Filed: $5,207.64; Reference: | 5300-000 | | 3,572.44 | 484,146.18 |
| 05/14/15 | 175 | Benard J Pothast | Dividend paid 100.00% on $3,572.44; Claim# 22P; Filed: $5,207.64; Reference: | 5300-000 | | 3,572.44 | 480,573.74 |
| 05/14/15 | 176 | Michael R. Nelson | Dividend paid 100.00% on $3,572.44; Claim# 27; Filed: $5,207.64; Reference: | 5300-000 | | 3,572.44 | 477,001.30 |
| 05/14/15 | 177 | John Moskal | Dividend paid 100.00% on $3,572.44; Claim# 28P; Filed: $5,207.64; Reference: | 5300-000 | | 3,572.44 | 473,428.86 |
| 05/14/15 | 178 | Tom Warwick | Dividend paid 100.00% on $3,572.44; Claim# 30P; Filed: $5,207.64; Reference: | 5300-000 | | 3,572.44 | 469,856.42 |
| 05/14/15 | 179 | Anthony Veprinsky | Dividend paid 100.00% on $3,468.04; Claim# 35; Filed: $5,055.45; Reference: | 5300-000 | | 3,468.04 | 466,388.38 |
| 05/14/15 | 180 | Alexander Lifshiz | Dividend paid 100.00% on $3,572.44; Claim# 37; Filed: $5,207.64; Reference: | 5300-000 | | 3,572.44 | 462,815.94 |
| 05/14/15 | 181 | John Edward Bussan | Dividend paid 100.00% on $3,572.44; Claim# 41; Filed: $5,207.64; Reference: | 5300-000 | | 3,572.44 | 459,243.50 |
| 05/14/15 | 182 | Frank Naber | Dividend paid 100.00% on $3,572.44; Claim# 42P-2; Filed: $5,207.64; Reference: | 5300-000 | | 3,572.44 | 455,671.06 |
| 05/14/15 | 183 | Ronald L. Goode | Dividend paid 100.00% on $3,767.73; Claim# 46P; Filed: $5,207.64; Reference: | 5300-000 | | 3,767.73 | 451,903.33 |
| 05/14/15 | 184 | George Woodruff | Dividend paid 100.00% on $1,450.73; Claim# 47; Filed: $2,114.75; Reference: | 5300-000 | | 1,450.73 | 450,452.60 |
| 05/14/15 | 185 | Richard Harris | Dividend paid 100.00% on $3,465.69; Claim# | 5300-000 | | 3,465.69 | 446,986.91 |
| | | | **Subtotals :** | | **$0.00** | **$41,407.51** | |

{} Asset reference(s)

