IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NANOINK, INC. | ) | CHAPTER 7 |
| | ) | |
| | ) | CASE NO. 13-14126 |
| | ) | |
| DEBTOR | ) | HON. EUGENE R. WEDOFF |
| | ) | |

COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION

Name of Applicant:   POPOWCER KATTEN, LTD.

Authorized to Provide
Professional Services to:   DEBORAH K. EBNER, TRUSTEE

Date of Order authorizing Employment:  MAY 15, 2013

Period for Which
Compensation is Sought:  From February 5, 2014 through July 20, 2015

Amount of Fees Sought:  $ 26,336.00

Amount of Expense Reimbursement Sought: 56.69

This is an:  Interim Application_____   Final Application   X

Previous applications / allowances of this applicant:

Fees Sought:   $10,732.50          Fees Allowed:   $10,732.50
Costs Sought:        39.82          Costs Allowed:        39.82


                                  Applicant:

Date: July 20, 2015         By: _Lois West_____

                                  Lois West, CPA
                                  Certifying Professional

                                  POPOWCER KATTEN, LTD.
                                  35 E. Wacker Drive, Suite 1550
                                  Chicago, IL 60601-2124

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:   NANOINK, INC. | ) | CASE NO. 13-14126 |
| | ) | |
| | ) | CHAPTER 7 CASE |
| | ) | |
| | ) | JUDGE EUGENE R. WEDOFF |
| DEBTOR | ) | |

TO: THE HONORABLE EUGENE R. WEDOFF
    BANKRUPTCY JUDGE

### APPLICATION OF TRUSTEE'S ACCOUNTANT
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Popowcer Katten, Ltd., accountant for the Trustee pursuant to 11 U.S.C. Sec 330 and Bankruptcy Rule 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. On April 4, 2013 ("Petition Date"), Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§101 and Deborah K. Ebner was appointed Trustee.

2. The Section 341(a) meeting of creditors was held on May 29, 2013.

3. This Court on May 15, 2013 authorized the employment of the firm of Popowcer Katten, Ltd. to serve as accountant for the trustee retroactive to May 5, 2013.

4. Applicant requests $26,336.00 in compensation for 108.9 hours of services performed and reimbursement of actual expenses in the amount of $56.69 for the period February 5, 2014 through July 20, 2015.

5. The following accounting services were performed by applicant during the period February 5, 2014 through July 20, 2015:

*Tax Return Preparation* - Includes time spent in preparation and review of federal and state corporate income tax returns for year ended 12/31/12, 12/31/13, 12/31/14 and final period ended 6/30/15. Total time spent 60.0 hours - total fees incurred - $14,175.00

*Wage Claim Analysis and Preparation of Associated Tax Forms* - Includes time spent reviewing tax withholding calculations for various states and preparation of quarterly payroll tax returns to report and remit the withholding on priority wage claims paid. Total time spent 18.6 hours - total fees incurred $4,647.50.

*Preference Examination* - Includes time spent supporting requests from legal representation with recovery of various potential preference payments made within the ninety days prior to the bankruptcy filing. Total time spent 12.3 hours - total fees incurred $3,013.50.

*Estimated Time for Final Distribution to Priority Wage Claimants* - Time estimated to review withholding amounts on final distribution to wage claimants and prepare quarterly payroll tax forms for quarter of final distribution. Time also estimated to prepare and mail 66 W-2 forms for 2015 to be issued to wage claimants that received distributions in 2015. Total time estimated 15.0 hours - total fees estimated $3,750.00.

*Administration* - Preparation of final fee application. Total time spent 3.0 hours - total fees incurred $750.00

Attached as Exhibit "A" is an itemized statement of the accounting services rendered. The statement reflects the accounting services rendered, the persons who rendered those services, and a description of the work performed.

6. Based on the nature, extent, and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation sought is fair and reasonable.

7. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

**WHEREFORE**, Applicant requests that it be awarded reasonable compensation of $26,336.00 for the accounting services rendered in this case and reimbursement of expenses of $56.69 incurred.

DATE: July 20, 2015                                    RESPECTFULLY SUBMITTED,

_____
Lois West
Certifying Professional
35 E. Wacker Drive
Chicago, IL 60601-2124