**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| NANOINK, INC., | ) | Case No. 13-14126 |
| Debtor. | ) | Honorable Eugene R. Wedoff |

**COVER SHEET FOR
FINAL APPLICATION FOR PROFESSIONAL COMPENSATION**
(Appendix to Rule 607)

Name of Applicant:     Anthony Scandora

Authorized to Provide
Professional Services to:     Trustee

Date of Order Authorizing Employment:     May 8, 2013, effective April 16, 2013

Period for Which
Compensation is Sought:     April 16, 2013 through case closure

Amount of Fees Sought:     $775.00
Amount of Expense
Reimbursement Sought:     $   0.00

This is an:  Interim Application _____   Final Application    X

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed and Paid |
|---|---|---|---|
| 08/19/13 | 06/29/13 to 8/15/13 | $5,487.50 (Fees) | $5,487.50 (Fees) |
| | | $1,516.48 (Expenses) | $1,516.48 (Expenses) |
| 02/19/14 | 08/22/13 to 12/31/13 | $9,712.50 (Fees) | $9,712.50 (Fees) |
| | | $1,511.63 (Expenses) | $1,511.63 (Expenses) |

Applicant: Anthony Scandora

Date:  July ____, 2015                    By:  /s/Anthony Scandora

1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| NANOINK, INC., | ) | Case No. 13-14126 |
| Debtor. | ) | Honorable Eugene R. Wedoff |

**FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION OF ANTHONY SCANDORA INFORMATION TECHNOLOGY CONSULTANT OF THE ESTATE AND FOR REIMBURSEMENT OF EXPENSES**

Anthony Scandora ("Scandora") applies for the allowance and payment of final compensation in the amount of $775.00 for 6.2 hours of work performed and reimbursement of expenses in the amount of $0.00, for a total of $775.00, to him as the Information Technology Consultant for the Estate of NanoInk, Inc., for the period of January 1, 2014 through July 1, 2015. In addition Scandora respectfully requests that this Court enter its Final Order as to all prior fees and expenses awarded pursuant to prior interim applications. In support of this Final Application, Scandora respectfully states as follows:

**A.    BACKGROUND**

1. NanoInk, Inc. (hereinafter referred to as the "Debtor") filed its voluntary chapter 7 bankruptcy petition on or about April 4, 2013.

2. Deborah K. Ebner is the duly appointed and acting Trustee of the Debtor's chapter 7 case.

**B.    EMPLOYMENT AND DUTIES OF SCANDORA**

3. To provide relevant information to the Debtor's creditors, former employees and potential bidders for the Debtor's assets, the Trustee employed Anthony E. Scandora, Jr. ("Scandora") and AES Systems Corp. ("AES") as her Information Technology Consultants. This Court's order granting the employment application was entered on or about May 8, 2013 and was made retroactively effective to April 16, 2013.

2

4. The duties of Scandora and AES were to include: (i) access of the Debtor's computer systems and retrieve electronically stored information (the "ESI"), (ii) compile ESI about the Assets, (iii) create and maintain an electronic data room to facilitate the provision of due diligence documents, including ESI, to potential asset bidders, (iv) create and maintain websites to provide information about the Debtor's bankruptcy proceeding and asset sales to potential bidders, creditors of the estate, and other parties in interest; and (v) perform all other information technology tasks as requested by the Trustee.

5. Scandora and AES constructed two websites and a restricted-access data room for the Trustee and exported data from the Debtor's servers[1]. Scandora and AES also provided documentation from the Debtor's servers that enabled Trustee to analysis, and, ultimately prosecute avoidance actions[2].

6. The work performed by Scandora and AES was valuable to the estate in the respects: first, potential bidders for the estate's assets of equipment and intellectual property rights were able to access the information necessary for their respective due dilingence inquiries efficiently and without extensive labor of consultants and counsel for the estates, thereby saving sufficient sums for the estate in reduced professional compensation; secondly, by constructing and maintaining a website available for the Trustee to post relevant and current information of interest to creditors and parties in interest as to the current state and future actions taken by the Trustee in administering the estate, and third, by locating and providing original documentation of Debtor, Trustee is able to access accurate books and records of the Debtor which books and records enable her to administer this Estate. As a result of Scandora's efforts, the extensive

---

[1] Payment for these services was authorized pursuant to Interim Orders entered on September 18, 2013, and March 19, 2014, respectively.

[2] Acquisition of information necessary for Trustee's due diligence was difficult. Specifically, the services contained significant disk corruption, which had to be overcome before Trustee could commence work on avoidance action review. These unanticipated issues caused unanticipated cash outlay and expenses.

equipment assets of the estate were sold at a hearing conducted before this Court and the intellectual property assets were offered for sale with the assistance of the secure data room. Finally, Scandora's efforts allowed Trustee to conduct proper due diligence for avoidance action prosecution purposes.

        C.      **COMPENSATION AND REIMBURSEMENT SOUGHT**

7.      On September 18, 2013, this Court awarded Scandora $5,487.50 as and for compensation and $1,516.48 as and for expense reimbursement for services through August 15, 2013. A copy of that Order is attached hereto and incorporated herein as **Exhibit A**. On March 19, 2014, this Court awarded Scandora $9,712.50 as and for compensation and $1,511.3 as and for expense reimbursement. A copy of that Order is attached hereto and incorporated herein as **Exhibit B**.

8.      Scandora and AES seek a final payment of their fees and reimbursement of costs advanced pursuant to their employment with the Estate. Scandora and AES's current hourly rate for clients is $125 per hour. A statement of the services rendered since January 1, 2014 through July 1, 2015, in the sum of 6.2 hours by Scandora and AES is attached hereto as **Exhibit C**.

9.      Scandora and AES seek allowance and payment of fees and reimbursement of costs advanced pursuant to their employment with the Estate. Scandora and AES seek a final award of fees in the amount of $775.00 for 6.2 hours of work performed and reimbursement of costs advanced in the amount of $0.00, for a total of $775.00. In addition, Scandora and AES seek entry of an order of finality for all prior interim compensation and expense reimbursement orders entered in this case.

10.     Applicant submits that all amounts sough herein are reasonable, based upon the time spent on the tasks,, the complexities involved, the rates charged, based upon the market, the

4

necessity of all such services for the administration of this Estate, and the time constraints involved.

**WHEREFORE**, Scandora and AES as the Information Technology Consultant for the Estate of NanoInk, Inc., respectfully requests that the Court enter an attached order substantially in the form attached hereto: (i) granting this Application; (ii) allowing final compensation to Scandora and AES fees in the amount of $775.00 for 6.2 hours of work performed and reimbursement of costs advanced in the amount of $0.00, for a total of $775.00; (iii) authorizing payment from the Estate to Scandora and AES; (iv) finding that notice of the Trustee's motion is sufficient as given; and (v) granting to Scandora and AES and order of finality as to all prior interim compensation and exempse reimbursement awards.

Respectfully submitted,

By:    /s/Anthony Scandora

Deborah K. Ebner, Esq. (ARDC #6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, Illinois 60603
(312) 922-3838

5