# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: NANOINK, INC. § Case No. 13-14126
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　219 S. Dearborn St., 7th Floor, Chicago, IL 60604

　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 09/22/2015 in Courtroom 744, United States Courthouse, 219 S. Dearborn St., 7th Floor, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/26/2015　　By: /s/DEBORAH K. EBNER
　　　　　　　　　　　　　　　　　　　　Trustee

DEBORAH K. EBNER, Trustee
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: NANOINK, INC. § Case No. 13-14126
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $ 1,821,890.60

*and approved disbursements of* $ 1,509,879.04

*leaving a balance on hand of* [1] $ 312,011.56

**Balance on hand:** $ 312,011.56

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 312,011.56

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Deborah K. Ebner, Trustee | 74,203.75 | 64,034.46 | 10,169.29 |
| Trustee, Expenses - Deborah K. Ebner, Trustee | 2,438.08 | 2,438.08 | 0.00 |
| Attorney for Trustee, Fees - Law Office of Deborah Kanner Ebner | 241,007.13 | 69,685.13 | 171,322.00 |
| Attorney for Trustee, Expenses - Law Office of Deborah K Ebner | 6,656.14 | 5,048.00 | 1,608.14 |
| Accountant for Trustee, Fees - Popowcer Katten | 37,068.50 | 10,732.50 | 26,336.00 |
| Accountant for Trustee, Expenses - Popowcer Katten | 96.51 | 39.82 | 56.69 |
| Auctioneer Fees - Harvey Bendix Auctioneers | 7,435.39 | 7,435.39 | 0.00 |
| Charges, U.S. Bankruptcy Court | 3,150.00 | 3,150.00 | 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| Other Fees: Dimonte & Lizak, LLC | 4,203.60 | 4,203.60 | 0.00 |
| Other Expenses: Anthony Scandora | 19,003.11 | 18,228.11 | 775.00 |
| Attorney for Trustee Fees - Law Office of Deborah Kanner Ebner | 0.00 | 0.00 | 0.00 |
| Attorney for Trustee Fees - Quarrels & Brady LLP | 372,055.29 | 372,055.29 | 0.00 |
| Attorney for Trustee Expenses - Quarles & Brady LLP | 17,479.20 | 17,479.20 | 0.00 |
| Other Fees: Ira Goldberg/ Peter Follenweider | 1,000.00 | 1,000.00 | 0.00 |
| Other Expenses: Arthur B. Levine Company | 271.24 | 271.24 | 0.00 |
| Other Expenses: Auction Services Group a/k/a Loeb Winternitz | 60,000.00 | 60,000.00 | 0.00 |
| Other Expenses: Bereskin & Parr | 2,292.32 | 2,292.32 | 0.00 |
| Other Expenses: BioForce Nano Sciences | 4,035.39 | 4,035.39 | 0.00 |
| Other Expenses: Capital Asset Exchange & Trading, LLC | 5,100.00 | 5,100.00 | 0.00 |
| Other Expenses: Carol Raber | 768.25 | 768.25 | 0.00 |
| Other Expenses: Ettin Group, LLC | 21,035.99 | 21,035.99 | 0.00 |
| Other Expenses: FC Skokie, LLC | 375,000.00 | 375,000.00 | 0.00 |
| Other Expenses: Franchise Tax Board | 1,040.00 | 1,040.00 | 0.00 |
| Other Expenses: Hacienda Investments | 26,013.00 | 26,013.00 | 0.00 |
| Other Expenses: International Sureties | 895.21 | 895.21 | 0.00 |
| Other Expenses: Ira Goldberg/Peter Follenweider | 5,000.00 | 5,000.00 | 0.00 |
| Other Expenses: Isenbruck Bosl Horschler LLP | 17,498.03 | 17,498.03 | 0.00 |
| Other Expenses: Jackleen De Fini, CSR, RPR | 15.00 | 15.00 | 0.00 |
| Other Expenses: Kim & Chang Intellectual Property | 2,720.92 | 2,720.92 | 0.00 |
| Other Expenses: Lung Tin International Intellectual Property Agent, Ltd | 633.90 | 633.90 | 0.00 |
| Other Expenses: Moglia Advisors | 18,919.00 | 18,919.00 | 0.00 |
| Other Expenses: NASPA WIESBADEN | 5,606.21 | 5,606.21 | 0.00 |
| Other Expenses: New Mill Capital | 47,500.00 | 47,500.00 | 0.00 |
| Other Expenses: Northwestern University | 6,852.02 | 6,852.02 | 0.00 |
| Other Expenses: Pacific Gas and Electric | 461.64 | 461.64 | 0.00 |
| Other Expenses: Paychex, Inc | 490.58 | 490.58 | 0.00 |
| Other Expenses: Rave, LLC | 3,000.00 | 3,000.00 | 0.00 |
| Other Expenses: SHIMIZU PATENT OFFICE | 4,862.63 | 4,862.63 | 0.00 |
| Other Expenses: Takino, Kawasaki & Associates | 5,458.80 | 5,458.80 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Other Expenses: The Ettin Group | 8,305.81 | 8,305.81 | 0.00 |
| Other Expenses: Travelers Insurance | 4,908.75 | 4,908.75 | 0.00 |
| Other Expenses: Viking Printing | 1,200.60 | 1,200.60 | 0.00 |
| Other Expenses: Viking Printing | 597.10 | 597.10 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 210,267.12
Remaining balance: $ 101,744.44