# Form 2

Page: 13

## Cash Receipts And Disbursements Record

**Case Number:** 13-14126 ERW  
**Case Name:** NANOINK, INC.

**Taxpayer ID #:** \*\*-\*\*\*6802  
**Period Ending:** 06/30/15

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*3166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 49; Filed: $5,207.64; Reference: | | | | |
| 05/14/15 | 186 | Fredy Villagran | Dividend paid 100.00% on $3,572.44; Claim# 54; Filed: $5,207.64; Reference: | 5300-000 | | 3,572.44 | 443,414.47 |
| 05/14/15 | 187 | Bo He | Dividend paid 100.00% on $3,046.37; Claim# 55; Filed: $4,440.78; Reference: | 5300-000 | | 3,046.37 | 440,368.10 |
| 05/14/15 | 188 | Sergey Rozhok | Dividend paid 100.00% on $3,572.44; Claim# 56; Filed: $5,207.64; Reference: | 5300-000 | | 3,572.44 | 436,795.66 |
| 05/14/15 | 189 | Raymond Roger Shile | Dividend paid 100.00% on $3,309.46; Claim# 57; Filed: $5,207.64; Reference: | 5300-000 | | 3,309.46 | 433,486.20 |
| 05/14/15 | 190 | Igor Titushkin | Dividend paid 100.00% on $2,515.71; Claim# 58; Filed: $3,958.64; Reference: | 5300-000 | | 2,515.71 | 430,970.49 |
| 05/14/15 | 191 | Denise Damen | Dividend paid 100.00% on $2,073.09; Claim# 60; Filed: $3,021.99; Reference: | 5300-000 | | 2,073.09 | 428,897.40 |
| 05/14/15 | 192 | Yudong Ming | Dividend paid 100.00% on $2,505.83; Claim# 61; Filed: $3,652.83; Reference: | 5300-000 | | 2,505.83 | 426,391.57 |
| 05/14/15 | 193 | Ping Han | Dividend paid 100.00% on $2,303.05; Claim# 62; Filed: $3,357.23; Reference: | 5300-000 | | 2,303.05 | 424,088.52 |
| 05/14/15 | 194 | Sheri M Maremont | Dividend paid 100.00% on $3,572.44; Claim# 64P; Filed: $5,207.64; Reference: | 5300-000 | | 3,572.44 | 420,516.08 |
| 05/14/15 | 195 | James Jean | Dividend paid 100.00% on $3,074.76; Claim# 67; Filed: $4,697.87; Reference: | 5300-000 | | 3,074.76 | 417,441.32 |
| 05/14/15 | 196 | Frank D. Lantz | Dividend paid 100.00% on $3,572.44; Claim# 68; Filed: $5,207.64; Reference: | 5300-000 | | 3,572.44 | 413,868.88 |
| 05/14/15 | 197 | Donato Ceres | Dividend paid 100.00% on $3,572.44; Claim# 70P; Filed: $5,207.64; Reference: | 5300-000 | | 3,572.44 | 410,296.44 |
| 05/14/15 | 198 | Jose Cuellar | Dividend paid 100.00% on $634.73; Claim# 71; Filed: $925.28; Reference: | 5300-000 | | 634.73 | 409,661.71 |
| 05/14/15 | 199 | Harry Dean Hart | Dividend paid 100.00% on $3,767.73; Claim# | 5300-000 | | 3,767.73 | 405,893.98 |
| | | | **Subtotals :** | | **$0.00** | **$41,092.93** | |

{} Asset reference(s)

## Form 2
## Cash Receipts And Disbursements Record

Page: 14

**Case Number:** 13-14126 ERW
**Case Name:** NANOINK, INC.

**Taxpayer ID #:** **-***6802
**Period Ending:** 06/30/15

**Trustee:** DEBORAH K. EBNER, Trustee (330480)
**Bank Name:** Rabobank, N.A.
**Account:** ******3166 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 72P; Filed: $5,207.64; Reference: | | | | |
| 05/14/15 | 200 | Anthony Dizonno | Dividend paid 100.00% on $2,311.40; Claim# 74; Filed: $3,369.39; Reference: | 5300-000 | | 2,311.40 | 403,582.58 |
| 05/14/15 | 201 | Kenneth Zielke | Dividend paid 100.00% on $3,572.44; Claim# 75; Filed: $5,207.64; Reference: | 5300-000 | | 3,572.44 | 400,010.14 |
| 05/14/15 | 202 | Susan Gillett | Dividend paid 100.00% on $2,216.59; Claim# 77; Filed: $3,231.17; Reference: | 5300-000 | | 2,216.59 | 397,793.55 |
| 05/14/15 | 203 | Victoria Nguyen | Dividend paid 100.00% on $1,719.97; Claim# 78; Filed: $2,706.47; Reference: | 5300-000 | | 1,719.97 | 396,073.58 |
| 05/14/15 | 204 | Thomas Daniel | Dividend paid 100.00% on $2,541.78; Claim# 79; Filed: $3,705.23; Reference: | 5300-000 | | 2,541.78 | 393,531.80 |
| 05/14/15 | 205 | John Ireland | Dividend paid 100.00% on $3,572.44; Claim# 80; Filed: $5,207.64; Reference: | 5300-000 | | 3,572.44 | 389,959.36 |
| 05/14/15 | 206 | Patricia Devereaux | Dividend paid 100.00% on $2,822.94; Claim# 81; Filed: $4,115.09; Reference: | 5300-000 | | 2,822.94 | 387,136.42 |
| 05/14/15 | 207 | Robert Stokes | Dividend paid 100.00% on $3,572.44; Claim# 82; Filed: $5,207.64; Reference: | 5300-000 | | 3,572.44 | 383,563.98 |
| 05/14/15 | 208 | Vadim Val-Khvalabov | STOPPED - Dividend paid 100.00% on $3,572.44; Claim# 84P; Filed: $5,207.64; Reference:<br>Stopped on 05/27/15 | 5300-000 | | 3,572.44 | 379,991.54 |
| 05/14/15 | 209 | Bjoern Rosner | STOPPED-Dividend paid 100.00% on $3,499.54; Claim# 85; Filed: $5,207.64; Reference:<br>Stopped on 06/22/15 | 5300-000 | | 3,499.54 | 376,492.00 |
| 05/14/15 | 210 | Javad M. Vakil | Dividend paid 100.00% on $3,357.65; Claim# 86P; Filed: $4,894.54; Reference: | 5300-000 | | 3,357.65 | 373,134.35 |
| 05/14/15 | 211 | Nabil A Amro | Dividend paid 100.00% on $3,357.65; Claim# | 5300-000 | | 3,357.65 | 369,776.70 |