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 101,744.44

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $811,068.72 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | New York Dept of Revenue | 36.34 | 0.00 | 0.00 |
| | Illinois Dept. of Revenue | 555.69 | 0.00 | 0.00 |
| | Internal Revenue Service--FUTA | 23,724.94 | 0.00 | 0.00 |
| | Arkansas Department of Revenue | 65.56 | 0.00 | 0.00 |
| | Internal Revenue Service--FICA | 23,207.55 | 0.00 | 0.00 |
| | Internal Revenue Service--FICA | 5,548.62 | 0.00 | 0.00 |
| 15 | James M. Hussey | 12,475.00 | 3,572.44 | 1,874.20 |
| 22P | Benard J Pothast | 12,475.00 | 3,572.44 | 1,874.18 |
| 27 | Michael R. Nelson | 12,475.00 | 3,572.44 | 1,874.20 |
| 28P | John Moskal | 12,475.00 | 3,572.44 | 1,874.17 |
| 29 | Illinois Secretary of State | 164,768.91 | 0.00 | 0.00 |
| 30P | Tom Warwick | 12,475.00 | 3,572.44 | 1,874.19 |
| 35 | Anthony Veprinsky | 12,110.43 | 3,468.04 | 1,819.42 |
| 37 | Alexander Lifshiz | 12,475.00 | 3,572.44 | 1,874.20 |
| 40 | Internal Revenue Service | 500.00 | 0.00 | 0.00 |
| 41 | John Edward Bussan | 12,475.00 | 3,572.44 | 1,874.18 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 42P-2 | Frank Naber | 12,475.00 | 3,572.44 | 1,874.17 |
| 46P | Ronald L. Goode | 12,475.00 | 3,767.73 | 1,874.17 |
| 47 | George Woodruff | 5,065.96 | 1,450.73 | 761.10 |
| 49 | Richard Harris | 12,475.00 | 3,465.69 | 1,874.19 |
| 54 | Fredy Villagran | 12,475.00 | 3,572.44 | 1,874.17 |
| 55 | Bo He | 10,638.01 | 3,046.37 | 1,598.20 |
| 56 | Sergey Rozhok | 12,475.00 | 3,572.44 | 1,874.17 |
| 57 | Raymond Roger Shile | 12,475.00 | 3,309.46 | 1,874.18 |
| 58 | Igor Titushkin | 9,483.00 | 2,515.71 | 1,424.68 |
| 60 | Denise Damen | 7,239.25 | 2,073.09 | 1,087.60 |
| 61 | Yudong Ming | 8,750.43 | 2,505.83 | 1,314.62 |
| 62 | Ping Han | 8,042.31 | 2,303.05 | 1,208.24 |
| 64P | Sheri M Maremont | 12,475.00 | 3,572.44 | 1,874.16 |
| 67 | James Jean | 11,253.84 | 3,074.76 | 1,690.73 |
| 68 | Frank D. Lantz | 12,475.00 | 3,572.44 | 1,874.18 |
| 70P | Donato Ceres | 12,475.00 | 3,572.44 | 1,874.16 |
| 71 | Jose Cuellar | 2,216.54 | 634.73 | 333.01 |
| 72P | Harry Dean Hart | 12,475.00 | 3,767.73 | 1,874.17 |
| 74 | Anthony Dizonno | 8,071.45 | 2,311.40 | 1,212.60 |
| 75 | Kenneth Zielke | 12,475.00 | 3,572.44 | 1,874.18 |
| 77 | Susan Gillett | 7,740.34 | 2,216.59 | 1,162.87 |
| 78 | Victoria Nguyen | 6,483.42 | 1,719.97 | 974.04 |