Subtotals: $0.00 $36,117.28

{} Asset reference(s)

Printed: 07/18/2015 04:10 PM V.13.23

# Form 2

Page: 15

## Cash Receipts And Disbursements Record

**Case Number:** 13-14126 ERW
**Case Name:** NANOINK, INC.

**Taxpayer ID #:** **-***6802
**Period Ending:** 06/30/15

**Trustee:** DEBORAH K. EBNER, Trustee (330480)
**Bank Name:** Rabobank, N.A.
**Account:** ******3166 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/14/15 | 212 | Dorrian Chmilenko | 87; Filed: $4,894.54; Reference: Dividend paid 100.00% on $1,793.54; Claim# 88; Filed: $2,614.49; Reference: | 5300-000 | | 1,793.54 | 367,983.16 |
| 05/14/15 | 213 | Saju Nettikadan | STOPPED -received e-mail that this address is incorrect. He has not received his check Stopped on 05/27/15 | 5300-000 | | 3,572.44 | 364,410.72 |
| 05/14/15 | 214 | Haris Jamil | Dividend paid 100.00% on $3,357.65; Claim# 92P; Filed: $4,894.54; Reference: | 5300-000 | | 3,357.65 | 361,053.07 |
| 05/14/15 | 215 | Earl J. Gubbins | Dividend paid 100.00% on $3,572.44; Claim# 93; Filed: $5,207.64; Reference: | 5300-000 | | 3,572.44 | 357,480.63 |
| 05/14/15 | 216 | Aleta Hagman | Dividend paid 100.00% on $1,811.54; Claim# 95; Filed: $2,640.74; Reference: | 5300-000 | | 1,811.54 | 355,669.09 |
| 05/14/15 | 217 | Jeffrey R. Rendlen | STOPPED - creditor called. He moved and asked for check to be stopped and reissued. Stopped on 06/04/15 | 5300-000 | | 3,572.44 | 352,096.65 |
| 05/14/15 | 218 | Kathy J Rusniak | STOPPED - Dividend paid 100.00% on $1,573.80; Claim# 97; Filed: $2,294.17; Reference: Stopped on 06/01/15 | 5300-000 | | 1,573.80 | 350,522.85 |
| 05/14/15 | 219 | Jose Rincon | Dividend paid 100.00% on $1,560.50; Claim# 99; Filed: $2,274.78; Reference: | 5300-000 | | 1,560.50 | 348,962.35 |
| 05/14/15 | 220 | Abdullah W Kherzai | Dividend paid 100.00% on $1,973.53; Claim# 100; Filed: $2,876.85; Reference: | 5300-000 | | 1,973.53 | 346,988.82 |
| 05/14/15 | 221 | John McCord Jr. | Dividend paid 100.00% on $1,371.72; Claim# 101; Filed: $2,052.86; Reference: | 5300-000 | | 1,371.72 | 345,617.10 |
| 05/14/15 | 222 | Sarang Kortikar | Dividend paid 100.00% on $2,229.50; Claim# 104; Filed: $3,249.99; Reference: | 5300-000 | | 2,229.50 | 343,387.60 |
| 05/14/15 | 223 | John Collins | Dividend paid 100.00% on $2,768.50; Claim# | 5300-000 | | 2,768.50 | 340,619.10 |