| 79 | Thomas Daniel | 8,875.96 | 2,541.78 | 1,333.49 |
| 80 | John Ireland | 12,475.00 | 3,572.44 | 1,874.18 |
| 81 | Patricia Devereaux | 9,857.80 | 2,822.94 | 1,480.99 |
| 82 | Robert Stokes | 7,267.36 | 3,572.44 | 1,874.18 |
| 84P | Vadim Val-Khvalabov | 12,475.00 | 3,572.44 | 1,874.16 |
| 85 | Bjoern Rosner | 12,475.00 | 3,499.54 | 1,874.20 |
| 86P | Javad M. Vakil | 11,725.00 | 3,357.65 | 1,761.51 |
| 87 | Nabil A Amro | 11,725.00 | 3,357.65 | 1,761.51 |
| 88 | Dorrian Chmilenko | 6,263.08 | 1,793.54 | 940.93 |
| 89 | Saju Nettikadan | 12,475.00 | 3,572.44 | 1,874.18 |
| 90P | Franchise Tax Board | 872.48 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 92P | Haris Jamil | 11,725.00 | 3,357.65 | 1,761.51 |
| 93 | Earl J. Gubbins | 12,475.00 | 3,572.44 | 1,874.18 |
| 95 | Aleta Hagman | 6,325.97 | 1,811.54 | 950.38 |
| 96P | Jeffrey R. Rendlen | 12,475.00 | 3,752.44 | 1,874.16 |
| 97 | Kathy J Rusniak | 5,495.74 | 1,573.80 | 825.65 |
| 99 | Jose Rincon | 5,449.30 | 1,560.50 | 818.67 |
| 100 | Abdullah W Kherzai | 6,891.56 | 1,973.53 | 1,035.35 |
| 101 | John McCord Jr. | 4,917.67 | 1,371.72 | 738.81 |
| 104 | Sarang Kortikar | 7,785.43 | 2,229.50 | 1,169.65 |
| 105 | John Collins | 9,667.67 | 2,768.50 | 1,452.43 |
| 106 | Fedderson, Barbara | 5,200.47 | 1,489.24 | 781.30 |
| 107 | Alexander Smetana | 12,475.00 | 3,572.44 | 1,874.17 |
| 108 | Patrick Treacy | 9,120.00 | 2,611.67 | 1,370.15 |
| 110 | Sawen Aziz | 4,095.00 | 1,172.67 | 615.21 |
| 111 | Jason Robert Haaheim | 12,475.00 | 3,266.76 | 1,874.20 |
| 115 | Diane Fisher | 5,621.87 | 1,609.92 | 844.60 |
| 116P | Robert Janosky | 12,475.00 | 3,767.73 | 1,874.17 |
| 117 | Sarah Renee Kosar | 7,662.24 | 2,194.22 | 1,151.14 |
| 118 | Sandeep Disawal | 12,475.00 | 3,572.44 | 1,874.18 |
| 119 | Anne Polencheck | 7,796.20 | 2,232.58 | 1,171.26 |
| 120 | Brian L. Tafel | 7,661.91 | 2,194.12 | 1,151.09 |
| 121 | Daniel Martin | 12,475.00 | 3,309.46 | 1,874.19 |
| 122 | Joseph S. Fragala | 12,475.00 | 3,309.46 | 1,874.19 |
| 123 | Rosalind Helfrich | 10,470.29 | 2,987.42 | 1,573.02 |
| 124 | Molly G Clark | 4,334.62 | 1,241.29 | 651.22 |
| 125 | Albert K. Henning | 12,475.00 | 3,309.46 | 1,874.19 |
| 126 | Pacific Gas and Electric Company | 6,042.77 | 0.00 | 0.00 |
| 127 | Lynn Jensen | 4,375.15 | 0.00 | 657.30 |
| 136 | Franchise Tax Board | 1,701.73 | 0.00 | 0.00 |
| ADMIN | Franchise Tax Board | 1,053.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