Subtotals: $0.00 $29,157.60

{} Asset reference(s)

Printed: 07/18/2015 04:10 PM V.13.23

# Form 2

Page: 16

## Cash Receipts And Disbursements Record

| Case Number: | 13-14126 ERW | | Trustee: | DEBORAH K. EBNER, Trustee (330480) |
|---|---|---|---|---|
| Case Name: | NANOINK, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3166 - Checking Account |
| Taxpayer ID #: | **-***6802 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/30/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/14/15 | 224 | Fedderson, Barbara | Dividend paid 100.00% on $1,489.24; Claim# 105; Filed: $4,035.73; Reference: 106; Filed: $2,170.91; Reference: | 5300-000 | | 1,489.24 | 339,129.86 |
| 05/14/15 | 225 | Alexander Smetana | Dividend paid 100.00% on $3,572.44; Claim# 107; Filed: $5,207.64; Reference: | 5300-000 | | 3,572.44 | 335,557.42 |
| 05/14/15 | 226 | Patrick Treacy | Dividend paid 100.00% on $2,611.67; Claim# 108; Filed: $3,807.10; Reference: | 5300-000 | | 2,611.67 | 332,945.75 |
| 05/14/15 | 227 | Sawen Aziz | Dividend paid 100.00% on $1,172.67; Claim# 110; Filed: $1,709.44; Reference: | 5300-000 | | 1,172.67 | 331,773.08 |
| 05/14/15 | 228 | Jason Robert Haaheim | Dividend paid 100.00% on $3,266.76; Claim# 111; Filed: $5,207.64; Reference: | 5300-000 | | 3,266.76 | 328,506.32 |
| 05/14/15 | 229 | Diane Fisher | Dividend paid 100.00% on $1,609.92; Claim# 115; Filed: $2,346.83; Reference: | 5300-000 | | 1,609.92 | 326,896.40 |
| 05/14/15 | 230 | Robert Janosky | Dividend paid 100.00% on $3,767.73; Claim# 116P; Filed: $5,207.64; Reference: | 5300-000 | | 3,767.73 | 323,128.67 |
| 05/14/15 | 231 | Sarah Renee Kosar | Dividend paid 100.00% on $2,194.22; Claim# 117; Filed: $3,198.57; Reference: | 5300-000 | | 2,194.22 | 320,934.45 |
| 05/14/15 | 232 | Sandeep Disawal | Dividend paid 100.00% on $3,572.44; Claim# 118; Filed: $5,207.64; Reference: | 5300-000 | | 3,572.44 | 317,362.01 |
| 05/14/15 | 233 | Anne Polencheck | Dividend paid 100.00% on $2,232.58; Claim# 119; Filed: $3,254.49; Reference: | 5300-000 | | 2,232.58 | 315,129.43 |
| 05/14/15 | 234 | Brian L. Tafel | Dividend paid 100.00% on $2,194.12; Claim# 120; Filed: $3,198.43; Reference: | 5300-000 | | 2,194.12 | 312,935.31 |
| 05/14/15 | 235 | Daniel Martin | Dividend paid 100.00% on $3,309.46; Claim# 121; Filed: $5,207.64; Reference: | 5300-000 | | 3,309.46 | 309,625.85 |
| 05/14/15 | 236 | Joseph S. Fragala | Dividend paid 100.00% on $3,309.46; Claim# 122; Filed: $5,207.64; Reference: | 5300-000 | | 3,309.46 | 306,316.39 |
| 05/14/15 | 237 | Rosalind Helfrich | Dividend paid 100.00% on $2,987.42; Claim# | 5300-000 | | 2,987.42 | 303,328.97 |
| | | | **Subtotals :** | | **$0.00** | **$37,290.13** | |