|  |  | Total to be paid for priority claims: | $ | 100,558.03 |
|---|---|---|---|---|
|  |  | Remaining balance: | $ | 1,186.41 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,975,911.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Triangle Printers Inc | 2,832.00 | 0.00 | 0.00 |
| 2 | IKO International, Inc. | 2,043.05 | 0.00 | 0.00 |
| 3 | Renishaw Inc. | 2,673.82 | 0.00 | 0.00 |
| 4 | Pitney Bowes Global Financial | 1,704.59 | 0.00 | 0.00 |
| 5 | Noel Technologies Inc | 250.00 | 0.00 | 0.00 |
| 6 | Marlow Industries Inc | 2,485.00 | 0.00 | 0.00 |
| 7 | Sunstone Circuits LLC | 949.30 | 0.00 | 0.00 |
| 8 | R.C. Edwards, INC | 2,476.83 | 0.00 | 0.00 |
| 9 | Arcon Parts, LLC | 2,300.00 | 0.00 | 0.00 |
| 10 | J-Tec Metal Products, Inc. | 10,058.52 | 0.00 | 0.00 |
| 11 | Dynamic Motion Control, Inc. (DMC, Inc) | 781.25 | 0.00 | 0.00 |
| 12 | Qioptiq Inc. | 23,323.54 | 0.00 | 0.00 |
| 13 | Microphoto, Inc. | 404.75 | 0.00 | 0.00 |
| 14 | MICROMO | 1,158.67 | 0.00 | 0.00 |
| 15U | James M. Hussey | 681,925.00 | 0.00 | 0.00 |
| 16 | Vogue Printers | 1,851.20 | 0.00 | 0.00 |
| 17 | ePlus Technology, Inc. | 1,135.40 | 0.00 | 0.00 |
| 18 | Delphon Industries, LLC dba Gel-Pak | 1,407.96 | 0.00 | 0.00 |
| 19 | Basetek, LLC | 5,761.90 | 0.00 | 0.00 |
| 20 | K&J Magnetics, Inc. | 90.19 | 0.00 | 0.00 |
| 21 | Dresner Corporate Services, Inc. | 41,858.92 | 0.00 | 0.00 |
| 22U | Benard J Pothast | 227,515.63 | 0.00 | 0.00 |
| 23 | Egon Zehnder International | 122,212.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 24 | Plas-Labs, Inc | 19,868.52 | 0.00 | 0.00 |
| 25 | Digi-Key Corporation | 2,701.22 | 0.00 | 0.00 |
| 26 | McMaster-Carr Supply Company | 7,205.24 | 0.00 | 0.00 |
| 27U | Michael R. Nelson | 157,391.00 | 0.00 | 0.00 |
| 28U | John Moskal | 23,127.72 | 0.00 | 0.00 |
| 30U | Tom Warwick | 142,491.92 | 0.00 | 0.00 |
| 31 | Quartz Imaging Corporation | 3,520.00 | 0.00 | 0.00 |
| 32 | Cambridge Bioscience Limited | 21,150.00 | 0.00 | 0.00 |
| 33 | Nanomotion, Inc. | 211,241.00 | 0.00 | 0.00 |
| 34 | BECO INC | 11,968.00 | 0.00 | 0.00 |
| 36 | Allied Electronics Inc | 1,243.40 | 0.00 | 0.00 |
| 37U | Alexander Lifshiz | 6,535.78 | 0.00 | 0.00 |
| 38 | R&D Systems Inc | 64,900.50 | 0.00 | 0.00 |
| 39 | Sigma Aldrich, Inc. | 6,415.08 | 0.00 | 0.00 |
| 41U | John Edward Bussan | 17,651.49 | 0.00 | 0.00 |
| 42U-2 | Frank Naber | 18,733.15 | 0.00 | 0.00 |
| 43 | Hamilton Exhibits LLC | 16,280.73 | 0.00 | 0.00 |
| 44 | Classic Graphic Services, Inc | 31,976.41 | 0.00 | 0.00 |
| 45 -2 | Swann and Associates | 321.00 | 0.00 | 0.00 |
| 46U | Ronald L. Goode | 4,248.83 | 0.00 | 0.00 |
| 48 | American Association for Laboratory Animal | 7,060.00 | 0.00 | 0.00 |
| 49U | Richard Harris | 5,497.72 | 0.00 | 0.00 |
| 50 | Schenk Hampton Advertising Inc. | 26,345.94 | 0.00 | 0.00 |
| 51 | NeoPhotonics Corporation | 76,830.00 | 0.00 | 0.00 |
| 52 | Sylvain J Cruchon-Dupeyrat | 5,000.00 | 0.00 | 0.00 |
| 53 | Westwood Machine & Tool Co. | 4,055.96 | 0.00 | 0.00 |
| 54U | Fredy Villagran | 10,097.05 | 0.00 | 0.00 |
| 56U | Sergey Rozhok | 4,040.52 | 0.00 | 0.00 |