{} Asset reference(s)

Printed: 07/18/2015 04:10 PM   V.13.23

## Form 2
## Cash Receipts And Disbursements Record

Page: 17

| Case Number: | 13-14126 ERW | | Trustee: | DEBORAH K. EBNER, Trustee (330480) |
|---|---|---|---|---|
| Case Name: | NANOINK, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3166 - Checking Account |
| Taxpayer ID #: | **-***6802 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/30/15 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 123; Filed: $4,370.78; Reference: | | | | |
| 05/14/15 | 238 | Molly Gregory | STOPPED - Dividend paid 100.00% on $1,241.29; Claim# 124; Filed: $1,809.46; Reference: Stopped on 06/04/15 | 5300-000 | | 1,241.29 | 302,087.68 |
| 05/14/15 | 239 | Albert K. Henning | Dividend paid 100.00% on $3,309.46; Claim# 125; Filed: $5,207.64; Reference: | 5300-000 | | 3,309.46 | 298,778.22 |
| 05/14/15 | 240 | Lynn Jensen | Dividend paid 100.00% on $1,252.89; Claim# 127; Filed: $1,826.38; Reference: | 5300-000 | | 1,252.89 | 297,525.33 |
| 05/15/15 | 241 | Dimonte & Lizak, LLC | Attorney fees | 3210-000 | | 4,203.60 | 293,321.73 |
| 05/27/15 | 208 | Vadim Val-Khvalabov | STOPPED - Dividend paid 100.00% on $3,572.44; Claim# 84P; Filed: $5,207.64; Reference: Stopped: check issued on 05/14/15 | 5300-000 | | -3,572.44 | 296,894.17 |
| 05/27/15 | 213 | Saju Nettikadan | STOPPED -received e-mail that this address is incorrect. He has not received his check Stopped: check issued on 05/14/15 | 5300-000 | | -3,572.44 | 300,466.61 |
| 05/27/15 | 242 | Vadim Val-Khvalabov | reissue : claimant moved and original check not received. | 5300-000 | | 3,572.44 | 296,894.17 |
| 05/29/15 | {3067} | Izon Science Limit | Settlement | 1141-000 | 14,975.00 | | 311,869.17 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 777.46 | 311,091.71 |
| 06/01/15 | 218 | Kathy J Rusniak | STOPPED - Dividend paid 100.00% on $1,573.80; Claim# 97; Filed: $2,294.17; Reference: Stopped: check issued on 05/14/15 | 5300-000 | | -1,573.80 | 312,665.51 |
| 06/01/15 | 243 | Kathy J Rusniak | claimant moved. She will file change of address and I will reissue | 5300-000 | | 1,573.80 | 311,091.71 |
| 06/04/15 | 217 | Jeffrey R. Rendlen | STOPPED - creditor called. He moved and | 5300-000 | | -3,572.44 | 314,664.15 |
| | | | Subtotals : | | $14,975.00 | $3,639.82 | |

{} Asset reference(s)