| 57U | Raymond Roger Shile | 15,628.74 | 0.00 | 0.00 |
| 59 | Raymond Roger Shile | 300.00 | 0.00 | 0.00 |
| 63 | FedEx TechConnect, Inc. | 15,946.25 | 0.00 | 0.00 |
| 64U | Sheri M Maremont | 28,951.15 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 65 | Morrow Design, Inc. | 87,577.00 | 0.00 | 0.00 |
| 66 | TEKsystems Inc | 12,512.00 | 0.00 | 0.00 |
| 68U | Frank D. Lantz | 14,165.00 | 0.00 | 0.00 |
| 69 | Hitachi High Technologies America, Inc. | 12,399.93 | 0.00 | 0.00 |
| 70U | Donato Ceres | 1,951.36 | 0.00 | 0.00 |
| 72U | Harry Dean Hart | 266,845.00 | 0.00 | 0.00 |
| 73 | Designcraft, Inc. | 19,009.00 | 0.00 | 0.00 |
| 75U | Kenneth Zielke | 7,416.35 | 0.00 | 0.00 |
| 76 | JB Technical Support Service, LLC | 5,082.80 | 0.00 | 0.00 |
| 80U | John Ireland | 2,586.53 | 0.00 | 0.00 |
| 82U | Robert Stokes | 5,580.31 | 0.00 | 0.00 |
| 83 -2 | Lurie Lending Company | 14,805,902.78 | 0.00 | 0.00 |
| 84U | Vadim Val-Khvalabov | 9,332.36 | 0.00 | 0.00 |
| 85U | Bjoern Rosner | 15,162.82 | 0.00 | 0.00 |
| 86U | Javad M. Vakil | 1,728.69 | 0.00 | 0.00 |
| 87U | Nabil A Amro | 2,295.00 | 0.00 | 0.00 |
| 89U | Saju Nettikadan | 5,184.71 | 0.00 | 0.00 |
| 90U | Franchise Tax Board | 3.86 | 0.00 | 0.00 |
| 91 | Foley & Lardner LLP | 617,925.12 | 0.00 | 0.00 |
| 92U | Haris Jamil | 28,998.83 | 0.00 | 0.00 |
| 93U | Earl J. Gubbins | 16,750.11 | 0.00 | 0.00 |
| 96U | Jeffrey R. Rendlen | 10,815.53 | 0.00 | 0.00 |
| 101U | John McCord Jr. | 2,465.92 | 0.00 | 0.00 |
| 102 | Tali Konry | 2,600.00 | 0.00 | 0.00 |
| 103 | Northwestern University | 423,419.25 | 0.00 | 0.00 |
| 107U | Alexander Smetana | 589.42 | 0.00 | 0.00 |
| 109 | Newport Corporation | 753.14 | 0.00 | 0.00 |
| 111U | Jason Robert Haaheim | 4,504.52 | 0.00 | 0.00 |
| 113U | FC Skokie PQ, LLC | 2,030,618.37 | 0.00 | 0.00 |
| 116U | Robert Janosky | 344,058.10 | 0.00 | 0.00 |
| 118U | Sandeep Disawal | 358.55 | 0.00 | 0.00 |
| 121 | Daniel Martin | 1,121.89 | 0.00 | 0.00 |
| 122U | Joseph S. Fragala | 110,273.44 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

|   | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 1,186.41 |

Tardily filed claims of general (unsecured) creditors totaling $ 118,629.91 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 125U | Albert K. Henning | 12,484.62 | 0.00 | 0.00 |
| 128 | TFI Resources, Inc. | 23,715.00 | 0.00 | 0.00 |
| 129 | Creative Promotional Products | 2,563.58 | 0.00 | 0.00 |
| 131 | Bio-Rad Laboratories, Inc. | 552.05 | 0.00 | 0.00 |
| 132 | Board of Trustees of the | 8,571.42 | 0.00 | 0.00 |
| 133 | Georgia Tech Research Corporation | 50,000.00 | 0.00 | 0.00 |
| 135 | STEM Solutions 2013 | 6,000.00 | 0.00 | 0.00 |
| 137 | Barbara McKittrick, individually d/b/a The Strategy Factory | 14,743.24 | 0.00 | 0.00 |

|   | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 1,186.41 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|   | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 1,186.41 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/DEBORAH K. EBNER, Trustee
Trustee

DEBORAH K. EBNER, Trustee
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**