Printed: 07/18/2015 04:10 PM   V.13.23

# Form 2
## Cash Receipts And Disbursements Record

Page: 18

| Case Number: | 13-14126 ERW | Trustee: | DEBORAH K. EBNER, Trustee (330480) |
|---|---|---|---|
| Case Name: | NANOINK, INC. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******3166 - Checking Account |
| Taxpayer ID #: | **-***6802 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/30/15 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | asked for check to be stopped and reissued. Stopped: check issued on 05/14/15 | | | | |
| 06/04/15 | 238 | Molly Gregory | STOPPED - Dividend paid 100.00% on $1,241.29; Claim# 124; Filed: $1,809.46; Reference: Stopped: check issued on 05/14/15 | 5300-000 | | -1,241.29 | 315,905.44 |
| 06/10/15 | 244 | Jeffrey R. Rendlen | creditor called. He moved and asked for check to be stopped and reissued. | 5300-000 | | 3,752.44 | 312,153.00 |
| 06/10/15 | 245 | Saju Nettikadan | received e-mail that this address is incorrect. He has not received his check | 5300-000 | | 3,572.44 | 308,580.56 |
| 06/16/15 | 246 | Molly Gregory n/k/a/ Molly G. Clark | REISSUED - change of name and address | 5300-000 | | 1,241.29 | 307,339.27 |
| 06/22/15 | {3067} | Much Shelist | reimbursement to estate of wire charge deducted by remitter bank | 1141-000 | 25.00 | | 307,364.27 |
| 06/22/15 | 209 | Bjoern Rosner | STOPPED-Dividend paid 100.00% on $3,499.54; Claim# 85; Filed: $5,207.64; Reference: Stopped: check issued on 05/14/15 | 5300-000 | | -3,499.54 | 310,863.81 |
| 06/22/15 | 247 | Bjoern Rosner | STOPPED- reissue to new address. Prior check stopped Stopped on 06/22/15 | 5300-000 | | 3,499.54 | 307,364.27 |
| 06/22/15 | 247 | Bjoern Rosner | STOPPED- reissue to new address. Prior check stopped Stopped: check issued on 06/22/15 | 5300-000 | | -3,499.54 | 310,863.81 |
| 06/22/15 | 248 | Bjoern Rosner | reissue to new address. Prior check stopped | 5300-000 | | 3,499.54 | 307,364.27 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 546.87 | 306,817.40 |

Subtotals: $25.00  $7,871.75

{} Asset reference(s)

Printed: 07/18/2015 04:10 PM    V.13.23

## Form 2
### Cash Receipts And Disbursements Record

Page: 19

| Case Number: | 13-14126 ERW | | Trustee: | DEBORAH K. EBNER, Trustee (330480) |
| Case Name: | NANOINK, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3166 - Checking Account |
| Taxpayer ID #: | **-***6802 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/30/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 1,821,297.00 | 1,514,479.60 | $306,817.40 |
| | | | Less: Bank Transfers | | 7,500.00 | 7,500.00 | |
| | | | Subtotal | | 1,813,797.00 | 1,506,979.60 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,813,797.00** | **$1,506,979.60** | |

{} Asset reference(s)

Printed: 07/18/2015 04:10 PM V.13.23

Case 13-14126   Doc 270-15   Filed 07/22/15   Entered 07/22/15 22:36:42   Desc
Document Continued   Page 20 of 20

# Form 2

## Cash Receipts And Disbursements Record

Page: 20

**Case Number:** 13-14126 ERW
**Case Name:** NANOINK, INC.

**Taxpayer ID #:** **-***6802
**Period Ending:** 06/30/15

**Trustee:** DEBORAH K. EBNER, Trustee (330480)
**Bank Name:** Rabobank, N.A.
**Account:** ******3167 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/13/14 | | From Account #******3166 | Deposit of Advanced (Bo He) for asset sale - IP | 9999-000 | 7,500.00 | | 7,500.00 |
| 03/20/14 | | To Account #******3166 | | 9999-000 | | 7,500.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,500.00 | 7,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 7,500.00 | 7,500.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******3166 | 1,813,797.00 | 1,506,979.60 | 306,817.40 |
| Checking # ******3167 | 0.00 | 0.00 | 0.00 |
| | $1,813,797.00 | $1,506,979.60 | $306,817.40 |

{} Asset reference(s)

Printed: 07/18/2015 04:10 PM   V.13.23