UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )
                                    )
                                    )      Case No. 13 BK 14126
        NANOINK, Inc.,              )
                                    )
                                    )
                                    )      Chapter 7
        Debtor.                     )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING APPLICATION OF DEBORAH K. EBNER, ATTORNEY FOR CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $171,322.00 | TOTAL COSTS REQUESTED: | $1,608.14 |
| TOTAL FEES REDUCED: | $372.00 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $170,950.00 | TOTAL COSTS ALLOWED: | $1,608.14 |

**TOTAL FEES AND COSTS ALLOWED: $172,558.14**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)      Improper Allocation of Professional Resources**

        The Court denies the allowance in part of compensation for the following task since a professional with a lower level of skill and experience or a paraprofessional could have performed the task. *In re Pettibone*, 74 B.R. 293, 303 (Bankr. N.D. Ill. 1987) ("Senior partner rates will be paid only for work that warrants the attention of a senior partner. A senior partner who spends time reviewing documents or doing research a beginning associate could do will be paid at a rate of a beginning associate. [Citation omitted]. Similarly, non-legal work performed by a lawyer which could have been performed by less costly non-legal employees should command a lesser rate."); *In re Wildman*, 72 B.R. 700, 710 (Bankr. N.D. Ill. 1987) (same); *In re Alberto*, 121 B.R. 531, 535 (Bankr. N.D. Ill. 1990) (determining use of partner appropriate where attendant complex legal issues warrant highly experienced practitioner).

**(13)     No Benefit to the Estate**

        The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). An attorney's internal work, prior to retention, to determine whether the attorney's firm satisfies the disinterestedness requirement of section 327 of the Bankruptcy Code does not provide benefit to the estate and is not compensable. *See In re ACT Mfg., Inc.*, 281 B.R. 468, 490 (Bankr. D. Mass. 2002).

An attorney is required to balance the costs of performing a service and the benefit it will yield to the estate. *See Matter of Taxman Clothing Co.*, 49 F.3d 310, 316 (7th Cir. 1995). The court denies fees for services rendered after it should have become apparent to the attorney that the services would not have yielded a net benefit for the estate. *Id.*

Dated: September 22, 2014

Eugene R. Wedoff
United States Bankruptcy Judge

Printed: 07/30/15 04:16 PM

# Time Sheet Report

*Total deduction = $372*    Page: 1

**Trustee: DEBORAH K. EBNER, Trustee  (330480)**

**Period:  02/20/14 - 07/30/15**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No:   13-14126 | | Case Name: NANOINK, INC. | | | Petition Date: 04/04/13 | |
| Case Type: Assets | | Judge:   EUGENE R. WEDOFF | | | 341a Meeting: 05/29/14   01:00PM | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| FEE \ EMPLOYMENT APPLICATIONS | Deborah K. Ebner, Attorney | 03/18/14 | review apps for hearing tomorrow. note on docket that the consolidated notice was not filed; e-mail to assistant to file same immediately so court can see that notice was mailed to everyone. | 0.30 | 395.000 | 118.50 |
| | | 03/19/14 | ct on applications for fees and expense reimbursement and order for protocol : Orders entered | 0.70 | 395.000 | 276.50 |
| | | 02/03/15 | Prepare second interim application for Trustee compensation, notice and order | 0.50 | 400.000 | 200.00 |
| | | 02/03/15 | edits to retention application to comply with limited notice requirements of 2002(h); follow through with Order and notice. | 1.20 | 400.000 | 480.00 |
| | | 02/04/15 | prepare interim fee order | 0.20 | 400.000 | 80.00 |
| | | 02/18/15 | work on final fee application | 0.50 | 400.000 | 200.00 |
| | | 03/03/15 | presentation of Application to retain collection counsel and related relief. | 0.20 | 400.000 | 80.00 |
| | | 05/27/15 | work on final fee application | 1.60 | 400.000 | 640.00 |
| | | 06/08/15 | additional edits to  correction of final  fee application | 2.00 | 400.000 | 800.00 |
| | | 06/17/15 | additional edits to Final Fee Application of Ebner Law | 0.70 | 400.000 | 280.00 |
| | | 06/18/15 | additional work on final fee petition; specifically, reviewing settlement agreements in lawsuits to overview them in the text of the petition. | 0.80 | 400.000 | 320.00 |
| | | 06/18/15 | continued edits to final fee petition including wrap up of explanation of litigation and  case administration to explain high risk nature of the engagement. | 1.10 | 400.000 | 440.00 |
| | | 06/22/15 | additional edits to final fee application text | 0.50 | 400.000 | 200.00 |
| | | 07/18/15 | Preparation of FInal Fee Application and Expense Reimbursement request for Tony Scandora + Notices and Orders | 1.20 | 400.000 | 480.00 |
| | | 07/18/15 | Preparation of Final trustee fee application | 2.00 | 400.000 | 800.00 |
| | | 07/18/15 | rework portion of legal fee application to include omitted categories of 1st fee app time. | 0.80 | 400.000 | 320.00 |
| | | 07/22/15 | review and edit of Final Fee Application for accountant. | 0.60 | 400.000 | 240.00 |
| | | | | 14.90 | | $5,955.00 |
| | Liz Daleccio | 05/15/15 | continued catagorization of Susan's 110 pages of time itemization for propoer inclusion in fee petition | 3.50 | 85.000 | 297.50 |
| | | 05/22/15 | conclude review of Susan 110 pages of text and complete catagorization by comparing time entry to date of service and docket; notate same for Trustee who then competed edits | 2.50 | 85.000 | 212.50 |
| | | 05/28/15 | continued work on SUsan'd time entries for catagorization | 4.00 | 85.000 | 340.00 |
| | | 05/29/15 | continued work with Susan's 110 pages of time entries to allocate them to propoer catagories in fee application | 3.60 | 85.000 | 306.00 |

# EXHIBIT C

Printed:  07/30/15 04:16 PM

# Time Sheet Report

Page: 2

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period:  02/20/14 - 07/30/15**

| Case No: | 13-14126 | Case Name: NANOINK, INC. | | Petition Date: 04/04/13 |
|---|---|---|---|---|
| Case Type: Assets | | Judge:    EUGENE R. WEDOFF | | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| | | | | 13.60 | | $1,156.00 |
| FEE \ EMPLOYMENT APPLICATIONS | Sandee Butz | 07/18/15 | meet w/D. Ebner and reviw records to determine source of inconsistency between 1st and 2d fee apps.  Complete analyis and identify omissions from 1st app. | 2.00 | 150.000 | 300.00 |
| | | 07/29/15 | edits to Final Trusteee Compensation Application to ensure correct application of percentage | 1.00 | 150.000 | 150.00 |
| | | | | 3.00 | | $450.00 |
| | **Subtotal for Category: FEE \ EMPLOYMENT APPLICATIONS** | | | **31.50** | | **$7,561.00** |
| **Total for Case: 13-14126** | | | | **31.50** | | **$7,561.00** |
| **Total for Trustee:  DEBORAH K. EBNER, Trustee** | | | | **31.50** | | **$7,561.00** |

| Grand Total: | 31.50 | $7,561.00 |
|---|---|---|

(13)

— No fees for fixing prior apps

d = $ 300

Printed:  07/30/15 03:52 PM

# Time Sheet Report

Page: 1

**Trustee: DEBORAH K. EBNER, Trustee  (330480)**

**Period: 02/20/14 - 07/30/15**

| Case No:  13-14126 | Case Name: NANOINK, INC. | | Petition Date: 04/04/13 |
|---|---|---|---|
| Case Type: Assets | Judge:   EUGENE R. WEDOFF | | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| CLAIMS ADMINISTRATION | Deborah K. Ebner, Attorney | 02/17/15 | meet with accountant to discuss federal withholding issues re: wage claims in light of different countries of residence; preliminary review of impact of failure to withhold | 0.60 | 400.000 | 240.00 |
| | | 06/09/15 | retrieve vm from Robert Stokes from United Kingdom and thereafter briefly review notes as to why we withheld state and federal tax from his distribution. Thereafter review IRS publication  numbers 515, 519 and 901 to identify general rule and specific tax treaty (.8). Thereafter call and then followup e-mail to Lois West re: reference to IRS publications... and per tc procedure of NanoInk when in business regarding pay to foreign employees (.3) | 1.20 | 400.000 | 480.00 |
| | | 06/11/15 | further discussion with accountant regarding withholding of fed and state tax for UK resident. | 0.40 | 400.000 | 160.00 |
| | | 06/11/15 | additional followup with Lois: Tom Warwick has international tax issue also : refer to memmorandum re: IRS publication re: tax traties... Lois is going to contact him. | 0.60 | 400.000 | 240.00 |
| | | 06/15/15 | confirm with accountant and tax department that lack of residency and US citizenship negates obligation to pay federal or state income tax. (.2) Thereafter, review records to ascertain if residency information is on file and memo to payees to be followed up by accountants and adjustment at second and final distribution. Acknowledgment to claimants. Request for confirmation of residency and citizenship. | 1.30 | 400.000 | 520.00 |
| | | 06/15/15 | Return call from. Department of Finance and Administration for the State of Arkansas re: withholding issue: Lois is on vacation this week. Walk  thru mechanics of bankruptcy, date of closing, employee, residency in discussion with John Sloan | 0.40 | 400.000 | 160.00 |
| | | 06/15/15 | edit State of Arkansas tax withholding letter | 0.10 | 400.000 | 40.00 |
| | | 06/15/15 | e-mail exchanges with Robert Stokes re: resolution of claim issue. | 0.10 | 400.000 | 40.00 |
| | | 06/17/15 | receipt of amended return filed by the State of California Franchise Tax Diivision. Confirm that the franchise tax is a priority claim and that liability terminiates upon the filing of a final return. COnfirm that payment was issued and negotiated by the State of Califonia (.3) : TC with Franchise Tax Board representative with discussion of final return filing and payment of all liability and request that they withdraw the claim as case is in closing and I should not have to prepare and file an objection. (.3) Draft letter and followup cc- to Lois W who is out of town.. (.5) | 1.10 | 400.000 | 440.00 |
| | | 06/30/15 | discussion with accountant re: Warwick US residency (apparent) and impact on | 0.30 | 400.000 | 120.00 |

# EXHIBIT D

Printed: 07/30/15 03:52 PM

# Time Sheet Report

**Trustee: DEBORAH K. EBNER, Trustee (330480)**

**Period: 02/20/14 - 07/30/15**

Page: 2

| Case No: | 13-14126 | Case Name: | NANOINK, INC. | | Petition Date: | 04/04/13 |
|---|---|---|---|---|---|---|
| Case Type: | Assets | Judge: | EUGENE R. WEDOFF | | 341a Meeting: | 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| CLAIMS ADMINISTRATION | Deborah K. Ebner, Attorney | | wage distribution. In struction to proceed with a writing of expalation | | | |
| | | 07/02/15 | review tax memo from Lois; and evaluate impact to estate if we prepare. (.2) : tc with Lois re: preparation, presentation and contents (.3) we will get it out tofay | 0.50 | 400.000 | 200.00 |
| | | 07/02/15 | revise Lois letter to British wage claimants | 0.30 | 400.000 | 120.00 |
| | | 07/07/15 | e-mail communications with one of the wage claim distributees regarding reason for disparity between his distribution and those of his co-workers. (difference of entitlement) | 0.10 | 400.000 | 40.00 |
| | | 07/08/15 | additional memo  to claimant 78 Victoria Nugyen re: claim calculation and priority disparity. I also sent her back her claim and explained . | 0.30 | 400.000 | 120.00 |
| | | 07/13/15 | receipt and review of Warwick response regarding employment in continental US duration and impact on federal/state withholding (.3) / preliminary review of CA. procedure for withdrawal from State for business franchise tax purposes so that amended claim issue can be resolved and reduced (.4) : tc with Lois re: withholding/ California dissolution issue and related matters (.2) | 0.90 | 400.000 | 360.00 |
| | | 07/28/15 | final review of California franchise tax claim amendment filed June 26, 2015; assessimpact of objection memo to file | 0.40 | 400.000 | 160.00 |
| | | | | 8.60 | | $3,440.00 |
| | Dennis Quaid | 02/24/14 | Review correspondence of employee Javad Vakil complaining of objection filed to his wage claim and consider means of responding thereto | 0.10 | 425.000 | 42.50 |
| | | 02/24/14 | Review claim docket and specifically claim number 86 of Javad Vakil four $134,453, part of which is a priority wage claim, and note that contrary to his complaint, no objection has been filed to said claim by anyone | 0.20 | 425.000 | 85.00 |
| | | 02/24/14 | Correspondence to Javad Vakil in response to his correspondence complaining of an objection to his wage claim, informing him that no one has objected to his wage claim | 0.10 | 425.000 | 42.50 |
| | | 08/14/14 | Review  question from Susan De Resendiz pertaining to whether actual payments made to Asylum Research  can be recovered is preferences, in addition to an action to recover the deposits of the Debtor still held by Asylum | 0.10 | 425.000 | 42.50 |
| | | 08/15/14 | Analyze question of Susan de Resendiz  as to whether the trustee must reject and executory contract in order to recover a down payment made under said contract | 0.10 | 425.000 | 42.50 |
| | | 08/15/14 | Research section 365 and specifically sub section (d) (1) to answer the question as to whether and executory contract must be rejected by the trustee | 0.30 | 425.000 | 127.50 |

Printed: 07/30/15 03:52 PM

# Time Sheet Report

**Trustee: DEBORAH K. EBNER, Trustee (330480)**

**Period: 02/20/14 - 07/30/15**

| Case No: | 13-14126 | Case Name: NANOINK, INC. | Petition Date: 04/04/13 |
| Case Type: Assets | | Judge: EUGENE R. WEDOFF | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| CLAIMS ADMINISTRATION | Dennis Quaid | | in order to recover a down payment made under that contract | | | |
| | | 09/09/14 | Analyze the question of Susan de Resendiz and explain that an actual payment must have been made to be a preference as opposed to a discount granted  as an accounting measure | 0.20 | 425.000 | 85.00 |
| | | 06/15/15 | Draft letter to Arkansas Department of Finance per instruction of John Sloan to reopen account . | 0.40 | 425.000 | 170.00 |
| | | | | 1.50 | | $637.50 |
| | Liz Daleccio | 06/11/15 | speak with two creditors who await payment; review claim docket to determine if claim was filed by both/ either. Thereafter review certificate of service to see if they got notice. Call back to creditors to overview what is of record and forward information | 1.00 | 85.000 | 85.00 |
| | | 07/06/15 | Memo to Mr. Warwick of UNited Kingdom re: address change procedure as Trustee cannot simply mail checks to addresses forwarded over the internet. | 0.50 | 85.000 | 42.50 |
| | | | | 1.50 | | $127.50 |
| | Sandee Butz | 02/21/15 | reconciling wage claims to Court Orders resolving claim objections to ensure proper categorization for distribution | 4.00 | 150.000 | 600.00 |
| | | 02/22/15 | continuation of reconciliation of wage claims to Court Orders: confusing entry of orders that were thereafter changed. | 4.00 | 150.000 | 600.00 |
| | | 03/10/15 | meeting with Lois West regarding applicable percentages to be applied to individual claims for different states, medicare etc withholding and related work with BMS administrator re: processing of the wage claims and employer withholding. | 1.60 | 150.000 | 240.00 |
| | | 05/11/15 | Final review of percentages and verification of accurate withholding prior to submission. | 1.50 | 150.000 | 225.00 |
| | | 07/28/15 | t/c with Rabobank representative to attempt to ascertain issues preventing payment of New Jersey Dept. of Rev. claim | 0.30 | 150.000 | 45.00 |
| | | | | 11.40 | | $1,710.00 |
| **Subtotal for Category: CLAIMS ADMINISTRATION** | | | | **23.00** | | **$5,915.00** |
| **Total for Case: 13-14126** | | | | **23.00** | | **$5,915.00** |
| **Total for Trustee: DEBORAH K. EBNER, Trustee** | | | | **23.00** | | **$5,915.00** |

# Time Sheet Report

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period:  01/01/00 - 07/30/15**

| Case No:   13-14126 | Case Name: NANOINK, INC. | | Petition Date: 04/04/13 |
| --- | --- | --- | --- |
| Case Type: Assets | Judge:    EUGENE R. WEDOFF | | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| ASSET DISPOSITION | Deborah K. Ebner, Attorney | 07/24/13 | call with Scott Scrieber, his transactional partner, and Dennis re: problems with unnecessarily restrictive language in his letter agreement, and issues that must be addressed but not included | 0.70 | 395.000 | 276.50 |
| | | 08/09/13 | Calls to Screiber, tc with Dennis and thereafter patch in Judge Wedoff Chambers re: availability for hearing, thereafter; first round edits to motion | 1.60 | 395.000 | 632.00 |
| | | 08/09/13 | final revisions to motion and Order | 1.00 | 395.000 | 395.00 |
| | | 08/09/13 | Draft Emergency Application to set emergency hearing; consult with marketer to get sufficient facts for inclusion; call back from Scott. His firm is closed today for a firm outing and he cannot participate in drafting this. He provided additional facts for inclusion in the motion. | 2.20 | 395.000 | 869.00 |
| | | 08/09/13 | work with staff re: emergency motion and call to chambers | 0.30 | 395.000 | 118.50 |
| | | 08/13/13 | call from Brian Doyle re: Application to dispose of IP assets and involvement of Northwestern. | 0.20 | 395.000 | 79.00 |
| | | 08/13/13 | review RY's chart of co-owned IP | 0.10 | 395.000 | 39.50 |
| | | 08/14/13 | call back to Dennis re: Northwestern litigation status and hearing up for tomorrow | 0.20 | 395.000 | 79.00 |
| | | 08/14/13 | review of Rick Young's e-mails and attachments and attempts to cross reference what NW claims as abandoned vs. the licenses. | 0.30 | 395.000 | 118.50 |
| | | 08/14/13 | cc with Shelly, David and Dennis and Becky re: hearing preparation tomorrow and walk through issues re: Northwestern. | 0.50 | 395.000 | 197.50 |
| | | 08/14/13 | prep for hearing | 1.00 | 395.000 | 395.00 |
| | | 08/15/13 | to court on emergency application to retain marketer; in hall discussions with atty for Forest City and thereafter, Order entered. | 0.70 | 395.000 | 276.50 |
| | | | | 8.80 | | $3,476.00 |
| | Dennis Quaid | 10/21/13 | Analyze offer of potential purchaser for 2 patents at a cost of $20,000  but demanding bid protection and break fees rendering the offer less attractive | 0.10 | 425.000 | 42.50 |
| | | 10/21/13 | Correspondence to Trustee recommending the use of competitive bidding procedures for the $20,000 offer in order to test the market value and obtain higher bids if same are available | 0.10 | 425.000 | 42.50 |
| | | 10/21/13 | Conference call with Trustee and Ross Ettin, Marketer for intellectual property rights, recommending use of competitive eating procedures for the $20,000 offer but no break fees due to the small amount of the purchase price in comparison to the transactional costs involved | 0.20 | 425.000 | 85.00 |
| | | 11/18/13 | Review the correspondence of IP Counsel, Richard Young, transmitting his | 0.30 | 425.000 | 127.50 |

# Time Sheet Report

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period:  01/01/00 - 07/30/15**

| Case No:   13-14126 | Case Name: NANOINK, INC. | Petition Date: 04/04/13 |
| Case Type: Assets | Judge:      EUGENE R. WEDOFF | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| ASSET DISPOSITION | Dennis Quaid | | chart, and review the chart, of all patents and applications which require expenses to be made or actions to be taken by the end of January, 2014, along with his recommendation to forgo from spending any such expenses or taking any such actions on a cost-benefit basis | | | |
| | | 11/18/13 | Extended teleconference with associate IP Counsel, Daniel Ark, regarding Ark's analysis of the Northwestern license agreement and the obligation of the estate for an administrative expense for the attorneys fees of Northwestern  incurred up to the date of rejection which he finds to be justified under the agreement and his recommendation that the Trustee withdrawal the objection to said fees, save for the sum of $864 | 0.50 | 425.000 | 212.50 |
| | | 11/18/13 | Teleconference with Trustee to support the recommendation of associate IP Counsel Daniel Ark that we withdrawal the objection to the attorneys fees claim to buy Northwestern as an administrative expense and the logic of same | 0.20 | 425.000 | 85.00 |
| | | 11/27/13 | Analyze the draft letters from Daniel Ark that he proposes to give to the license source of the executory IP Assets that will be rejected today | 0.10 | 425.000 | 42.50 |
| | | 11/27/13 | Correspondence to assistant IP Counsel Daniel Ark authorizing him to send his letters to the IP license source announcing the rejection of those agreements and cautioning the license source to protect their own rights without liability to the estate | 0.10 | 425.000 | 42.50 |
| | | 11/27/13 | Teleconference with associate IP counsel Daniel Ark regarding means to minimize any administrative expenses to the estate  from the foreign Counsel working on  preserving the IP Assets or any foreign third parties with an interest in such Assets | 0.30 | 425.000 | 127.50 |
| | | 01/28/14 | Review Correspondence of associate IP Counsel, Daniel Ark, advising of reduction of further reports of IP activity and no further maintenance actions to be taken | 0.10 | 425.000 | 42.50 |
| | | | | 2.00 | | $850.00 |
| | | Subtotal for Category: ASSET DISPOSITION | | 10.80 | | $4,326.00 |
| Total for Case:  13-14126 | | | | 10.80 | | $4,326.00 |
| Total for Trustee:  DEBORAH K. EBNER, Trustee | | | | 10.80 | | $4,326.00 |

# EXHIBIT E

Printed: 07/30/15 03:53 PM

Page: 1

# Time Sheet Report

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period: 02/20/14 - 07/30/15**

| Case No:  13-14126 | Case Name: NANOINK, INC. | Petition Date: 04/04/13 |
|---|---|---|
| Case Type: Assets | Judge:  EUGENE R. WEDOFF | 341a Meeting: 05/29/14   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 363 Sales | Deborah K. Ebner, Attorney | 02/20/14 | overview pleadings posted this morning; review docket and patent families to make certain that notification is accurate and complete | 1.60 | 395.000 | 632.00 |
| | | 03/06/14 | conference with potential bidder re: IP ownership issues and conveyance method | 0.30 | 395.000 | 118.50 |
| | | 03/07/14 | document review and commence work on closing package | 0.80 | 395.000 | 316.00 |
| | | 03/11/14 | additional document review to prepare for finalization of sale to Advance. (Dennis on vacation) | 0.80 | 395.000 | 316.00 |
| | | 03/12/14 | ct appearance on sale to Advanced. Order entered | 1.10 | 395.000 | 434.50 |
| | | 04/02/14 | numerous conversations by e-mail with Australian group regarding rights of estate to Nano Dip Pen IP and sale issues | 0.30 | 395.000 | 118.50 |
| | | 04/03/14 | continued discussion with Australian group re: IP purchase issues; review R. Young's protocol and continue discussion w/them. | 0.70 | 395.000 | 276.50 |
| | | 05/16/14 | receipt and overview & brief response re: sale issues with Australians; contact Q & B to ensure that the IP department is still available to assist  on a go-forward basis, with what will probably be the last sale. | 0.50 | 395.000 | 197.50 |
| | | 05/16/14 | Review several items of correspondence between trustee and Anna Grafenhorst related to interest of Anton Paar to purchase the patents and related intellectual property for the Dip Pen Technology | 0.30 | 395.000 | 118.50 |
| | | 05/16/14 | study RIchard's background memos and chart + Dan Ark's additional e-mail correspondence impacting Dip Pen IP | 0.40 | 395.000 | 158.00 |
| | | | | 6.80 | | $2,686.00 |
| | Dennis Quaid | 02/24/14 | Review correspondence of attorney David Golin for purchaser requesting prompt advice upon the receipt of any upset bid from any other purchaser of the IP assets subject to his client's offer | 0.10 | 425.000 | 42.50 |
| | | 02/24/14 | Correspondence to attorney David Golin for purchaser  acknowledging request for notice promptly of any upset bid and agreed to  give as much notice as possible | 0.10 | 425.000 | 42.50 |
| | | 03/03/14 | Analyze the draft order approving the sale submitted by attorney David Golin and note the issues raised thereby | 0.20 | 425.000 | 85.00 |
| | | 03/03/14 | Correspondence to trustee recommending that we accept the draft order approving the sale submitted by attorney Golin for purchaser and deal administratively with the issues raised by the order | 0.10 | 425.000 | 42.50 |
| | | 03/03/14 | Correspondence to attorney David Golin for purchaser advising that we accept his version of the order approving the sale to be used at the hearing scheduled | 0.10 | 425.000 | 42.50 |

EXHIBIT F

Printed: 07/30/15 03:53 PM

# Time Sheet Report

**Trustee: DEBORAH K. EBNER, Trustee (330480)**

**Period: 02/20/14 - 07/30/15**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 13-14126 | Case Name: | NANOINK, INC. | | Petition Date: | 04/04/13 |
| Case Type: | Assets | Judge: | EUGENE R. WEDOFF | | 341a Meeting: | 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 363 Sales | Dennis Quaid | | for March 12 | | | |
| | | 03/06/14 | Conference with trustee to consider and decide how to handle the expected upset bid against the opening bit of Advanced Nanosolutions and the exact amount of the opening bid eligible to constitute an upset bid | 0.20 | 425.000 | 85.00 |
| | | 03/06/14 | Telephone conference with attorney David Golin for purchaser to advise that no upset bids have yet been received but there is one possibility and decide upon the manner of conducting the auction in the event that such an upset bid is received | 0.20 | 425.000 | 85.00 |
| | | 03/10/14 | Analyze correspondence of IP counsel Daniel Ark regarding means for transfer of IP files to whomever is the successful purchaser for the IP assets sought to be purchased by Advanced Nanosolutions | 0.10 | 425.000 | 42.50 |
| | | 03/10/14 | Correspondence to IP counsel Daniel Ark advising that no upset bids have been received and that he should coordinate with attorney David Golin for the purchaser on a transfer of the files, once a closing occurs which is expected by March 14 | 0.10 | 425.000 | 42.50 |
| | | 03/10/14 | Correspondence to attorney David Golin for purchaser specifying the procedures allowing the purchaser to obtain the IP files for only the IP assets being purchased and only after the payment of the purchase price at the closing | 0.20 | 425.000 | 85.00 |
| | | 03/11/14 | Telephone conference with attorney David: for purchaser to agree upon submitting the draft order approving the sale as an ECF document plus e-mailing same to chambers, as well was the procedures for closing including documentation to be exchanged and the means of payment of the purchase price | 0.20 | 425.000 | 85.00 |
| | | 03/11/14 | Correspondence to the trustee detailing the procedures to be employed for (A) the sale hearing, including submitting the draft sale order in advance to the court and the statements to be made in support of the sale motion, and (B) the place and documentation to be signed and exchanged at the closing of the sale | 0.20 | 425.000 | 85.00 |
| | | 03/11/14 | Check docket to verify that no objections have been made to the motion to sell certain designated IP assets to Advanced Nanosolutions | 0.10 | 425.000 | 42.50 |
| | | 03/17/14 | Review correspondence of attorney David Golin for purchaser reclosing delay & recomputing the expected date of closing based on same | 0.10 | 425.000 | 42.50 |
| | | 03/17/14 | Confirm receipt of wire transfer from Agricultural Bank of China of the sum of $22,525 just a few minutes ago, without identity of the sender, but with the presumption that it came from David Golin's client, Advanced Nanosolutions | 0.10 | 425.000 | 42.50 |

# Time Sheet Report

**Trustee: DEBORAH K. EBNER, Trustee (330480)**

**Period: 02/20/14 - 07/30/15**

| Case No: | 13-14126 | Case Name: NANOINK, INC. | | Petition Date: 04/04/13 | |
|---|---|---|---|---|---|
| Case Type: Assets | | Judge: EUGENE R. WEDOFF | | 341a Meeting: 05/29/13 01:00PM | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 363 Sales | Dennis Quaid | 03/17/14 | Teleconference with attorney David Golinre: documents for closing | 0.30 | 425.000 | 127.50 |
| | | 03/17/14 | Correspondence to Trustee and attorney David Golin for purchaser detailing (1) the exchange of closing documents by each party required to consummate the sale transaction and (2) the arrangements for the physical exchange of the documentation necessary to complete the closing | 0.30 | 425.000 | 127.50 |
| | | 03/17/14 | Correspondence to assistant IP counsel Daniel Ark confirming that the closing will occur on March 18 and that after said date he may transfer any available files pertaining to the sale assets to counsel for Advanced Nanosolutions | 0.10 | 425.000 | 42.50 |
| | | 03/18/14 | Receive from associate IP counsel Daniel Ark and review his detailed instructions for the transfer of IP files pertaining to the sale assets to Advanced Nano solutions, the purchaser, from (1) his office, (2) the IP counsel for the debtor, being Foley & Lardner and (3) the numerous foreign associated IP counsel | 0.10 | 425.000 | 42.50 |
| | | 03/18/14 | Correspondence to attorney David Golin for purchaser specifying the means that he must follow in order to obtain the files for the sale assets to his client, Advanced Nanosolutions, from (1) Quarels and Brady, being the IP counsel for the Trustee, (2) Foley & Lardner, being IP counsel for the Debtor and (3) the most difficult, being to contact the numerous foreign counsel acting as associated IP counsel | 0.20 | 425.000 | 85.00 |
| | | 05/16/14 | Review several items of correspondence between trustee and Anna Grafenhorst related to interest of Anton Paar to purchase the patents and related intellectual property for the Dip Pen Technology | 0.30 | 425.000 | 127.50 |
| | | 05/16/14 | Correspondence to trustee recommending the terms of an offer to be made to Anton Paar for the purchase of the estate's interest in the Dip Pen patents | 0.20 | 425.000 | 85.00 |
| | | 05/16/14 | Review correspondence of trustee authorizing negotiations with Anton Paar on the terms that I outlined | 0.10 | 425.000 | 42.50 |
| | | 05/16/14 | Correspondence to Anna Grafenhorst of Anton Paar outlining the procedures for a 363 sale Of the Dip Pen patents to her company and the terms required by the trustee | 0.20 | 425.000 | 85.00 |
| | | 05/19/14 | Review correspondence of Anna Grafenhorst regarding her willingness to engage in negotiations and the timing required for a transaction | 0.10 | 425.000 | 42.50 |
| | | 05/19/14 | Investigation as to the identity of Anton Paar, it's possible future use for the Dip Pen patents and his financial ability to pay the purchase price in said transaction | 0.50 | 425.000 | 212.50 |
| | | 05/19/14 | Correspondence to Anna Grafenhorst Specifying the timing and trustees terms | 0.10 | 425.000 | 42.50 |

# Time Sheet Report

**Trustee: DEBORAH K. EBNER, Trustee (330480)**

**Period: 02/20/14 - 07/30/15**

| Case No.: 13-14126 | Case Name: NANOINK, INC. | Petition Date: 04/04/13 |
| Case Type: Assets | Judge: EUGENE R. WEDOFF | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 363 Sales | Dennis Quaid | | of a business transaction | | | |
| | | 05/20/14 | Teleconference with Grafenhorst to negotiate final provisions of a transaction involving the Dip Pen patents | 0.30 | 425.000 | 127.50 |
| | | 05/20/14 | Redact the motion for 363 sale used with Advanced Nano solutions to serve as a template for the Anton Paar | 0.40 | 425.000 | 170.00 |
| | | 05/20/14 | Correspondence to Grafenhorst transmitting the redacted motion for 363 sale with Advanced Nano solutions to service a template for the proposed transaction with Anton Paar | 0.10 | 425.000 | 42.50 |
| | | 05/21/14 | Analyze the term sheet sent by Grafenhorst for Anton Paar's proposed acquisition of the Dip Pen patents, noting the lowball purchase price, the inclusion of extensive number of licensed patents and other difficulties | 0.20 | 425.000 | 85.00 |
| | | 05/21/14 | Review the trustee's Correspondence to Grafenhorst disputing aspects of the offer sheet for the Anton Paar proposal | 0.10 | 425.000 | 42.50 |
| | | 05/21/14 | Correspondence to trustee recommending the terms of a response to the Anton Paar term sheet as to the terms and a counter offer as to the price | 0.30 | 425.000 | 127.50 |
| | | 05/21/14 | Review the responsive correspondence of the trustee agreeing with my proposal to make a counter offer to Anton Paar but demanding that Patent counsel for the trustee opine That the estate owns the patents listed by Anton Parr and its term sheet and that same are not licensed from third parties which cannot be conveyed | 0.10 | 425.000 | 42.50 |
| | | 05/21/14 | Correspondence to Daniel Ark, associate patent counsel for the trustee, transmitting the term sheet from Anton Parr and asking his opinion as to whether the trustee may conveyed all the patents contained in said document, including the ones listed as licensed | 0.20 | 425.000 | 85.00 |
| | | 05/21/14 | Correspondence to Grafenhorst making a counter offer on behalf of the trustee for excluding any licensed patents and demanding a purchase price of $50,000 | 0.20 | 425.000 | 85.00 |
| | | 05/22/14 | Analyze the correspondence of Daniel Ark opining that any of the patents listed as "licensed" on the term sheet of Anton Parr cannot be conveyed due to the expiration of the period of time permitted to the trustee to assume, in order to be able to assign, said licensed intellectual property | 0.20 | 425.000 | 85.00 |
| | | 05/22/14 | Responsive correspondence to Daniel Ark regarding his opinion | 0.10 | 425.000 | 42.50 |
| | | 05/22/14 | Correspondence to the trustee recommending abandonment of the proposed sale of the Dip Penn patents | 0.10 | 425.000 | 42.50 |
| | | 06/17/14 | Analyze correspondence from Anna Grafenhorst of potential buyer of the Dip Pen patents asking whether the trustee will accept the term sheet previously | 0.10 | 425.000 | 42.50 |

Printed:  07/30/15 03:53 PM

# Time Sheet Report

Page: 5

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period:  02/20/14 - 07/30/15**

| Case No:  13-14126 | Case Name: NANOINK, INC. | Petition Date: 04/04/13 |
|---|---|---|
| Case Type: Assets | Judge:   EUGENE R. WEDOFF | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 363 Sales | Dennis Quaid | | presented, notwithstanding the expiration date of two days ago | | | |
| | | 06/17/14 | Responsive correspondence to Anna Grafenhorst advising that the terms of the offer expressed in her term sheet are not acceptable to the trustee and that the trustee will take no action on that proposal | 0.20 | 425.000 | 85.00 |
| | | 06/23/14 | Review correspondence of Anna Grafenhorst proposing to purchase only to patents related to the Dip Pen works | 0.10 | 425.000 | 42.50 |
| | | 06/23/14 | Correspondence to the trustee advising that Grafenhorst proposes to buy to patents and asking whether the trustee will agree to same and if so on what terms and with what price | 0.10 | 425.000 | 42.50 |
| | | 06/24/14 | Review correspondence of trustee regarding the revised offer of Grafenhorst pointing out the deficiencies of same | 0.10 | 425.000 | 42.50 |
| | | 06/24/14 | Correspondence to trustee asking if she would accept any offer from Grafenhorst and if so, on what terms | 0.10 | 425.000 | 42.50 |
| | | 06/26/14 | Analyze new correspondence from Anna Grafenhorst seeking to purchase two patents but refusing to pay more than $16,000 | 0.10 | 425.000 | 42.50 |
| | | 06/26/14 | Correspondence to Anna Grafenhorst him reiterating that the expenses of the transaction cannot justify a sale at the $16,000 price which he has offered and that $50,000 is necessary for any transaction | 0.10 | 425.000 | 42.50 |
| | | 06/27/14 | Review additional correspondence from Anna Grafenhorst seeking to revive a sale of the two patents but refusing to increase the purchase price | 0.10 | 425.000 | 42.50 |
| | | 06/27/14 | Correspondence to Anna Grafenhorst refusing to bargain on the purchase price due to the fixed cost of thtransaction and terminating the negotiations in order to avoid losing money on the sale | 0.10 | 425.000 | 42.50 |
| | | | | 8.00 | | $3,400.00 |
| | **Subtotal for Category: 363 SALES** | | | **14.80** | | **$6,086.00** |
| **Total for Case:  13-14126** | | | | **14.80** | | **$6,086.00** |
| **Total for Trustee:  DEBORAH K. EBNER, Trustee** | | | | **14.80** | | **$6,086.00** |

| **Grand Total:** | **14.80** | **$6,086.00** |
|---|---|---|

Printed: 07/30/15 12:24 PM

# Time Sheet Report

Page: 1

**Trustee: DEBORAH K. EBNER, Trustee (330480)**

**Period: 02/13/14 - 02/19/14**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 13-14126 | Case Name: NANOINK, INC. | | | Petition Date: 04/04/13 | | |
| Case Type: Assets | Judge: EUGENE R. WEDOFF | | | 341a Meeting: 05/29/13 01:00PM | | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 363 Sales | Deborah K. Ebner, Attorney | 02/19/14 | overview all pleading packages for global notice; provide organizational overview for admin assistant to ensure accurate service | 1.10 | 395.000 | 434.50 |
| | | 02/19/14 | cross check service method for international delivery; recipients at remote international locations; edit creditor listings | 4.00 | 395.000 | 1,580.00 |
| | | | | 5.10 | | $2,014.50 |
| | Dennis Quaid | 02/13/14 | Review correspondence of attorney David Golin regarding remaining matters necessary to complete the APA, including the signature of the trustee | 0.10 | 425.000 | 42.50 |
| | | 02/17/14 | Review Correspondence of trustee to attorney David Golin for purchaser advising that Georgia Research Technology claims an interest in some machinery of the debtor being resold by third-party purchasers and that same may constitute a material the adverse circumstance of which the trustee must inform the prospective purchaser | 0.10 | 425.000 | 42.50 |
| | | 02/17/14 | Correspondence to trustee regarding the claim of Georgia Research Technology claiming a licensor's right in any NanoInc. equipment, recommending a response that all license agreements have been rejected and are therefore not included in any sale by the estate to third parties such as Golin's client | 0.20 | 425.000 | 85.00 |
| | | 02/19/14 | Conference with Trustee to analyze the new claim of Northwestern University that it holds patent rights on all equipment of the Debtor now being resold by third parties in order to formulate a response | 0.20 | 425.000 | 85.00 |
| | | 02/19/14 | Finalize the Motion to sell designated IP rights to Advanced Nanosolutions, including the signed version of the asset purchase agreement, the notice of presentation, the service list, the certificate of service, the notice of auction sale and the sale procedures order for filing with the court and service on the requisite parties | 0.60 | 425.000 | 255.00 |
| | | | | 1.20 | | $510.00 |
| | Liz Daleccio | 02/19/14 | meet with DKE and receive instruction for method for service on global mailing of pleadings to go into pleading packages to be served today. Set up service lists; review for compliance and issue | 2.30 | 60.000 | 138.00 |
| **Subtotal for Category: 363 SALES** | | | | **8.60** | | **$2,662.50** |
| **Total for Case: 13-14126** | | | | **8.60** | | **$2,662.50** |

# EXHIBIT G

Printed:  07/30/15 04:22 PM

# Time Sheet Report

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period:  02/20/14 - 07/30/15**

Page: 1

| Case No: | 13-14126 | | Case Name: | NANOINK, INC. | | Petition Date: | 04/04/13 | |
|---|---|---|---|---|---|---|---|---|
| Case Type: | Assets | | Judge: | EUGENE R. WEDOFF | | 341a Meeting: | 05/29/13 | 01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| CASE ADMINISTRATION | Deborah K. Ebner, Attorney | 02/20/14 | conversations with Court staff re: designation of Motion; they had repeatedly previously sent it back w/error messages; discussion w/supervisory personnel w/explanations | 0.30 | 395.000 | 118.50 |
| | | 02/16/15 | develop template for administrative staff for creation: instruction for development of notice list according to particular situations. | 2.00 | 400.000 | 800.00 |
| | | 07/18/15 | Prepare Motion to Abandon books and records on DKE site and in storage facility + Order and notice | 1.70 | 400.000 | 680.00 |
| | | | | 4.00 | | $1,598.50 |
| | Dennis Quaid | 02/20/14 | Review and consideration of payment of costs of preparing W-2 forms for the employees of the debtor as ordinary course expenditure | 0.10 | 425.000 | 42.50 |
| | | 02/20/14 | Correspondence to the Trustee opining on her statutory authority to pay the cost of preparation of W-2 forms, either with or with out court authority | 0.10 | 425.000 | 42.50 |
| | | | | 0.20 | | $85.00 |
| | Liz Daleccio | 02/04/15 | work on notice list based upon Rule 2002(h) - ecf registrants and those with claims filed | 1.50 | 85.000 | 127.50 |
| **Subtotal for Category: CASE ADMINISTRATION** | | | | **5.70** | | **$1,811.00** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total for Case:  13-14126** | | | | **5.70** | | **$1,811.00** |
| **Total for Trustee:  DEBORAH K. EBNER, Trustee** | | | | **5.70** | | **$1,811.00** |

| | | |
|---|---|---|
| **Grand Total:** | **5.70** | **$1,811.00** |

# EXHIBIT H

Printed:  07/30/15 04:26 PM

# Time Sheet Report

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period:  01/01/00 - 07/30/15**

| Case No: | 13-14126 | Case Name: NANOINK, INC. | | Petition Date: 04/04/13 |
|---|---|---|---|---|
| Case Type: Assets | | Judge:    EUGENE R. WEDOFF | | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| ASSET ANALYSIS / RECOVERY | Deborah K. Ebner, Attorney | 10/17/13 | edit Dennis' Motion and ensure that parties to executory contracts are noticed. - contact Dan Ark, IP atty in Milwaukee for additional detail. | 0.40 | 395.000 | 158.00 |
| | Dennis Quaid | 10/15/13 | Analyze list of equipment remaining on premises of Debtor's abandoned by purchaser to determine the value of any of such property to the estate in order to recapture same, concluding only the computer servers and value as containing files  relevant to the future administration of the estate | 0.40 | 425.000 | 170.00 |
| | | 10/31/13 | Review Correspondence of  Trustee reporting that  that a supplier is holding a $220,000  advance payment and has failed to return same, requesting action to be taken to recover the payment for the estate | 0.10 | 425.000 | 42.50 |
| | | 10/31/13 | Correspondence to Ben Pothast, former CEO of debtor,  requesting background information and location of documents and witnesses relating to the $220,000 advanced payment held by Asylum Research | 0.20 | 425.000 | 85.00 |
| | | 11/01/13 | Correspondence to Ross Ettin regarding details of the new offer to purchase two IP rights, including Nano Guardian | 0.10 | 425.000 | 42.50 |
| | | 11/01/13 | Correspondence to Richard Young, IP counsel to trustee Report As to Status of Nano Guardian  rights as being valid in order to permit sale of same | 0.10 | 425.000 | 42.50 |
| | | 11/08/13 | Correspondence to Ben Pothast  questioning the type of goods and their value subject to the motion for relief from the automatic stay filed by Phoenix International | 0.20 | 425.000 | 85.00 |
| | | 11/11/13 | Search through the corporate records of the Debtor for evidence of a shipment or shipments conducted by Phoenix International, the nature of the goods and their respective value | 0.40 | 425.000 | 170.00 |
| | | 11/11/13 | Review the correspondence of attorney Schreiber for the purchaser of equipment demanding more detailed information pertaining to the equipment subject to the motion for relief of Phoenix International and consider the available sources to obtain same | 0.10 | 425.000 | 42.50 |
| | | 11/11/13 | Correspondence to attorney Schreiber for purchaser sending the ECF version of the motion for relief of Phoenix International containing a generalized description of the equipment subject to said motion | 0.20 | 425.000 | 85.00 |
| | | 11/11/13 | Communication to attorney Scott Kenig for Phoenix International requesting a more detailed statement of the equipment subject to his motion for relief in order to estimate the value of such property | 0.10 | 425.000 | 42.50 |
| | | 11/13/13 | Correspondence to trustee reporting that counsel for Phoenix International has not responded to the request for detailed information regarding the equipment subject to the motion nor its value | 0.10 | 425.000 | 42.50 |

# EXHIBIT I

Printed:  07/30/15 04:26 PM

# Time Sheet Report

Page: 2

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period:  01/01/00 - 07/30/15**

| | | | | Petition Date: 04/04/13 |
|---|---|---|---|---|
| **Case No:**   13-14126 | **Case Name:** NANOINK, INC. | | | |
| **Case Type:** Assets | **Judge:**   EUGENE R. WEDOFF | | | **341a Meeting:** 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| | | | | 2.00 | | $850.00 |
| ASSET ANALYSIS / RECOVERY | Liz Daleccio | 10/17/13 | locate and confirm international creditor notice recipient contact information | 1.50 | 60.000 | 90.00 |
| | **Subtotal for Category: ASSET ANALYSIS / RECOVERY** | | | 3.90 | | $1,098.00 |
| **Total for Case:  13-14126** | | | | 3.90 | | $1,098.00 |
| **Total for Trustee:  DEBORAH K. EBNER, Trustee** | | | | 3.90 | | $1,098.00 |

| | | | |
|---|---|---|---|
| **Grand Total:** | 3.90 | | $1,098.00 |

Case 13-14126   Doc 270-10   Filed 08/26/15   Entered 08/26/15 22:50:44   Desc
Exhibit    Page 1 of 1

Printed:  07/30/15 04:28 PM

## Time Sheet Report

Page: 1

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period:  01/01/00 - 07/30/15**

| Case No: | 13-14126 | Case Name: | NANOINK, INC. | | | Petition Date: 04/04/13 | |
| Case Type: | Assets | Judge: | EUGENE R. WEDOFF | | | 341a Meeting: 05/29/13 | 01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Automatic Stay Viiolation Issues | Deborah K. Ebner, Attorney | 04/05/13 | t/c w/Dean Harvalis re: case history; EPA cleanup impact; intellectual property and others misc. background | 0.40 | 395.000 | 158.00 |
| | Dennis Quaid | 12/09/13 | Gather information from the docket for the preparation of the Trustee's responsive pleading to the motion for relief from the automatic stay of Phoenix International Business Logistics | 0.10 | 425.000 | 42.50 |
| | | 12/09/13 | Draft the Trustee's Response to the motion for relief from the automatic stay of Phoenix International Business Logistics arguing that the property has already been sold free and clear of the interest of  this party | 2.80 | 425.000 | 1,190.00 |
| | | 01/06/14 | Analyze the response of Phoenix International Business Logistics arguing that it did not receive proper notice of the section 363 sale and is not bound by same, that the sale documents did not include or designate the property subject to this controversy as being offered for sale and other reasons why it believes that it has retained its lien on the property in question, in order to prepare an outline of oral argument in opposition to same | 0.40 | 425.000 | 170.00 |
| | | 01/06/14 | Prepare memorandum outlining oral argument in opposition to the position of Phoenix International Business Logistics for tomorrow's hearing on its motion for relief from stay to foreclose it storage lien | 0.30 | 425.000 | 127.50 |
| | | | | 3.60 | | $1,530.00 |
| | Subtotal for Category: **AUTOMATIC STAY VIIOLATION ISSUES** | | | 4.00 | | $1,688.00 |
| **Total for Case: 13-14126** | | | | 4.00 | | $1,688.00 |
| **Total for Trustee:  DEBORAH K. EBNER, Trustee** | | | | 4.00 | | $1,688.00 |

| | Grand Total: | 4.00 | $1,688.00 |

# EXHIBIT J

Printed: 07/30/15 04:29 PM

# Time Sheet Report

**Trustee: DEBORAH K. EBNER, Trustee  (330480)**

**Period: 02/20/14 - 07/30/15**

| Case No: | 13-14126 | Case Name: NANOINK, INC. | | | Petition Date: 04/04/13 | |
|---|---|---|---|---|---|---|
| Case Type: Assets | | Judge:  EUGENE R. WEDOFF | | | 341a Meeting: 05/29/13   01:00PM | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| LITIGATION | Deborah K. Ebner, Attorney | 08/21/14 | continued on line settlement discussions with attys for Dell. (On line) | 0.20 | 395.000 | 79.00 |
| | | 09/08/14 | Preparation for court Wednesday. (Total time during session ='ed 1.0, but Trustee time was .6 thereof) | 0.40 | 395.000 | 158.00 |
| | | 09/10/14 | ct. appearance on preference status; thereafter brief conversation with several attys for defense. | 0.70 | 395.000 | 276.50 |
| | | 10/15/14 | court appearance & discussions with opposing counsel on all adversary matters | 1.50 | 395.000 | 592.50 |
| | | 11/04/14 | edits to Allied prove up Motion | 0.30 | 395.000 | 118.50 |
| | | 11/10/14 | Correspondence to Susan directing changes to be made to draft motions to strike 3 of Defendant's affirmative defenses and changes regarding post judgment interest | 0.20 | 395.000 | 79.00 |
| | | 11/17/14 | cc with Dennis and Susan re: specific pleading issues and recommendations | 0.70 | 395.000 | 276.50 |
| | | 11/17/14 | Correspondence to Susan directing to delete 10 paragraphs of her 38 paragraph motion to strike | 0.10 | 395.000 | 39.50 |
| | | 11/19/14 | ct appearance on preference status on all matters | 0.80 | 395.000 | 316.00 |
| | | 11/24/14 | Review email of Susan that the trustee's motions to strike were denied and no further work is authorized | 0.10 | 395.000 | 39.50 |
| | | 11/25/14 | partial craft of template for discovery usage | 0.70 | 395.000 | 276.50 |
| | | 12/16/14 | resolution of settlement details with attys for NanoMotion and others. | 0.20 | 395.000 | 79.00 |
| | | 12/17/14 | ct appearance for status of all open adversaries: presentation of Motion for entry of default on Photo Sciences and Allied; judgment entered. Announcement of settlement of three adversaries - draft to follow - NanoMotion, Morrow Design and NanoSurf | 0.70 | 395.000 | 276.50 |
| | | 01/07/15 | Court appearance before Judge Baer sitting for J. Wedoff regarding Izon complaint, to advise of status and have continued til 1/28/15 | 0.40 | 400.000 | 160.00 |
| | | 01/27/15 | overview settlements and prepare for Settlement authority motions up tomorrow | 0.60 | 400.000 | 240.00 |
| | | 01/27/15 | edit collection attorney motion for settlement authority without court approval and call back with other comments re: service and coverage | 0.40 | 400.000 | 160.00 |
| | | 02/03/15 | edits to settlement authorization for collection actions to comply with limitations of notice per Rule 2002(h) . Follow through with notices and orders | 1.30 | 400.000 | 520.00 |
| | | 02/09/15 | confirm service and filing issues for discovery | 0.20 | 400.000 | 80.00 |
| | | 02/17/15 | adversary review; answer review and revisit discovery served. Call and e-mail to opposing counsel to attempt to move this adversary forward | 0.30 | 400.000 | 120.00 |
| | | 03/03/15 | presentation of Application to authorize settlements | 0.60 | 400.000 | 240.00 |

# EXHIBIT K

Printed: 07/30/15 04:29 PM

# Time Sheet Report

**Trustee: DEBORAH K. EBNER, Trustee (330480)**

**Period: 02/20/14 - 07/30/15**

| Case No: | 13-14126 | Case Name: | NANOINK, INC. | | Petition Date: 04/04/13 |
|---|---|---|---|---|---|
| Case Type: | Assets | Judge: | EUGENE R. WEDOFF | | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| | | | | 10.40 | | $4,127.00 |
| LITIGATION | Dennis Quaid | 03/03/14 | Research whether 28 USC section 1409 (b) dollar limitation applies to the preference demand made by the trustee against Luminera | 0.30 | 425.000 | 127.50 |
| | | 03/03/14 | Perform a preference analysis of the preference demand against Fischer Scientific | 0.60 | 425.000 | 255.00 |
| | | 03/03/14 | Correspondence to accountant Lois West and Amy Hiijawi regarding the application of section 1409 to the preference demand debate against Luminera | 0.10 | 425.000 | 42.50 |
| | | 03/03/14 | Correspondence to accountant Lois West and Amy Hiijawi transmitting and explaining my preference analysis for the demand made against Fischer Scientific | 0.10 | 425.000 | 42.50 |
| | | 03/18/14 | Review status chart of all pending  preference demands made to creditors and assess further actions necessary in both the immediate time frame and long-term timeframe | 0.30 | 425.000 | 127.50 |
| | | 03/25/14 | Draft agenda for meeting to expedite prosecution of preference cases | 0.30 | 425.000 | 127.50 |
| | | 03/27/14 | Conference with Susan de Resendiz to decide upon timing and tactics for prosecution of preference demand against JPMorgan Chase | 0.30 | 425.000 | 127.50 |
| | | 03/27/14 | Conference with Susan de Resendiz to decide upon timing and tactics for prosecution of preference demand against Foley & Lardner | 0.30 | 425.000 | 127.50 |
| | | 04/29/14 | Review memorandum of Susan de Resendiz proposing to add transfer received within 90 days to 1 year to preference received by JP Morgan | 0.10 | 425.000 | 42.50 |
| | | 04/29/14 | Research the anti Deprizzio amendment (550(i)) made in 2005 to limit a Deprizzio preference to a recovery from the insider, while exculpating the non-insider creditor | 0.30 | 425.000 | 127.50 |
| | | 04/29/14 | Memorandum to Susan de Resendiz recommending abandonment of any proposed 1 year preference suit against JPMorgan Chase based on a Deprizzio theory  due to the enactment of section 550(i) | 0.20 | 425.000 | 85.00 |
| | | 05/20/14 | Correspondence to Susan setting forth the days from invoice to payment in the pre-preference period which constitutes the ordinary course of business and The preference period, Comparing same And proving that the ordinary course of business defenses invalid but the new value defense may have some degree of validity, but we need proof of date of delivery to determine same | 0.20 | 425.000 | 85.00 |
| | | 05/21/14 | Review Susan's correspondence asking for clarification of whether the demand should be $60,000, or 85% of the net preference which is $65,000 | 0.10 | 425.000 | 42.50 |
| | | 05/21/14 | Correspondence to Susan agreeing that the demand should be $65,000 at the | 0.10 | 425.000 | 42.50 |

Printed:  07/30/15 04:29 PM

# Time Sheet Report

Page: 3

Trustee:  **DEBORAH K. EBNER, Trustee  (330480)**

Period:  **02/20/14 - 07/30/15**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No:  13-14126 | | Case Name: NANOINK, INC. | | | Petition Date: 04/04/13 | |
| Case Type: Assets | | Judge:     EUGENE R. WEDOFF | | | 341a Meeting: 05/29/13   01:00PM | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| LITIGATION | Dennis Quaid | | 85% amount, thereby obviating the need for court approval | | | |
| | | 06/02/14 | Analyze Susan's chart of the status of all preference actions to determine further action required | 0.20 | 425.000 | 85.00 |
| | | 06/02/14 | Consider Susan's recommendation to abandon preference action against J.P. Morgan Chase and review the known facts | 0.20 | 425.000 | 85.00 |
| | | 06/02/14 | Research case law on limited venue and a preference action as raised by Lumenera | 0.30 | 425.000 | 127.50 |
| | | 06/04/14 | Review new information provided by creditor for new value and ordinary course of business defense to determine validity of same | 0.50 | 425.000 | 212.50 |
| | | 06/17/14 | Extensive correspondence to Susan demonstrating the means of calculating the new value defense in dealing with the uncertainties of the date on which the check was received by the creditor, but opining that it is a creditors burden to prove the date in order to validate such defense | 0.30 | 425.000 | 127.50 |
| | | 06/30/14 | Investigate and identify form of entity and registered agents for preference defendants, Allied Engineering; Nano motion; Photo Sciences, Inc.; Izon Science US; Del Marketing LP; Morrow Design; and Nano Surf | 0.80 | 425.000 | 340.00 |
| | | 06/30/14 | Memorandum to administrative assistant Liz providing form of entity and identity of registered agent for seven preference defendants | 0.30 | 425.000 | 127.50 |
| | | 06/30/14 | Revise and modify the template of preference complaint to augment the statement of constitutional authority for the court to adjudicate the merits of the preference complaints and enter final judgment, as well as expanding upon the allegations supporting the merits of a preference | 0.70 | 425.000 | 297.50 |
| | | 07/10/14 | Gather the information to prepare a list of the service agents and their respective contact information for service of the summons and complaint's in the preference cases | 0.30 | 425.000 | 127.50 |
| | | 07/10/14 | Draft a list of the service agents and their contact information to serve the preference summons and complaint's | 0.50 | 425.000 | 212.50 |
| | | 07/10/14 | Memorandum to Susan providing a legal analysis of the set off rights of the parties such as Asylum Research which would be limited to the profit margin expected on the nine machines which the Debtor never ordered and the relationship of same with section 553 of the bankruptcy code | 0.40 | 425.000 | 170.00 |
| | | 08/15/14 | Correspondence to Susan de Resendiz advising that executory contracts are automatically rejected in a chapter 7 bankruptcy pursuant to section 365 (d) (1) and therefore there is no need for a court order to reject | 0.10 | 425.000 | 42.50 |
| | | 08/15/14 | Review correspondence of Susan de Resendiz arguing as to whether a debt | 0.10 | 425.000 | 42.50 |

Printed: 07/30/15 04:29 PM

# Time Sheet Report

Page: 4

Trustee:  **DEBORAH K. EBNER, Trustee  (330480)**

Period:  **02/20/14 - 07/30/15**

| Case No:   13-14126 | Case Name: NANOINK, INC. | | Petition Date: 04/04/13 |
| --- | --- | --- | --- |
| Case Type: Assets | Judge:   EUGENE R. WEDOFF | | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| LITIGATION | Dennis Quaid | | can constitute a preference | | | |
| | | 08/20/14 | Research section 1409 venue requirements for preference action to determine whether subsection (a)'s exclusive or whether (b) also applies and reviews cases as to the definition of  "where the Defendant resides"as to a Corporation | 0.60 | 425.000 | 255.00 |
| | | 09/02/14 | Correspondence to Susan de Resendiz  directing work update the status of all pending preference suits and the preparation of discovery to the preference defendants | 0.20 | 425.000 | 85.00 |
| | | 09/05/14 | Memorandum to Susan de Resendiz  advising that conclusory allegations in affirmative defenses are insufficient and should be stricken and black case law exists in the Northern District of Illinois on this issue | 0.40 | 425.000 | 170.00 |
| | | 09/08/14 | Start on draft of discovery to the preference defendants | 0.70 | 425.000 | 297.50 |
| | | 10/21/14 | Teleconference with Trustee pertaining to issue of strategic necessity to strike the affirmative defenses of several preference defendants such as Nanosurf and Nanomotion and the most efficient procedural manner to do so | 0.30 | | 0.00 |
| | | 10/22/14 | Research pertaining to need of preference defendant to "admit the occurrence" of the preferential transfer as a precondition for pleading any affirmative defense, as contained in the draft of the motion to strike the affirmative defenses of several preference defendants including Nanomotion, Nanosurf and Asylum | 0.70 | 425.000 | 297.50 |
| | | 11/07/14 | Email to Susan advising that the statutory language provides that post judgment interest on a federal judgment starts accruing on the date of entry of the judgment (not expiration of time to appeal) and continues until the date of satisfaction of the judgment, if ever | 0.10 | 425.000 | 42.50 |
| | | | | 11.00 | | $4,547.50 |
| | Susan Barnes De Resendiz | 02/22/14 | Call from and email to Trustee regarding review and analysis of potential preference cases in NanoInk chapter 7 case | 0.30 | 385.000 | 115.50 |
| | | 03/08/14 | Numerous emails to and from Trustee regarding preference analysis project | 0.20 | 385.000 | 77.00 |
| | | 03/11/14 | Emails from and to Trustee regarding analysis of preference actions in NanoInk case | 0.10 | | 0.00 |
| | | 03/18/14 | Emails from and to Trustee and review of spreadsheet of status and preliminary analysis of preference actions for due diligence | 0.20 | 385.000 | 77.00 |
| | | 03/19/14 | Several emails to and from Trustee re: preference claim analysis. | 0.20 | 385.000 | 77.00 |
| | | 03/19/14 | Review and analyze preliminary report on preference claims against preferential transferees and responses | 0.50 | 385.000 | 192.50 |

# Time Sheet Report

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period:  02/20/14 - 07/30/15**

| Case No:   13-14126 | Case Name: NANOINK, INC. | | Petition Date: 04/04/13 |
|---|---|---|---|
| Case Type: Assets | Judge:      EUGENE R. WEDOFF | | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| LITIGATION | Susan Barnes De Resendiz | 03/24/14 | Emails to Lois West and Trustee regarding communications with creditors and preference determinations for due diligence | 0.20 | 385.000 | 77.00 |
| | | 03/24/14 | Further development of spreadsheet analysis and accountant's data for preference due diligence | 0.20 | 385.000 | 77.00 |
| | | 03/24/14 | Several emails to Trustee regarding responses to creditor defense letters, financial analysis, invoices, copies of preference checks, and ledgers | 0.20 | 385.000 | 77.00 |
| | | 03/27/14 | Conference call with L. West and D. Quaid to discuss protocols for analyzing and preparing preference claims | 1.20 | 385.000 | 462.00 |
| | | 03/27/14 | Emails from and to D. Quaid discussing approach to preference suits, tools available, etc | 0.20 | 385.000 | 77.00 |
| | | 03/27/14 | Call from Trustee regarding preference analysis due diligence protocol | 0.20 | 385.000 | 77.00 |
| | | 03/28/14 | Several emails and calls from D. Ebner regarding protocol for negotiating and prosecuting preference actions | 0.30 | 385.000 | 115.50 |
| | | 04/15/14 | Review NanoInk Schedule E regarding preference creditors' claims against the NanoInk estate. | 0.10 | 385.000 | 38.50 |
| | | 04/17/14 | Review correspondence and financial information regarding payments to JP Morgan Chase during preference period | 0.20 | 385.000 | 77.00 |
| | | 04/18/14 | Email to Trustee regarding preliminary preference analysis and inconsistencies with NanoInk's ledger pages | 0.10 | 385.000 | 38.50 |
| | | 04/18/14 | Review and comment on Trustee's revised report of status of preference payments | 0.20 | 385.000 | 77.00 |
| | | 04/22/14 | Review Kleven case and requirements for determining valid preference claims and defenses | 0.20 | 385.000 | 77.00 |
| | | 04/24/14 | Review N.D. Ill. cases on preference defenses | 0.20 | 385.000 | 77.00 |
| | | 04/28/14 | Review letter from B. Wells, counsel to TFI Resources, responding to Trustee's demand for return of preferential transfers | 0.10 | 385.000 | 38.50 |
| | | 04/29/14 | Emails to and from Trustee and D. Quaid explaining nature of debt and payments to J.P. Morgan for corporate credit cards of officers of NanoInk and raising the issue of preference claims against insiders | 0.20 | 385.000 | 77.00 |
| | | 04/30/14 | Call from Ben Pothast to discuss monthly payments to JP Morgan for executive credit card charges | 0.10 | 385.000 | 38.50 |
| | | 04/30/14 | Call from Ben Pothast to review services provided by Foley & Lardner to NanoInk and payments therefor | 0.20 | 385.000 | 77.00 |
| | | 05/02/14 | Email to B. Pothast to summarize and confirm his information regarding the | 0.20 | 385.000 | 77.00 |

Printed:  07/30/15 04:29 PM

# Time Sheet Report

Page: 6

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period:  02/20/14 - 07/30/15**

| Case No: | 13-14126 | Case Name: | NANOINK, INC. | Petition Date: | 04/04/13 |
|---|---|---|---|---|---|
| Case Type: | Assets | Judge: | EUGENE R. WEDOFF | 341a Meeting: | 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---:|---:|
| LITIGATION | Susan Barnes De Resendiz | | business of NanoInk and its relationships with Nanomotion, Dell Marketing, J. P. Morgan Chase, and Foley & Lardner | | | |
| | | 05/05/14 | Review current 7th Circuit and N.D. Ill. cases regarding preferences claims and affirmative defenses | 2.40 | 385.000 | 924.00 |
| | | 05/05/14 | Emails to L. West requesting additional information regarding Nano Surf, J.P. Morgan Chase, Foley & Lardner, and Nanomotion preference payments | 0.20 | 385.000 | 77.00 |
| | | 05/16/14 | Email to Trustee recommending a second demand and warning letter to preference recipients before filing preference complaints and discussing motion to abandon claims | 0.20 | 385.000 | 77.00 |
| | | 05/16/14 | Emails from Trustee requesting report updating preference claims against creditors and abandonment of any claims and email to Trustee with revised report on status of preference claims | 0.20 | 385.000 | 77.00 |
| | | 05/17/14 | Draft response to letter from J. P. Morgan Chase regarding payments to Chase during the preference period | 0.20 | 385.000 | 77.00 |
| | | 05/17/14 | Draft memo regarding invoices from and payments to Foley & Lardner from NanoInk | 0.20 | 385.000 | 77.00 |
| | | 05/18/14 | Review NanoInk's accounts payable ledger for TFI Resources. | 0.20 | 385.000 | 77.00 |
| | | 05/20/14 | Review file and financial information regarding possible preferential payments to R&D Systems. | 0.20 | 385.000 | 77.00 |
| | | 05/20/14 | Review J. Jordan's email to Trustee on Feb. 6 regarding Lumenera's defenses to return of preference payments | 0.10 | 385.000 | 38.50 |
| | | 05/21/14 | Emails to and from L. West requesting additional information regarding check clearance dates and product delivery dates from R & D Systems and additional information to support preference claims against xtreme xhibits | 0.20 | 385.000 | 77.00 |
| | | 05/21/14 | Prepare spreadsheet analysis of TFI Resources' invoices and payments from NanoInk | 0.50 | 385.000 | 192.50 |
| | | 05/21/14 | Review additional financial information regarding potential preference claims against R & D Systems and ledger page related to invoice from and payments to xtreme xhibits and analyze possible defenses to repayment of preference claims | 0.30 | 385.000 | 115.50 |
| | | 05/21/14 | Review NanoInk's accounts payable ledger and other information related to The Traveler's insurance policies. | 0.10 | 385.000 | 38.50 |
| | | 05/21/14 | Revise and update status of preference claims and emails to and from Trustee regarding updated spreadsheet report of claims | 0.30 | 385.000 | 115.50 |
| | | 05/22/14 | Memo to Trustee regarding additional information for spreadsheet received | 0.10 | 385.000 | 38.50 |

Case 13-14126   Doc 270-11   Filed 08/26/15   Entered 08/26/15 22:50:44   Desc
Exhibit   Page 7 of 10

Printed:  07/30/15 04:29 PM

# Time Sheet Report

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period:  02/20/14 - 07/30/15**

Page: 7

| Case No:   13-14126 | Case Name: NANOINK, INC. | Petition Date: 04/04/13 |
|---|---|---|
| Case Type: Assets | Judge:   EUGENE R. WEDOFF | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| LITIGATION | Susan Barnes De Resendiz | | from L. West | | | |
| | | 05/22/14 | Emails to and from Trustee regarding preference claims, defenses, and how to approach next stage of preference protocol | 0.20 | 385.000 | 77.00 |
| | | 05/22/14 | Emails to and from B. Wells, counsel to TFI Resources, discussing TFI's preference defenses and requesting specific proof of these defenses, e.g., proof of deliveries, chart showing invoice and payment dates and number of days between same | 0.20 | 385.000 | 77.00 |
| | | 05/22/14 | Revise spreadsheet analysis of TFI Resource's invoices and NanoInk's payments therefor | 0.80 | 385.000 | 308.00 |
| | | 05/24/14 | Email to Trustee regarding TFI preference claims and time for TFI to respond | 0.10 | 385.000 | 38.50 |
| | | 05/27/14 | Draft second demand for repayment of preferential transfers received by xtreme xhibits and email to Scott Amerie to be forwarded to president of company of xtreme xhibits | 0.20 | 385.000 | 77.00 |
| | | 05/27/14 | Email to J. Jordan, counsel for Lumenera, requesting proof of additional deliveries of goods during the preference period | 0.10 | 385.000 | 38.50 |
| | | 05/27/14 | Update report to Trustee regarding status of all preference claims in NanoInk chapter 7 and email to Trustee | 0.30 | 385.000 | 115.50 |
| | | 05/28/14 | Emails to and from Trustee discussing my analysis of xtreme xhibits' defense of ordinary course and recommending against pursuing a preference claim against xtreme xhibits | 0.20 | 385.000 | 77.00 |
| | | 05/28/14 | Email from J. Jordan, counsel to Lumenera, enclosing the packing slip and FedEx proof of delivery of goods to NanoInk and discussing the legality of suing a Canadian company for preference payments for goods manufactured outside of the United States | 0.20 | 385.000 | 77.00 |
| | | 05/28/14 | Email to and from L. West requesting ledger pages and other evidence of preferential transfers to Lumenera and review same | 0.20 | 385.000 | 77.00 |
| | | 05/28/14 | Emails to and from L West forwarding email from xtreme xhibits and requesting analysis of financial information related to the transactions with NanoInk | 0.20 | 385.000 | 77.00 |
| | | 05/28/14 | Review NanoInk's accounts payable ledger for Ernst & Young | 0.20 | 385.000 | 77.00 |
| | | 05/28/14 | Review response from S. Amerie of xtreme xhibits regarding Trustee's preference claims | 0.10 | 385.000 | 38.50 |
| | | 05/29/14 | Email to Trustee reporting on status of preference due diligence investigation | 0.10 | 385.000 | 38.50 |
| | | 05/29/14 | Emails to and from Trustee evaluating the preference claims against xtreme xhibits and defense of xtreme xhibits to payment from NanoInk during the | 0.20 | 385.000 | 77.00 |

Printed:  07/30/15 04:29 PM

# Time Sheet Report

**Trustee: DEBORAH K. EBNER, Trustee  (330480)**

**Period: 02/20/14 - 07/30/15**

| Case No: | 13-14126 | Case Name: | NANOINK, INC. | Petition Date: | 04/04/13 |
| Case Type: | Assets | Judge: | EUGENE R. WEDOFF | 341a Meeting: | 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| LITIGATION | Susan Barnes De Resendiz | | preference period | | | |
| | | 05/29/14 | Emails to and from J. Jordan, counsel for Lumenera, discussing Lumenera's defenses of subsequent new value and ordinary course of business and requesting more information about Lumenera's business and a spreadsheet showing invoice numbers, dates, amounts and dates and amounts of payment, and number of days between invoice date and clearance date of check; and requesting legal precedent in 7th Circuit Court of Appeals regarding recovery of preferences from foreign companies shipping goods to debtors from outside of the United States | 0.20 | 385.000 | 77.00 |
| | | 05/29/14 | Email to L. West requesting date the check to The Travelers cleared NanoInk's bank account | 0.10 | 385.000 | 38.50 |
| | | 05/29/14 | Email to S. Amerie of xtreme xhibits, responding to and accepting its defense to a preference claim | 0.10 | 385.000 | 38.50 |
| | | 05/29/14 | Update status report on potential preference claims | 0.20 | 385.000 | 77.00 |
| | | 05/30/14 | Research case law on preference claims and defenses thereto to prepare complaints against preference recipients | 1.20 | 385.000 | 462.00 |
| | | 05/30/14 | Draft template for preference complaints against NanoInk's suppliers | 0.70 | 385.000 | 269.50 |
| | | 05/31/14 | Research cases in N.D. Ill. regarding a single transaction between debtor and creditor and ordinary course of business defense | 0.20 | 385.000 | 77.00 |
| | | 06/01/14 | Research N.D. Ill. additional cases on preferences and defenses to assist in drafting complaints | 0.90 | 385.000 | 346.50 |
| | | 06/01/14 | Revise and update information for each outstanding preference matter as listed on the master spreadsheet for Trustee | 0.20 | 385.000 | 77.00 |
| | | 06/09/14 | Email from J. Jordan discussing Lumenera's defense of subsequent new value | 0.10 | 385.000 | 38.50 |
| | | 06/16/14 | Emails from and to Trustee regarding status of preparation of preference complaints | 0.10 | 385.000 | 38.50 |
| | | 06/17/14 | Research cases on ordinary course of business and new value defenses | 0.50 | 385.000 | 192.50 |
| | | 06/17/14 | Emails to Trustee and L. West regarding analysis of Lumenera's new value defense | 0.10 | 385.000 | 38.50 |
| | | 06/17/14 | Review correspondence from Lumenera's counsel and invoices and analyze its new value defense; and email to counsel for Lumenera regarding its new value defense | 0.20 | 385.000 | 77.00 |
| | | 06/18/14 | Email to Trustee and D. Quaid regarding standard of proof of ordinary course of business defense to return of preferential transfers and proof of industry | 0.20 | 385.000 | 77.00 |

Printed: 07/30/15 04:29 PM

# Time Sheet Report

Page: 9

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period:  02/20/14 - 07/30/15**

| Case No:   13-14126 | Case Name: NANOINK, INC. | Petition Date: 04/04/13 |
| Case Type: Assets | Judge:      EUGENE R. WEDOFF | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| LITIGATION | Susan Barnes De Resendiz | | standards to support ordinary course of business defense | | | |
| | | 06/19/14 | Update report and spreadsheet on status of preference matters and emails to and from Trustee regarding report | 0.20 | 385.000 | 77.00 |
| | | 06/20/14 | Review email from J. Jordan discussing Trustee's demand for return of preferential transfers to Lumenera and analyze Lumenera's defenses; email to Trustee regarding J. Jordan's email | 0.20 | 385.000 | 77.00 |
| | | 06/23/14 | Revise and update report to Trustee regarding the status of outstanding preference matters | 0.20 | 385.000 | 77.00 |
| | | 06/30/14 | Review of Quaid memo suggesting changes to preference complaints | 0.20 | 385.000 | 77.00 |
| | | 07/08/14 | Update report and spreadsheet regarding status of preference claims | 0.20 | 385.000 | 77.00 |
| | | 07/09/14 | Email revised preference complaints to D. Quaid, and email from D. Quaid regarding format of complaints | 0.20 | 385.000 | 77.00 |
| | | 08/21/14 | Revise and update spreadsheet report of all preference recipients and status of claims | 0.20 | 385.000 | 77.00 |
| | | 09/02/14 | Emails from and to the Trustee regarding updated spreadsheet with the status of the preference claims before each court hearing and preparation of discovery for defendants that haven't settled the preference claims | 0.20 | 385.000 | 77.00 |
| | | 09/02/14 | Revise status report of preference claims for the Trustee for the hearing on Sept. 3. | 0.20 | 385.000 | 77.00 |
| | | 09/10/14 | Emails from and to Trustee regarding the items to be considered at Oct. 15 status hearing | 0.20 | 385.000 | 77.00 |
| | | 10/06/14 | Emails to and from the Trustee regarding settlement of preference claims and status of settlement negotiations with Nanomotion and Morrow | 0.20 | 385.000 | 77.00 |
| | | 10/13/14 | Emails from and to D. Quaid regarding hearing on Oct. 15 and status of settlements with Dell Marketing and The Strategy Factory, and defaults for Allied Engineering and Photo Science | 0.20 | 385.000 | 77.00 |
| | | 10/21/14 | Call from D. Quaid to discuss issues arising from affirmative defenses and counterclaims | 0.50 | 385.000 | 192.50 |
| | | 11/03/14 | Review cases on motions to strike affirmative defense in preference suits | 1.30 | 385.000 | 500.50 |
| | | 11/08/14 | Update report and spreadsheet on preference claims for Trustee | 0.20 | 385.000 | 77.00 |
| | | 11/17/14 | Call with the Trustee to review outstanding preference proceedings | 0.40 | 385.000 | 154.00 |
| | | 11/18/14 | Update spreadsheet of outstanding preference matters for Trustee for hearing on Nov. 19 | 0.20 | 385.000 | 77.00 |

Printed:  07/30/15 04:29 PM

# Time Sheet Report

Page: 10

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period:  02/20/14 - 07/30/15**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No:**  13-14126 | | **Case Name:** NANOINK, INC. | | | **Petition Date:** 04/04/13 | |
| **Case Type:** Assets | | **Judge:**   EUGENE R. WEDOFF | | | **341a Meeting:** 05/29/13   01:00PM | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| LITIGATION | Susan Barnes De Resendiz | 11/19/14 | Call from Trustee to discuss status of outstanding matters in preparation for hearing | 0.30 | 385.000 | 115.50 |
| | | 01/22/15 | Emails to and from Trustee regarding status of outstanding preference suits | 0.10 | 385.000 | 38.50 |
| | | 03/27/15 | Call from Trustee regarding preference analysis protocols | 0.20 | 385.000 | 77.00 |
| | | | | 25.10 | | $9,625.00 |
| | **Subtotal for Category: LITIGATION** | | | 46.50 | | $18,299.50 |
| **Total for Case: 13-14126** | | | | 46.50 | | $18,299.50 |
| **Total for Trustee:  DEBORAH K. EBNER, Trustee** | | | | 46.50 | | $18,299.50 |
| | | | **Grand Total:** | 46.50 | | $18,299.50 |

Printed: 07/30/15 04:31 PM

Page: 1

## Time Sheet Report

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period:  02/20/14 - 07/30/15**

| Case No:  13-14126 | Case Name:  NANOINK, INC. | Petition Date: 04/04/13 |
|---|---|---|
| Case Type: Assets | Judge:   EUGENE R. WEDOFF | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. Allied Engineering 14A-492 | Deborah K. Ebner, Attorney | 11/13/14 | Review email of Susan pertaining to the variance in suing Allied Engineering between the dissolved corporation and the individual continuing to operate the dissolved corporation | 0.20 | 395.000 | 79.00 |
| | | 11/13/14 | Correspondence to Susan recommending she prepare a motion as to Allied to amend the complaint to sue the individual instead of the corporation (dissolved) | 0.10 | 395.000 | 39.50 |
| | | 11/25/14 | edit Allied Order and calculate and include pre-judgment interest. | 0.30 | 395.000 | 118.50 |
| | | | | 0.60 | | $237.00 |
| | Dennis Quaid | 06/24/14 | Review the draft complaint against Allied Engineering for accurac | 0.10 | 425.000 | 42.50 |
| | | 07/09/14 | Investigate for Susan the agent for the service of process of Allied Engineering | 0.10 | 425.000 | 42.50 |
| | | 07/09/14 | Correspondence to Susan specifying that Allied Engineering is a dissolved Corporation but that it may still be sued in the wind up phase and providing the identity and contact information of the agent for the service of summons and complaint in the preference case | 0.10 | 425.000 | 42.50 |
| | | 07/10/14 | Approve the revised complaint prepared by Susan against Allied Engineering, with one correction required | 0.10 | 425.000 | 42.50 |
| | | 09/10/14 | For Allied Engineering, preference defendant, revise the draft prepared by Susan de Resendiz for default judgment, breaking same into two requests for relief, one for default for failure to answer and secondly for judgment based on an affidavit of the plaintiff | 0.40 | 425.000 | 170.00 |
| | | 11/05/14 | Review message from Trustee and Susan questioning the amount of post judgment interest allowable on default of Allied Engingeering | 0.10 | 425.000 | 42.50 |
| | | 11/05/14 | Research issue of amount of interest allowed on federal judgment, determining it to be the federal funds rate and that rate to be 0.11% at current time | 0.30 | 425.000 | 127.50 |
| | | 11/05/14 | Email to Susan advising that post judgment interest allowed on federal judgment, even by default, is 0.11% as being the federal funds rate and providing the citation | 1.00 | 425.000 | 425.00 |
| | | 11/07/14 | Email to Susan regarding Allied Engineering and a motion for default judgment against same, recommending (1) deletion of request for pre-judgment interest due to lack of any factual allegations in complaint supporting said demand, (2) new motion to clarify legal capacity of person served with summons due Allied being a dissolved corporation and (3) drafting of an affidavit of the trustee verifying factual allegations of complaint to serve as a prove up | 0.40 | 425.000 | 170.00 |
| | | 11/07/14 | Review Susan's email pertaining to Allied Engineering and question that start and finish dates of post judgment interest | 0.10 | 425.000 | 42.50 |

# EXHIBIT L

Case 13-14126    Doc 270-12    Filed 08/26/15    Entered 08/26/15 22:50:44    Desc
Exhibit    Page 2 of 3

Printed: 07/30/15 04:31 PM

# Time Sheet Report

Page: 2

**Trustee: DEBORAH K. EBNER, Trustee (330480)**

**Period: 02/20/14 - 07/30/15**

| Case No: 13-14126 | Case Name: NANOINK, INC. | Petition Date: 04/04/13 |
|---|---|---|
| Case Type: Assets | Judge: EUGENE R. WEDOFF | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. Allied Engineering 14A-492 | Dennis Quaid | 11/10/14 | Revise draft of affidavit of trustee as to capacity of person served with summons of dissolved corporation to clarify extent of trustee's knowledge and timing of dissolution | 0.20 | 425.000 | 85.00 |
| | | 11/10/14 | Draft memo to Susan reiterating the need to plead a claim for pre-judgment interest against Allied Engineering in order to include same in default judgment | 0.10 | 425.000 | 42.50 |
| | | 11/10/14 | Revise and complete default judgment order against Allied Engineering including inserting the interest information | 0.20 | 425.000 | 85.00 |
| | | | | 3.20 | | $1,360.00 |
| | Susan Barnes De Resendiz | 05/27/14 | Draft information request to B. Pothast, former executive of NanoInk, regarding location of Allied Engineering and any other information about Allied and its business | 0.10 | 385.000 | 38.50 |
| | | 05/31/14 | Research to locate address and telephone number of Allied Engineering for service of complaint | 0.50 | 385.000 | 192.50 |
| | | 05/31/14 | Draft emails to and from L. West requesting accounts payable ledger pages for Allied Engineering and related information for complaint | 0.20 | 385.000 | 77.00 |
| | | 05/31/14 | Draft preference complaint against Allied Engineering | 1.60 | 385.000 | 616.00 |
| | | 06/01/14 | Revise draft complaint to avoid preference payments to Allied Engineering | 0.90 | 385.000 | 346.50 |
| | | 06/23/14 | Revise draft complaint against Allied Engineering | 0.80 | 385.000 | 308.00 |
| | | 06/24/14 | Revise preference complaint against Allied Engineering and send to Trustee for filing | 0.50 | 385.000 | 192.50 |
| | | 07/07/14 | Revise Allied Engineering complaint per D. Quaid. | 0.60 | 385.000 | 231.00 |
| | | 07/10/14 | Further revisions to revised preference complaint against Allied Engineering | 0.40 | 385.000 | 154.00 |
| | | 09/10/14 | Draft motion for default judgment against Allied Engineering | 0.60 | 385.000 | 231.00 |
| | | 09/10/14 | Review D. Quaid's changes to default motion against Allied Engineering and revise motion | 0.20 | 385.000 | 77.00 |
| | | 10/09/14 | Research Federal Rule 55 regarding entry of default and default judgment, local rules regarding default judgments, and Official Forms for default judgments for Allied Engineering suit | 1.20 | 385.000 | 462.00 |
| | | 10/10/14 | Revise motion for default judgment against Allied Engineering per D. Quaid comments | 0.80 | 385.000 | 308.00 |
| | | 10/15/14 | Revise motion for default judgment against Allied Engineering | 0.40 | 385.000 | 154.00 |
| | | 10/24/14 | Revise pleadings and affidavit for default judgment against Allied Engineering | 1.90 | 385.000 | 731.50 |
| | | 10/26/14 | Further revisions to motion for default judgment, entry of default, default judgment, notice of default, and affidavit | 0.60 | 385.000 | 231.00 |

# Time Sheet Report

Trustee:  **DEBORAH K. EBNER, Trustee  (330480)**

Period:  **02/20/14 - 07/30/15**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No:**  13-14126 | | **Case Name:** NANOINK, INC. | | | **Petition Date:** 04/04/13 | |
| **Case Type:** Assets | | **Judge:**   EUGENE R. WEDOFF | | | **341a Meeting:** 05/29/13   01:00PM | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. Allied Engineering 14A-492 | Susan Barnes De Resendiz | 11/04/14 | Research regarding computation of interest on default judgment and email to Trustee explaining same | 0.40 | 385.000 | 154.00 |
| | | 11/04/14 | Email to Trustee explaining the interest component of motion to default judgment against Allied Engineering and procedure to for filing attached revised pleadings for default | 0.20 | 385.000 | 77.00 |
| | | 11/04/14 | Memo to Trustee the affidavit, notice of default, entry of default, and motion for default in Allied Engineering suit | 0.10 | 385.000 | 38.50 |
| | | 11/05/14 | Research regarding pre- and post-judgment interest and computation of same in Allied Engineering suit | 0.30 | 385.000 | 115.50 |
| | | 11/05/14 | Emails from and to D. Quaid regarding interest on default judgment in Allied Engineering suit | 0.20 | 385.000 | 77.00 |
| | | 11/06/14 | Review and revise for filing Allied Engineering Motion, Affidavit, Entry of Default, and Notice of Default | 0.50 | 385.000 | 192.50 |
| | | 11/07/14 | Emails from and to D. Quaid with changes to default pleadings, inclusion of prejudgment interest, and service on individual on whom we served the complaint | 0.20 | 385.000 | 77.00 |
| | | 11/07/14 | Revise default pleadings for Allied Engineering per D. Quaid | 0.60 | 385.000 | 231.00 |
| | | 11/10/14 | Email to Trustee and D. Quaid with case quotes and legal citations regarding request prejudgment interest in default motion against Allied Engineering | 0.10 | 385.000 | 38.50 |
| | | 11/10/14 | Emails from and to D. Quaid regarding Allied Engineering default judgment and service of default motion | 0.20 | 385.000 | 77.00 |
| | | 11/13/14 | Email from D. Quaid and to and from Trustee regarding service of default motion on Allied | 0.30 | 385.000 | 115.50 |
| | | | | 14.40 | | $5,544.00 |
| | | **Subtotal for Category: EBNER VS. ALLIED ENGINEERING 14A-492** | | **18.20** | | **$7,141.00** |
| **Total for Case:  13-14126** | | | | **18.20** | | **$7,141.00** |
| **Total for Trustee:  DEBORAH K. EBNER, Trustee** | | | | **18.20** | | **$7,141.00** |

| | | |
|---|---|---|
| **Grand Total:** | **18.20** | **$7,141.00** |

Printed:  07/30/15 04:32 PM

# Time Sheet Report

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period:  02/20/14 - 07/30/15**

| | | | | | |
|---|---|---|---|---|---|
| **Case No:**  13-14126 | **Case Name:** NANOINK, INC. | | | **Petition Date:** 04/04/13 | |
| **Case Type:** Assets | **Judge:**  EUGENE R. WEDOFF | | | **341a Meeting:** 05/29/13 | 01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. Dell Marketing LP 14-493 | Deborah K. Ebner, Attorney | 08/21/14 | com. w/ atty for Dell re: venue issue and venture into settlement discussion online | 0.10 | 395.000 | 39.50 |
| | Dennis Quaid | 06/04/14 | Conduct a new preference analysis for Dell Marketing based on the new information provided by the creditor | 0.30 | 425.000 | 127.50 |
| | | 06/04/14 | Memorandum to Susan recommending rejection of the defenses asserted by Dell Marketing based on the new preference analysis using their new figures | 0.10 | 425.000 | 42.50 |
| | | 06/17/14 | Regarding preference against Dell Marketing, review correspondence of Susan asking for guidance in determining the date set a credit to receive the debtor's check for purpose of calculating the new value defense | 0.10 | 425.000 | 42.50 |
| | | 06/18/14 | Re: the preference to Dell Marketing, review the correspondence of Susan regarding the means for determining the Industry Standard for the ordinary course of business defense | 0.10 | 425.000 | 42.50 |
| | | 06/18/14 | Correspondence to Susan regarding the preference to Del Marketing and opining that Dell has used the wrong industry to determine the Industry Standard, and that further the Dun & Bradstreet report is hearsay and that substantial expense will be incurred on the part of the creditor to try to admit same into evidence, making the assertion of this defense to be unlikely | 0.20 | 425.000 | 85.00 |
| | | 06/23/14 | Review new correspondence from Susan regarding the assertion by Dell Marketing that it will stand on its ordinary course of business defenses based on the Industry Standard and consider what action needs to be taken in terms of hiring  an expert by the trustee | 0.10 | 425.000 | 42.50 |
| | | 07/10/14 | Final edits to the preference complaint against Dell Marketing | 0.10 | 425.000 | 42.50 |
| | | 08/20/14 | Review demand of Dell Marketing for transfer of venue of preference adversary to their district | 0.10 | 425.000 | 42.50 |
| | | 08/21/14 | Correspondence to opposing counsel Richard Villa  refuting their demand for a change of venue of the preference action against Dell Marketing | 0.10 | 425.000 | 42.50 |
| | | 08/27/14 | Regarding the motion of Dell Marketing to change venue, review the case of Olympia Holdings sent by Susan de Resendiz to determine whether it supports the trustee's position | 0.20 | 425.000 | 85.00 |
| | | 09/22/14 | Correspondence to Susan de Resendiz directing her to respond to Dell Marketing but outlining the legal issues regarding the exclusivity of section 1409 (a) and that a Corporation "resides" wherever it does business | 0.10 | 425.000 | 42.50 |
| | | | | 1.50 | | $637.50 |

EXHIBIT M

Printed: 07/30/15 04:32 PM

# Time Sheet Report

Page: 2

**Trustee: DEBORAH K. EBNER, Trustee  (330480)**

**Period: 02/20/14 - 07/30/15**

| Case No:   13-14126 | Case Name: NANOINK, INC. | | Petition Date: 04/04/13 |
|---|---|---|---|
| Case Type: Assets | Judge:   EUGENE R. WEDOFF | | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. Dell Marketing LP 14-493 | Susan Barnes De Resendiz | 04/24/14 | Review financial information documenting preferential transfers to Dell Marketing | 0.10 | 385.000 | 38.50 |
| | | 04/28/14 | Review and analyze letter from S. Streusand, counsel to Dell Marketing, responding to Trustee's preference demand with defenses and requesting copies of canceled checks representing the preferential transfers. | 0.20 | 385.000 | 77.00 |
| | | 04/29/14 | Memo to L. West requesting copies of NanoInk's canceled checks representing preferential transfers to Dell | 0.10 | 385.000 | 38.50 |
| | | 04/30/14 | Call from B. Pothast to discuss the business operations and course of dealing between NanoInk and Dell Marketing | 0.20 | 385.000 | 77.00 |
| | | 04/30/14 | Review and analyze NanoInk's accounts payable ledger for Dell Marketing and January 2013 bank statement showing preferential transfers to Dell. | 0.10 | 385.000 | 38.50 |
| | | 05/05/14 | Memo to L. West for additional financial documents request by Dell's counsel | 0.10 | 385.000 | 38.50 |
| | | 05/17/14 | Email to Dell counsel S. Streusand with copies of canceled checks from NanoInk to Dell Marketing | 0.10 | 385.000 | 38.50 |
| | | 05/29/14 | Emails from and to S. Streusand, counsel to Dell Marketing, regarding preparation of financial information to support Dell's ordinary course of business defense | 0.20 | 385.000 | 77.00 |
| | | 05/30/14 | Review and analyze letter and financial information from Dell's counsel to support ordinary course and new value defenses | 0.20 | 385.000 | 77.00 |
| | | 06/01/14 | Email to L. West requesting her assistance with the financial information referred to in Dell's counsel's letter and requesting copies of NanoInk's invoices from and to Dell Marketing | 0.10 | 385.000 | 38.50 |
| | | 06/02/14 | Emails from and to L. West regarding Dell Marketing products used by NanoInk and any invoices with descriptions of Dell's products purchased by NanoInk | 0.10 | 385.000 | 38.50 |
| | | 06/04/14 | Emails from and to Trustee regarding appropriate settlement amount and preparation of complaint against Dell | 0.20 | 385.000 | 77.00 |
| | | 06/04/14 | Emails to and from D. Quaid analyzing letter from Dell's counsel and Dell's purported defenses to return of preferential transfers from NanoInk | 0.20 | 385.000 | 77.00 |
| | | 06/19/14 | Emails to and from counsel for Dell regarding ordinary course of business and subsequent new value defenses and rejection of settlement offers | 0.30 | 385.000 | 115.50 |
| | | 06/23/14 | Emails to and from Trustee regarding Dell settlement offer, and emails to and from S. Streusand, Dell's counsel, regarding possible settlement | 0.20 | 385.000 | 77.00 |
| | | 06/23/14 | Draft preference complaint against Dell Marketing | 1.30 | 385.000 | 500.50 |
| | | 06/24/14 | Revise preference complaint against Dell Marketing, and email to L. Daleccio regarding filing and service of process | 0.70 | 385.000 | 269.50 |

Case 13-14126   Doc 276-13   Filed 08/26/15   Entered 08/26/15 22:50:44   Desc
Exhibit    Page 3 of 5

Printed:  07/30/15 04:32 PM

# Time Sheet Report

Page: 3

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period: 02/20/14 - 07/30/15**

| Case No:  13-14126 | Case Name: NANOINK, INC. | | Petition Date: 04/04/13 |
|---|---|---|---|
| Case Type: Assets | Judge:     EUGENE R. WEDOFF | | 341a Meeting: 05/29/14  01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. Dell Marketing LP 14-493 | Susan Barnes De Resendiz | 07/07/14 | Revise preference complaint against Dell Marketing | 0.20 | 385.000 | 77.00 |
| | | 07/08/14 | Revise Dell preference complaint per D. Quaid | 0.40 | 385.000 | 154.00 |
| | | 07/10/14 | Revise preference complaint against Dell Marketing | 0.60 | 385.000 | 231.00 |
| | | 07/21/14 | Emails to and from Trustee regarding Dell's defenses to preference complaint and my analysis of these defenses | 0.20 | 385.000 | 77.00 |
| | | 08/21/14 | Emails from and to Trustee regarding analysis of Dell Marketing defenses and revised settlement offer | 0.20 | 385.000 | 77.00 |
| | | 08/21/14 | Emails from and to D. Quaid regarding Dell's change of venue argument | 0.20 | 385.000 | 77.00 |
| | | 08/21/14 | Emails to R. Villa and A. Prentice regarding my earlier settlement discussions with S. Streusand and rejection of Dell's last offer of settlement | 0.20 | 385.000 | 77.00 |
| | | 08/21/14 | Review and analyze R. Villa's emails and letter to and from Trustee regarding settlement of NanoInk preferential transfers to Dell Marketing and extension of time to file answer to preference complaint | 0.20 | 385.000 | 77.00 |
| | | 08/22/14 | Research application of Sec. 1409(b) to venue of preference suits | 1.40 | 385.000 | 539.00 |
| | | 08/22/14 | Emails from and to D. Quaid requesting research on 28 USC 1409(b) and Dell's motion to change venue to Texas and email to D. Quaid with copies of helpful cases | 0.30 | 385.000 | 115.50 |
| | | 08/26/14 | Email to R. Villa regarding my representation of the Trustee in the preference adversary proceeding and requesting service of pleadings | 0.10 | 385.000 | 38.50 |
| | | 08/26/14 | Three calls and messages to R. Villa returning his call, all re: venue issue | 0.10 | 385.000 | 38.50 |
| | | 08/26/14 | Review Dell's motion to change venue of Trustee's preference suit to N.D. Texas | 0.20 | 385.000 | 77.00 |
| | | 08/27/14 | Email to R. Villa encouraging settlement of preference suit and from R. Villa inviting further discussion concerning resolution of the outstanding adversary against Dell Marketing | 0.20 | 385.000 | 77.00 |
| | | 08/27/14 | Draft response to Dell's motion to change venue of Trustee's preference suit to Texas | 1.30 | 385.000 | 500.50 |
| | | 08/27/14 | Revise and finalize Trustee's response to Dell's motion to change venue | 0.30 | 385.000 | 115.50 |
| | | 08/28/14 | Emails to and from Trustee commenting on draft response to motion to change venue by Dell | 0.20 | 385.000 | 77.00 |
| | | 08/28/14 | Call from Rich Villa, counsel for Dell Marketing, to discuss the facts and circumstances regarding the orders and payments for goods shipped to NanoInk and possible approaches to settling the adversary proceeding | 1.00 | 385.000 | 385.00 |

Printed:  07/30/15 04:32 PM

# Time Sheet Report

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period: 02/20/14 - 07/30/15**

| Case No: | 13-14126 | Case Name: | NANOINK, INC. | | Petition Date: | 04/04/13 |
|---|---|---|---|---|---|---|
| Case Type: | Assets | Judge: | EUGENE R. WEDOFF | | 341a Meeting: | 05/29/13  01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. Dell Marketing LP 14-493 | Susan Barnes De Resendiz | 08/28/14 | Revise response to Dell's motion to transfer venue and send to Trustee for review. | 0.30 | 385.000 | 115.50 |
| | | 08/29/14 | Emails from and to Rich Villa, counsel for Dell, offering slightly more to settle the suit by Trustee against Dell Marketing and the Trustee's rejection of Dell's counteroffer | 0.20 | 385.000 | 77.00 |
| | | 09/01/14 | Emails from and to Trustee regarding final settlement offer to Dell Marketing | 0.20 | 385.000 | 77.00 |
| | | 09/02/14 | Call from J. Collen regarding removal of hearing on Dell Marketing adversary proceeding from the court's calendar and preparation of pleadings to settle the case; emails from and to J. Collen regarding same | 0.30 | 385.000 | 115.50 |
| | | 09/02/14 | Emails from and to Rich Villa accepting the Trustee's final offer of settlement and requesting that the upcoming hearing be removed from the court calendar | 0.20 | 385.000 | 77.00 |
| | | 09/03/14 | Email draft stipulation of dismissal to R. Villa for signature and instructions for payment to Trustee | 0.10 | 385.000 | 38.50 |
| | | 09/03/14 | Draft stipulation dismissing the Dell Marketing preference suit | 0.20 | 385.000 | 77.00 |
| | | 09/03/14 | Review order withdrawing motion to transfer venue | 0.10 | 385.000 | 38.50 |
| | | 09/05/14 | Emails from and to R. Villa regarding draft stipulation to settle case against Dell Marketing and payment instructions | 0.10 | 385.000 | 38.50 |
| | | 09/09/14 | Emails from and to R. Villa regarding the Trustee's comments on draft Settlement Agreement. | 0.10 | 385.000 | 38.50 |
| | | 09/09/14 | Review email and settlement agreement from R. Villa to settle the Dell Marketing suit and forward to Trustee with my comments | 0.20 | 385.000 | 77.00 |
| | | 09/15/14 | Emails from and to R. Villa regarding Dell settlement agreement | 0.10 | 385.000 | 38.50 |
| | | 09/22/14 | Emails to and from R. Villa regarding the Trustee's concern about the delay in payment of settlement after court approves the settlement | 0.20 | 385.000 | 77.00 |
| | | 09/23/14 | Emails to and from Trustee regarding changes to settlement agreement with Dell Marketing | 0.10 | 385.000 | 38.50 |
| | | 09/23/14 | Emails from and to R. Villa regarding timing for Dell payment of settlement amount and Trustee's acceptance of proposed terms of settlement payment | 0.10 | 385.000 | 38.50 |
| | | 09/24/14 | Emails from R. Villa requesting a W-9 from Trustee in order to process payment to Trustee and transmitting Dell's signature on Settlement Agreement | 0.10 | 385.000 | 38.50 |
| | | 10/10/14 | Email W-9 Form to R. Villa and receive a signed settlement document from R. Villa, counsel to Dell Marketing | 0.10 | 385.000 | 38.50 |
| | | 10/10/14 | Revise stipulation of dismissal of preference suit against Dell Marketing | 0.10 | 385.000 | 38.50 |
| | | 10/15/14 | Emails from and to R. Villa regarding mailing of settlement payment to Trustee | 0.10 | 385.000 | 38.50 |

Case 13-14126    Doc 270-15    Filed 08/26/15    Entered 08/26/15 22:50:44    Desc
Exhibit      Page 5 of 5

Printed:  07/30/15 04:32 PM

# Time Sheet Report

Page: 5

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period:  02/20/14 - 07/30/15**

| Case No:  13-14126 | | Case Name: NANOINK, INC. | | Petition Date: 04/04/13 | |
|---|---|---|---|---|---|
| Case Type: Assets | | Judge:    EUGENE R. WEDOFF | | 341a Meeting: 05/29/13   01:00PM | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. Dell Marketing LP 14-493 | Susan Barnes De Resendiz | | and receipt of Dell's check and requesting resending of settlement documents | | | |
| | | 10/17/14 | Emails to and from Trustee regarding signing of Stipulation of Settlement and filing with the court and preparation of order of dismissal | 0.20 | 385.000 | 77.00 |
| | | 10/17/14 | Emails from and to R. Villa and A. Prentice regarding execution of final settlement documents | 0.10 | 385.000 | 38.50 |
| | | 10/20/14 | Review order to accompany settlement of case | 0.10 | 385.000 | 38.50 |
| | | 10/23/14 | Email to R. Villa, counsel for Dell Marketing, regarding the filing of the settlement and dismissal of preference suit | 0.10 | 385.000 | 38.50 |
| | | | | 15.10 | | $5,813.50 |

| | Hours | Total |
|---|---|---|
| **Subtotal for Category: EBNER VS. DELL MARKETING LP 14-493** | **16.70** | **$6,490.50** |
| **Total for Case:  13-14126** | **16.70** | **$6,490.50** |
| **Total for Trustee:  DEBORAH K. EBNER, Trustee** | **16.70** | **$6,490.50** |
| **Grand Total:** | **16.70** | **$6,490.50** |

Printed: 07/30/15 04:34 PM

# Time Sheet Report

**Trustee: DEBORAH K. EBNER, Trustee (330480)**

**Period: 02/20/14 - 07/30/15**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No:** 13-14126 | | **Case Name:** NANOINK, INC. | | | **Petition Date:** 04/04/13 | |
| **Case Type:** Assets | | **Judge:** EUGENE R. WEDOFF | | | **341a Meeting:** 05/29/13   01:00PM | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. IZON Sciences US Ltd 14A-494 | Deborah K. Ebner, Attorney | 11/14/14 | file review of fact basis of ordinary course & other raised defenses (.4) & thereafter settlement discussion with John Benson who reps IZON, and particular attention to Motion to strike (.4) | 0.80 | 395.000 | 316.00 |
| | | 12/03/14 | number crunch on ordinary course (.3); review amended answer for IZON (.1); call and conf. with Jeff Schwartz and patch in Susan to commence settlement discussion (.3) | 0.70 | 395.000 | 276.50 |
| | | 12/04/14 | review Susan's revised chart. Thereafter tc with Jeff Schwartz re: attempt to settle. He is going to forward this onto his client and then get back to us. | 0.30 | 395.000 | 118.50 |
| | | 12/15/14 | followup settlement discussion with Jeff Schwartz re: claim settlement and ordinary course | 0.10 | 395.000 | 39.50 |
| | | 12/17/14 | continued discussion with atty for IZON - agree to one more date. They now assert insolvency defense | 0.20 | 395.000 | 79.00 |
| | | 01/06/15 | Analysis of the settlement offer made by Izon of $10,000 against $39,950 | 0.20 | 400.000 | 80.00 |
| | | 01/06/15 | Correspondence recommending rejecting Izon's settlement offer | 0.10 | 400.000 | 40.00 |
| | | 02/17/15 | tc with John Benson re: status | 0.20 | 400.000 | 80.00 |
| | | 03/11/15 | edits to DQ's motion to strike and related order | 0.20 | 400.000 | 80.00 |
| | | 03/17/15 | review JS email re: settlement | 0.10 | 400.000 | 40.00 |
| | | | | 2.90 | | $1,149.50 |
| | Dennis Quaid | 03/27/14 | Conference with Susan de Resendiz to decide on timing and tactics for prosecution of preference demand against Izon Sciences | 0.30 | 425.000 | 127.50 |
| | | 06/02/14 | A memorandum to Susan recommending suit against Izon to recover the preference | 0.10 | 425.000 | 42.50 |
| | | 07/09/14 | Research for Susan the corporate agent to accept service of the summons and complaint in the preference action for Izon Science | 0.10 | 425.000 | 42.50 |
| | | 07/09/14 | Correspondence to Susan advising that the agent for service of process of the preference complaint on Izon is Hans Vab Der Voorn of Cambridge Massachusetts and provide the contact information | 0.10 | 425.000 | 42.50 |
| | | 07/10/14 | Approve the preference complaint prepared by Susan against Izon  Science | 0.10 | 425.000 | 42.50 |
| | | 09/08/14 | Analyze answer and affirmative defenses filed by Izon Sciences to the preference complaint, noting the extensive allegations pled | 0.20 | 425.000 | 85.00 |
| | | 09/08/14 | Memorandum to Susan de Resendiz recommending use of discovery to challenge the affirmative defenses pled by Izon Sciences | 0.10 | 425.000 | 42.50 |
| | | 11/10/14 | Email to Susan accepting her changes to the draft motion to strike the affirmative defenses of Izon | 0.10 | 425.000 | 42.50 |

# EXHIBIT N

Printed:  07/30/15 04:34 PM

# Time Sheet Report

Page: 2

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period:  02/20/14 - 07/30/15**

| Case No: | 13-14126 | Case Name: | NANOINK, INC. | | Petition Date: | 04/04/13 |
|---|---|---|---|---|---|---|
| Case Type: | Assets | Judge: | EUGENE R. WEDOFF | | 341a Meeting: | 05/29/13  01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. IZON Sciences US Ltd 14A-494 | Dennis Quaid | 01/07/15 | Court appearance before Judge Cassling sitting instead of Judge Wedoff to report on status of Izon preference case, requesting trial date, but receiving a final status date in March, after time for additional discovery | 0.60 | 425.000 | 255.00 |
| | | 01/26/15 | Recalculate the ordinary course of business history with Izon to rebut its settlement demand that said defense negates all preference liability in order to argue in rebuttal of same at the January 28 status hearing | 0.40 | 425.000 | 170.00 |
| | | 01/26/15 | Correspondence to attorney John Benson for Izon rebutting his settlement position of no liability based upon an ordinary course of business protecting all payments, demonstrating that he miscalculated the mean days of the ordinary course of business and that the variance of the preference payments from the ordinary course of business negates this defense | 0.30 | 425.000 | 127.50 |
| | | 01/28/15 | Conference with attorney John Benson for Izon to push for settlement at the trustees amount of $30,000, which he rejects and proposes that his client will not propose any defense at trial, suggesting that they consent to judgment now, which he rejects | 0.20 | 425.000 | 85.00 |
| | | 01/28/15 | Court appearance for status on the preference suit against Izon and request the entry of a default judgment or consent judgment, but Izon requests a trial date after more time for discovery, delaying the matter until March, 2015 | 0.40 | 425.000 | 170.00 |
| | | 01/28/15 | Personal conference with trustee to consider how best to force Izon to settle or consent to judgment in light of their stated declaration that they will not defend the trustee's complaint at trial, recommending a request to admit to them which will prove the entire case of the trustee based on admissions if they do not oppose said request | 0.40 | 425.000 | 170.00 |
| | | 02/06/15 | Review the answer and affirmative defenses of Izon to determine the extent to which they have admitted the essential elements of the trustee's complaint and to the other extent that we need to procure admissions from them of the allegations of the complaint to which they did not admit in the answer, as well as the new issues raised in the affirmative defenses | 0.30 | 425.000 | 127.50 |
| | | 02/06/15 | Recalculate the ordinary course of business practice for Izon in order to frame a request to admit as to that issue | 0.30 | 425.000 | 127.50 |
| | | 02/06/15 | Draft a request to admit to Izon to procure admissions of the preference, insolvency of debtor, that the transfer occurred within 90 days of bankruptcy and that the preferential payment satisfied a greater proportion of its debt than a dividend in a chapter 7 case | 2.70 | 425.000 | 1,147.50 |
| | | 02/06/15 | Correspondence transmitting to trustee the draft request to admit to Izon for her | 0.10 | 425.000 | 42.50 |

Printed: 07/30/15 04:34 PM

# Time Sheet Report

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period:  02/20/14 - 07/30/15**

| Case No:   13-14126 | Case Name: NANOINK, INC. | Petition Date: 04/04/13 |
|---|---|---|
| Case Type: Assets | Judge:   EUGENE R. WEDOFF | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. IZON Sciences US Ltd 14A-494 | Dennis Quaid | 02/06/15 | Correspondence to trustee requesting that her staff prepare the notice of filing for the request to admit against Izon and the certificate of service, while providing the names of counsel Izon for in the adversary proceeding | 0.20 | 425.000 | 85.00 |
| | | 02/17/15 | Teleconference with trustee who reports on her efforts to reach out to counsel for Izon in order to obtain a consent judgment to resolve the case if they are not going to defendant at trial, with the attorney only agreeing to transmit the request to his client in New Zealand | 0.10 | 425.000 | 42.50 |
| | | 02/20/15 | Review status of preference suit against Izon In preparation for court appearance at status hearing on January 7 | 0.20 | 425.000 | 85.00 |
| | | 02/28/15 | Correspondence to Deborah Ebner and Ira Goldberg advising of the dates in the Izon litigation and closure of discovery | 0.20 | 425.000 | 85.00 |
| | | 03/10/15 | Draft Request for Admissions to force Defendant to prove Trustee's Case in Chief for trial | 1.40 | 425.000 | 595.00 |
| | | 03/11/15 | Revise and supplement Request for Admissions to include preferred by payment and insolvency issues | 0.60 | 425.000 | 255.00 |
| | | 03/11/15 | Teleconference with Trustee as to optimal strategy to force Izon to settle the preference at a reasonable amount in the range of $25-30K | 0.20 | 425.000 | 85.00 |
| | | 03/14/15 | Review Izon's Motion to Extend time to complete discovery in order to permit it to include its belatedly filing Document Request for purpose of preparing opposition to same | 0.20 | 425.000 | 85.00 |
| | | 03/14/15 | Draft Objection to Izon's Motion to Extend Discovery due to its late filing of its discoveru | 0.80 | 425.000 | 340.00 |
| | | 03/18/15 | Conference with attorneys Jeff Schwartz and J. Benson to debate and attempt to resolve the discovery dispute and perhaps settle the preference case, without success | 0.30 | 425.000 | 127.50 |
| | | 03/18/15 | Court appearance before Judge Wedoff to argue the dueling motions of Izon to extend discovery and Trustee's objection, resulting in denial of Izon's motion except one proving one bank statement of Debtor | 0.80 | 425.000 | 340.00 |
| | | 03/18/15 | Conference call with Trustee to accountant Lois West to procure one bank statement required to be provided to Izon and obtain documentation needed at trial | 0.30 | 425.000 | 127.50 |
| | | 03/18/15 | Correspondence to attorney Benson seeking copy of his prior settlement letter for information to use to rebut his defenses | 0.10 | 425.000 | 42.50 |
| | | 03/24/15 | Search for the preferential check no. 29293 in sum of $39,950 | 0.20 | 425.000 | 85.00 |
| | | 03/24/15 | Correspondence to Lois West requesting an additional copy of the Izon | 0.20 | 425.000 | 85.00 |

Printed: 07/30/15 04:34 PM

# Time Sheet Report

Page: 4

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period: 02/20/14 - 07/30/15**

| Case No:  13-14126 | Case Name: NANOINK, INC. | | Petition Date: 04/04/13 |
|---|---|---|---|
| Case Type: Assets | Judge:  EUGENE R. WEDOFF | | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. IZON Sciences US Ltd 14A-494 | Dennis Quaid | | preferential check 29293 | | | |
| | | 03/25/15 | Retrieve Debtor's bank statement for 1/13 showing clearance of preferential check 29293 to Izon for purpose of delievering same to counsel for Izon | 0.20 | 425.000 | 85.00 |
| | | 03/25/15 | Draft comprehensive correspondence to attorneys Jeff Schwartz and John Benson for Izon laying forth the facts dispproving their asserted Ordinary Course of Business Defense on the basis that the time to pay the preferential check was twice as long as the average for the other payments, in the hope of forcing a settlement | 0.50 | 425.000 | 212.50 |
| | | 03/26/15 | Teleconference with Trustee to review strategy to force Izon to settle the preference case by my letter rebutting the factual basis of their Ordinary Course of Business Defense and if necesssary, the elements of the Case in Chief at trial | 0.20 | 425.000 | 85.00 |
| | | 03/26/15 | Research Ordinary Course of Business cases in ND ILL and find and abstract Judge Wedoff's August 2014 decision in Sparrer Sausage to use against Izon in settlement negotiations or trial | 1.80 | 425.000 | 765.00 |
| | | 03/26/15 | Second correspondence to attorneys Schwartz and Benson for Izon using case of Sapper Sausage to argue against their Ordinary Course of Business Defense in order to force a settlement | 0.40 | 425.000 | 170.00 |
| | | 03/26/15 | Communication to attorney Jeff Schwartz for Izon informing him that it is "now or never" to settle the preference case | 0.10 | 425.000 | 42.50 |
| | | 04/01/15 | Correspondence to Trustee advising of unsuccessful settlement negotiations with Izon | 0.10 | 425.000 | 42.50 |
| | | 04/07/15 | Correspondence to attorney Jeffrey Schwartz for Izon rebutting his argument that Trustee's upside of winning $40,000 judgment is only $24,000 due to need to employ collection counsel at cost of 40%, by arguing that detriment to Izon is payment $40,000 | 0.30 | 425.000 | 127.50 |
| | | 04/09/15 | Correspondence to Trustee outlining elements of Case in Chief at trial due to lack of willingness of Izon to settle, with all elements admitted or presumed in case of insolvency and preferred element proven by Schedules of Debtor and testimony of Trustee | 0.30 | 425.000 | 127.50 |
| | | 04/10/15 | Correspondence to Trustee detailing the exhibits needed to be burned into a CD for trial | 0.40 | 425.000 | 170.00 |
| | | 04/11/15 | Review Answer of Defendant to Admissions to determine whether they | 0.20 | 425.000 | 85.00 |

*(handwritten annotations near 03/26/15 Research entry: "① @ 385 = $693   d = $72")*

Printed:  07/30/15 04:34 PM

# Time Sheet Report

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period:  02/20/14 - 07/30/15**

Page: 5

| Case No:   13-14126 | Case Name: NANOINK, INC. | Petition Date: 04/04/13 |
| Case Type: Assets | Judge:   EUGENE R. WEDOFF | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. IZON Sciences US Ltd 14A-494 | Dennis Quaid | | admitted the dates of payments which will rebut their defense of Ordinary Course of Business | | | |
| | | 04/11/15 | Review Izon's Answer to Complaint to determine whether there is an admission of relevant dates of payment to rebut their asserted defense of Ordinary Course of Business | 0.20 | 425.000 | 85.00 |
| | | 04/20/15 | Conference with Trustee to review her testimony to prove the preferred creditor element and rebut the ordinary course of business defense in the Izon trial | 0.30 | 425.000 | 127.50 |
| | | 04/21/15 | Correspondence to attorney Jeff Schwartz requested stipulation to use as trial exhibits uncertified copies of pleadings from adversary case and bankruptcy case | 0.10 | 425.000 | 42.50 |
| | | 04/21/15 | Research applicability of Judicial Notice doctrine to admit into evidence uncertified copies of pleadings from bankruptcy case and adversary case | 1.10 | 425.000 | 467.50 |
| | | 04/21/15 | Draft motion for judicial notice of uncertified copies of pleadings in adversary and bankruptcy cases | 1.70 | 425.000 | 722.50 |
| | | 04/22/15 | Review correspondence from attorney Benson for Izon requesting conference call to discuss trial and including Trustee as a participant in the call | 0.10 | 425.000 | 42.50 |
| | | 04/22/15 | Teleconference with attorney Benson for Izon to discuss the subject matter of the conference call he requested, learning that settlement is the principal issue | 0.20 | 425.000 | 85.00 |
| | | 04/22/15 | Correspondence to Trustee advising that purpose of Izon's requested conference call is more issue of settlement than trial and asking if she wishes to participate | 0.20 | 425.000 | 85.00 |
| | | 04/23/15 | Gather trial exhibits to use | 1.20 | 425.000 | 510.00 |
| | | 04/24/15 | Teleconference with Trustee to solicit her settlement authority to use in conference call | 0.10 | 425.000 | 42.50 |
| | | 04/24/15 | Review Izon's Balance Sheet submitted to support its "empty pockets" settlement position, noting that the corporate parent has been subsidizing the US subsidiary | 0.30 | 425.000 | 127.50 |
| | | 04/24/15 | Conference call with attorney's  Neal Wolf and John Benson, with principal of Izon, to discuss settlement based on Izon's asserted insolvency and threat of filing bankruptcy, without success | 0.50 | 425.000 | 212.50 |
| | | 04/24/15 | Teleconference with Trustee to report on unsuccessful settlement conference with Izon and offer of $2-3,000 | 0.20 | 425.000 | 85.00 |
| | | 04/24/15 | Draft witness and exhibit lists | 0.80 | 425.000 | 340.00 |
| | | 04/26/15 | Draft Notice of Filing and Certificate of Service for  List of  Witness and Exhibits | 0.50 | 425.000 | 212.50 |

Printed:  07/30/15 04:34 PM

# Time Sheet Report

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period:  02/20/14 - 07/30/15**

| Case No: | 13-14126 | Case Name: NANOINK, INC. | | | Petition Date: 04/04/13 | |
|---|---|---|---|---|---|---|
| Case Type: Assets | | Judge:    EUGENE R. WEDOFF | | | 341a Meeting: 05/29/13   01:00PM | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. IZON Sciences US Ltd 14A-494 | Dennis Quaid | | for Izon trial | | | |
| | | 04/27/15 | Correspondence to attorney's Schwartz and Benson for Izon making last ditch settlement proposal | 0.30 | 425.000 | 127.50 |
| | | 04/27/15 | Teleconference with Trustee to review chances of settlement with Izon and actions necessary for trial in absence of settlement | 0.30 | 425.000 | 127.50 |
| | | 04/27/15 | Correspondence directing Trustee's administrative assistant to file the Plaintiff's List of Witnesses and Exhibits | 0.10 | 425.000 | 42.50 |
| | | 04/27/15 | Review Izon's List of Witnesses and Exhibits | 0.20 | 425.000 | 85.00 |
| | | 04/28/15 | Teleconference with attorneys Schwartz and Benson for Izon making a last ditch settlement offer of $15,000 based on the insolvency of Izon | 0.30 | 425.000 | 127.50 |
| | | 04/28/15 | Teleconference with Trustee to review the $15,000 settlement offer made by Izon and alternatives available to estate including pursuing collection at 40% in Boston or New Zealand, receiving authorization to settle if Izon prepares at its expense at documentation and pleadings | 0.20 | 425.000 | 85.00 |
| | | 04/28/15 | Teleconference with attorney Benson for Izon to deliver counter offer of settlement at $15,000 cash in good funds, Izon prepares all pleadings and documents and does so at its expense | 0.30 | 425.000 | 127.50 |
| | | 04/28/15 | Comprehensive email to attorney Benson for Izon detailing the terms and conditions of the settlement | 0.30 | 425.000 | 127.50 |
| | | 04/29/15 | Review correspondence of attorney Benson for Izon reporting on result of court hearing striking the trial date and setting a settlement hearing for 5/27/15 | 0.10 | 425.000 | 42.50 |
| | | 04/29/15 | Correspondence to attorney Benson for Izon confirming that he will prepare the settlement papers and requesting an estimated time period for accomplishing same | 0.10 | 425.000 | 42.50 |
| | | 05/02/15 | Receive from attorney Benson for Izon the settlement agreement and draft motion to approve same, reviewing same and proposing two changes | 0.30 | 425.000 | 127.50 |
| | | 05/02/15 | Correspondence to attorney Benson for Izon accepting settlement documents except for two requested changes | 0.20 | 425.000 | 85.00 |
| | | 05/06/15 | Teleconference with attorney Benson for Izon to co-ordinate service and filing of settlement motion | 0.10 | 425.000 | 42.50 |
| | | 05/06/15 | Teleconference with Trustee to direct to file the settlement Motion as Benson is serving same on creditors | 0.20 | 425.000 | 85.00 |
| | | 05/06/15 | Correspondence to attorney Benson confirming filing of settlement motion and | 0.10 | 425.000 | 42.50 |

Printed:  07/30/15 04:34 PM

## Time Sheet Report

Page: 7

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period: 02/20/14 - 07/30/15**

| Case No:   13-14126 | Case Name: NANOINK, INC. | | Petition Date: 04/04/13 |
|---|---|---|---|
| Case Type: Assets | Judge:      EUGENE R. WEDOFF | | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. IZON Sciences US Ltd 14A-494 | Dennis Quaid | | that he should now serve same on creditors | | | |
| | | 05/12/15 | Teleconference with Trustee's administrative assistant to complete filing process for motion to take judicial notice | 0.20 | 425.000 | 85.00 |
| | | | | 27.90 | | $11,857.50 |
| | Susan Barnes De Resendiz | 05/18/14 | Review Trustee's demand letter to Izon Science and NanoInk's accounts payable ledger for Izon | 0.20 | 385.000 | 77.00 |
| | | 05/27/14 | Memo to Trustee reporting on status of preference claim against Izon Science and calls and email to Izon | 0.20 | 385.000 | 77.00 |
| | | 05/27/14 | Call and email to Anne at Izon Science explaining the Trustee's preference claims against Izon and attaching the Trustee's demand letter of Jan. 9, 2014 | 0.20 | 385.000 | 77.00 |
| | | 05/30/14 | Review letter from C. White, financial controller of Izon Science, responding to Trustee's demand letter of Jan. 9 and my email of May 27 and enclosing Izon invoices | 0.10 | 385.000 | 38.50 |
| | | 05/30/14 | Review NanoInk's accounts payable ledger for Izon Science and email to C. White at Izon responding to Izon's claims of defenses to Trustee's preference claims | 0.20 | 385.000 | 77.00 |
| | | 05/31/14 | Email to C. White of Izon explaining why Izon's defenses to Trustee's preference claims are not supported by the facts | 0.20 | 385.000 | 77.00 |
| | | 06/04/14 | Review letter from C. White of Izon responding to my emails of May 27 and May 31 and setting forth Izon's affirmative defenses to Trustee's preference claims | 0.20 | 385.000 | 77.00 |
| | | 06/17/14 | Review letter from C. White, Izon's counsel, regarding purported defenses to preference claim and email to C. White responding to its purported defenses | 0.20 | 385.000 | 77.00 |
| | | 06/23/14 | Draft preference complaint against Izon Science | 1.10 | 385.000 | 423.50 |
| | | 06/24/14 | Revise draft complaint against Izon Sciences | 0.70 | 385.000 | 269.50 |
| | | 07/07/14 | Revise draft complaint against Izon Science | 0.30 | 385.000 | 115.50 |
| | | 07/08/14 | Revise Izon Science preference complaint per D. Quaid | 0.70 | 385.000 | 269.50 |
| | | 07/10/14 | Revise and finalize preference complaint against Izon Science | 0.70 | 385.000 | 269.50 |
| | | 08/21/14 | Emails to and from Trustee reporting on call from J. Benson, counsel to Izon, to discuss Izon's defenses and extension to answer Trustee's preference complaint | 0.20 | 385.000 | 77.00 |
| | | 08/21/14 | Call from and emails to and from John Benson, counsel to Izon Sciences, | 0.20 | 385.000 | 77.00 |

Case 13-14126    Doc 276-14    Filed 08/26/15    Entered 08/26/15 22:50:44    Desc
Exhibit    Page 8 of 9

Printed:  07/30/15 04:34 PM                                                                                                        Page: 8

# Time Sheet Report

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period: 02/20/14 - 07/30/15**

| Case No:  13-14126 | Case Name: NANOINK, INC. | Petition Date:  04/04/13 |
| Case Type: Assets | Judge:        EUGENE R. WEDOFF | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. IZON Sciences US Ltd 14A-494 | Susan Barnes De Resendiz | | regarding preference suit and answer due date | | | |
| | | 09/08/14 | Review Izon's answer and affirmative defenses to Trustee's preference complaint | 0.20 | 385.000 | 77.00 |
| | | 11/05/14 | Draft motion to strike Izon's affirmative defenses | 1.50 | 385.000 | 577.50 |
| | | 11/06/14 | Revise motion to strike Izon Science's affirmative defenses | 1.20 | 385.000 | 462.00 |
| | | 11/09/14 | Revise motion to strike Izon's affirmative defenses | 0.40 | 385.000 | 154.00 |
| | | 11/10/14 | Revise motion to strike Izon's affirmative defenses | 0.50 | 385.000 | 192.50 |
| | | 11/11/14 | Final revisions to motion to strike Izon's affirmative defenses | 0.80 | 385.000 | 308.00 |
| | | 11/11/14 | Prepare order to accompany Trustee's motion to strike Izon's affirmative defenses for filing | 0.20 | 385.000 | 77.00 |
| | | 11/13/14 | Further revisions to motion to strike Oxford Asylum's affirmative defenses per D. Quaid | 0.60 | 385.000 | 231.00 |
| | | 11/25/14 | Revise brief in support of motion to strike Izon's affirmative defenses | 1.40 | 385.000 | 539.00 |
| | | 11/28/14 | Draft requests for admissions from Izon | 1.10 | 385.000 | 423.50 |
| | | 12/03/14 | Call from Trustee to discuss and analyze Izon's affirmative defenses | 0.20 | 385.000 | 77.00 |
| | | 12/03/14 | Conference call with Trustee and Jeff Schwartz, counsel for Izon Science, to discuss settlement and affirmative defenses | 0.20 | 385.000 | 77.00 |
| | | 12/03/14 | Draft spreadsheet analysis of dates of Izon Science invoices and payments from NanoInk, plus number of days between invoice dates and payment dates and average days in response to Izon Science's ordinary course of business defense | 2.10 | 385.000 | 808.50 |
| | | 12/04/14 | Emails and call from and to Trustee regarding the spreadsheet analysis of payments and invoices regarding ordinary course of business defense for settlement discussions with Izon's counsel | 0.20 | 385.000 | 77.00 |
| | | 12/04/14 | Email to Izon counsel explaining NanoInk's data do not support ordinary course of business defense and attaching spreadsheet analysis of invoices and payments between Izon and NanoInk | 0.20 | 385.000 | 77.00 |
| | | 12/04/14 | Revise spreadsheet of analysis of invoices and payments between Izon and Debtor | 1.00 | 385.000 | 385.00 |
| | | 12/08/14 | Email J. Schwartz regarding status of settlement discussions | 0.10 | 385.000 | 38.50 |
| | | 01/05/15 | Review letter from J. Benson regarding discrepancies between NanoInk's records of invoices and payments with Izon's records | 0.10 | 385.000 | 38.50 |

Printed: 07/30/15 04:34 PM

# Time Sheet Report

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period:  02/20/14 - 07/30/15**

Page: 9

| Case No: 13-14126 | Case Name: NANOINK, INC. | | Petition Date: 04/04/13 | |
|---|---|---|---|---|
| Case Type: Assets | Judge: EUGENE R. WEDOFF | | 341a Meeting: 05/29/13   01:00PM | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| | | | | 17.40 | | $6,699.00 |
| | Subtotal for Category: EBNER VS. IZON SCIENCES US LTD 14A-494 | | | 48.20 | | $19,706.00 |
| Total for Case: 13-14126 | | | | 48.20 | | $19,706.00 |
| Total for Trustee: DEBORAH K. EBNER, Trustee | | | | 48.20 | | $19,706.00 |
| | | | Grand Total: | 48.20 | | $19,706.00 |

Printed: 07/30/15 04:36 PM

# Time Sheet Report

**Trustee: DEBORAH K. EBNER, Trustee (330480)**

**Period: 02/20/14 - 07/30/15**

| Case No:   13-14126 | Case Name: NANOINK, INC. | | Petition Date: 04/04/13 |
|---|---|---|---|
| Case Type: Assets | Judge:   EUGENE R. WEDOFF | | 341a Meeting: 05/29/14   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. McKittrick 14A-499 | Dennis Quaid | 06/24/14 | Review and revise the preference complaint against The Strategy Factory | 0.20 | 425.000 | 85.00 |
| | | 06/24/14 | Re: the complaint against The Strategy Factory, correspondence to Susan cautioning that service of the complaint must be made upon an officer, managing agent or registered agent. | 0.20 | 425.000 | 85.00 |
| | | 07/09/14 | Re: check for Susan the corporate status of The Strategy Factory and conclude that it is a DBA for Barbara McKittrick and that the complaint must be revised to sue the individual DBA the company name | 0.30 | 425.000 | 127.50 |
| | | 07/10/14 | Review the preference complaint prepared by Susan against The Strategy Factory as a Corporation | 0.10 | 425.000 | 42.50 |
| | | 07/10/14 | Re: investigate the corporate status of The Strategy Factory and confirm that it is a DBA | 0.20 | 425.000 | 85.00 |
| | | 07/10/14 | Correspondence to Susan directing her to revise the complaint against The Strategy Factory to sue Barbara  McKittrick individually and doing business as The Strategy Factory and not to sue it is a Corporation which it is not | 0.10 | 425.000 | 42.50 |
| | | | | 1.10 | | $467.50 |
| | Susan Barnes De Resendiz | 05/21/14 | Review email from L. West requesting NanoInk accounts payable ledger and other financial information regarding The Strategy Factory and review data and invoices from The Strategy Factory related to payments to and invoices from The Strategy Factory to NanoInk that were attached. | 0.30 | 385.000 | 115.50 |
| | | 05/27/14 | Memo to L. West requesting additional ordinary course information regarding the preferential payment to The Strategy Factory | 0.10 | 385.000 | 38.50 |
| | | 05/29/14 | Email to the president of The Strategy Factory forwarding the Trustee's January 2014 letter and requesting a response and settlement discussions | 0.10 | 385.000 | 38.50 |
| | | 06/09/14 | Review letter with evidentiary attachments from B. McKittrick, principal of The Strategy Factory, responding to the Trustee's request for return of preferential payments from NanoInk to The Strategy Factory | 0.20 | 385.000 | 77.00 |
| | | 06/17/14 | Review emails and analyze payments and invoices related to preferential payments to The Strategy Factory transfers and its defenses, and two emails to B. McKittrick, principal of The Strategy Factory regarding the number of days from invoice date to date of clearance of payment check | 0.40 | 385.000 | 154.00 |
| | | 06/23/14 | Draft preference complaint against The Strategy Factory | 1.20 | 385.000 | 462.00 |
| | | 06/23/14 | Review and analyze letter from Ms. McKittrick regarding defenses of subsequent new value and ordinary course of business and attachments and | 0.20 | 385.000 | 77.00 |

# EXHIBIT O

Printed: 07/30/15 04:36 PM

# Time Sheet Report

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period: 02/20/14 - 07/30/15**

| Case No: | 13-14126 | Case Name: NANOINK, INC. | | Petition Date: 04/04/13 |
|---|---|---|---|---|
| Case Type: Assets | | Judge:   EUGENE R. WEDOFF | | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. McKittrick 14A-499 | Susan Barnes De Resendiz | | charts purported to support these defenses | | | |
| | | 06/24/14 | Emails to and from Ms. McKittrick analyzing her defenses of subsequent new value and noting the information she would have to supply to prove the new value and when it was performed and by whom and when the debtor received this new value as well as an analysis of the chart of information regarding dates of performance and payment and what is needed to establish ordinary course of business defense | 0.30 | 385.000 | 115.50 |
| | | 06/24/14 | Revise preference complaint against The Strategy Factory | 0.60 | 385.000 | 231.00 |
| | | 06/25/14 | Emails from and to D. Quaid regarding corporate existence of The Strategy Factory and his response to Ms. McKittrick's emails regarding her defenses to recovery to preferential payments | 0.20 | 385.000 | 77.00 |
| | | 07/08/14 | Emails from and to B. Yong, counsel to The Strategy Factory, regarding preference claims by Trustee | 0.20 | 385.000 | 77.00 |
| | | 07/08/14 | Revise The Strategy Factory complaint per D. Quaid. | 0.50 | 385.000 | 192.50 |
| | | 07/10/14 | Email to B. Yong requesting information about the corporate status of The Strategy Factory and the nature of the services provided to NanoInk; emails from and to B. Yong making a new settlement offer and explaining the bases for The Strategy Factory's defenses to Trustee's preference claims | 0.20 | 385.000 | 77.00 |
| | | 07/10/14 | Revise preference complaint against The Strategy Factory | 0.50 | 385.000 | 192.50 |
| | | 07/11/14 | Review emails from B. Yong explaining The Strategy Factory's business structure, the nature of the services provided to NanoInk, and method and timing of invoices to NanoInk; email response to B. Yong's email | 0.20 | 385.000 | 77.00 |
| | | 07/14/14 | Review email from B. Yong sending The Strategy Factory's invoices to NanoInk for 2013 and 2012 | 0.10 | 385.000 | 38.50 |
| | | 07/18/14 | Email to B. Yong, counsel to The Strategy Factory, requesting any written contract between The Strategy Factory and NanoInk, information regarding any prepayments between the parties,  and records of dates, times, hours of services performed, and timing of invoices | 0.10 | 385.000 | 38.50 |
| | | 07/21/14 | Emails to and from Trustee a regarding The Strategy Factory's offer to settle preference claims and preparation of agreed order | 0.20 | 385.000 | 77.00 |
| | | 07/24/14 | Email from B. Yong, counsel to The Strategy Factory, regarding Trustee's filing of preference complaint during settlement negotiations and stay of complaint | 0.10 | 385.000 | 38.50 |
| | | 07/25/14 | Emails to and from Trustee regarding offer of settlement from The Strategy Factory and stay of preference suit | 0.20 | 385.000 | 77.00 |

Printed: 07/30/15 04:36 PM

# Time Sheet Report

Page: 3

**Trustee: DEBORAH K. EBNER, Trustee (330480)**

**Period: 02/20/14 - 07/30/15**

| Case No: 13-14126 | Case Name: NANOINK, INC. | | Petition Date: 04/04/13 | |
|---|---|---|---|---|
| Case Type: Assets | Judge: EUGENE R. WEDOFF | | 341a Meeting: 05/29/13 01:00PM | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. McKittrick 14A-499 | Susan Barnes De Resendiz | 07/25/14 | Emails to and from B. Yong responding to her email regarding to the filing of the complaint against The Strategy Factor and stay of same | 0.10 | 385.000 | 38.50 |
| | | 07/28/14 | Review email from Trustee approving revised settlement offer to The Strategy Factory | 0.10 | 385.000 | 38.50 |
| | | 07/28/14 | Call from B. Yong to discuss The Strategy Factory defenses to preference claims and settlement offer and email to Trustee re same | 0.20 | 385.000 | 77.00 |
| | | 07/28/14 | Email to B. Yong rejecting offer to settle preference suit against The Strategy Factory; email from B. Yong offering another settlement amount | 0.10 | 385.000 | 38.50 |
| | | 07/31/14 | Email to Trustee informing her of settlement with The Strategy Factory | 0.10 | 385.000 | 38.50 |
| | | 07/31/14 | Email from B. Yong regarding timing of payment of settlement amount, and email to B. Yong making a revised settlement offer, and email from B. Yong accepting Trustee's settlement offer | 0.20 | 385.000 | 77.00 |
| | | 08/01/14 | Emails to and from B. Yong regarding settlement term of claims by Trustee and further filing with the court to finalize settlement | 0.20 | 385.000 | 77.00 |
| | | 08/18/14 | Email from B. Yong regarding dismissal of preference complaint against The Strategy Factory as a result of settlement | 0.10 | 385.000 | 38.50 |
| | | 08/26/14 | Email from and to B. Yong, counsel to Strategy Factory, requesting review of stipulation and agree order settling preference suit and review same | 0.20 | 385.000 | 77.00 |
| | | 08/27/14 | Emails from and to B. Yong and L. Daleccio attaching signed The Strategy Factory settlement order for filing and transmit to Trustee for filing with court | 0.10 | 385.000 | 38.50 |
| | | | | 7.30 | | $2,810.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Subtotal for Category: EBNER VS. MCKITTRICK 14A-499 | | | | 8.40 | | $3,278.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total for Case: 13-14126 | | | | 8.40 | | $3,278.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total for Trustee: DEBORAH K. EBNER, Trustee | | | | 8.40 | | $3,278.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Grand Total: | | | | 8.40 | | $3,278.00 |

# Time Sheet Report

**Trustee: DEBORAH K. EBNER, Trustee  (330480)**

**Period: 02/20/14 - 07/30/15**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No:** 13-14126 | | **Case Name:** NANOINK, INC. | | | **Petition Date:** 04/04/13 | |
| **Case Type:** Assets | | **Judge:** EUGENE R. WEDOFF | | | **341a Meeting:** 05/29/13  01:00PM | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. Morrow Design, Inc. 14A-496 | Deborah K. Ebner, Attorney | 11/10/14 | preparation of outline of affirmative defenses responses & include in memo to Susan | 0.40 | 395.000 | 158.00 |
| | | 11/10/14 | Correspondence to Susan agreeing to delete from her draft of a motion to strike Morrow's affirmative defenses, par. 27 of her short motion | 0.10 | 395.000 | 39.50 |
| | | 11/10/14 | Correspondence to Susan to answer her question as to any possible interpretation of Morrow's conclusory affirmative defenses and advise that it is most likely a crude attempt to plead a New Value defense but without any supporting facts and contrary to the facts alleged in our complaint | 0.10 | 395.000 | 39.50 |
| | | 11/13/14 | Review email of Susan insisting on including par. 27 arguing the facts in her draft of the motion to strike as to Morrow | 0.10 | 395.000 | 39.50 |
| | | 11/13/14 | Correspondence to Susan to recommend removing par. 27 as there is little fear of a waiver of rights if we fail to argue factual disputes in a motion to strike (Morrow) | 0.10 | 395.000 | 39.50 |
| | | 12/03/14 | settlement discussion with Lee Pulliam re: walking him thru application of facts in his case to the law: rehash averaging methodology used in case law in Northern DIstrict of Illinois, etc. Follow- up to resolve confusion re: final numbers. | 0.50 | 395.000 | 197.50 |
| | | 12/22/14 | revisions to settlement agreement docs & stipulation & prepare draft settlement motion for Morrow with Notice & proposed Order | 1.80 | 395.000 | 711.00 |
| | | | | 3.10 | | $1,224.50 |
| | Dennis Quaid | 06/02/14 | Re: Preference against Morrow, review new facts presented by creditor and performing new preference analysis | 0.40 | 425.000 | 170.00 |
| | | 06/02/14 | Re: Morrow preference, memorandum to Susan  stating that the new value defense presented his week and should be rejected | 0.20 | 425.000 | 85.00 |
| | | 07/07/14 | Correspondence to Susan regarding final changes to the preference complaint to Morrow Design | 0.10 | 425.000 | 42.50 |
| | | 07/07/14 | Review current draft of preference complaint against Morrow Design and decide upon changes required | 0.10 | 425.000 | 42.50 |
| | | 07/07/14 | Correspondence to Susan detailing some and changes to be made in the preference complaint against Morrow Design and all other potential defendants | 0.20 | 425.000 | 85.00 |
| | | 07/08/14 | Responsive correspondence to Susan advising that her change to paragraph 9 is not appropriate and offer an alternative, but excepting her change to paragraph 10 of the preference complaint against Morrow Design and all future complaints | 0.10 | 425.000 | 42.50 |

# EXHIBIT P

# Time Sheet Report

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period:  02/20/14 - 07/30/15**

| | | | | | |
|---|---|---|---|---|---|
| Case No:   13-14126 | | Case Name: NANOINK, INC. | | Petition Date: 04/04/13 | |
| Case Type: Assets | | Judge:     EUGENE R. WEDOFF | | 341a Meeting: 05/29/13   01:00PM | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. Morrow Design, Inc. 14A-496 | Dennis Quaid | 09/02/14 | Correspondence to Susan de Resendiz  pointing out the weakness of the defenses filed in the answer of Morrow Design as to the conclusory nature of the ordinary course of business and new value defenses and the insufficient defense of incurring expenses in the operation of the defendant's business; recommending a motion to strike | 0.20 | 425.000 | 85.00 |
| | | 09/08/14 | Review the correspondence of the trustee asking whether she should or could acquiesce to the absence of counsel for Morrow Design at the October 15 status hearing | 0.10 | 425.000 | 42.50 |
| | | 09/08/14 | Memorandum to the Trustee recommending that we require counsel for Morrow Design to appear at the October 2015 status hearing considering the amateurish and  insufficient defenses pled | 0.10 | 425.000 | 42.50 |
| | | 01/28/15 | Review the settlement agreement and preference complaint to report to the court in support of approval of the settlement with Morrow Design | 0.20 | 425.000 | 85.00 |
| | | 01/28/15 | Court appearance to support the settlement with Morrow Design which is approved by the court | 0.10 | 425.000 | 42.50 |
| | | | | 1.80 | | $765.00 |
| | Susan Barnes De Resendiz | 05/19/14 | Memo to L. West re: accounts payable ledger for Morrow Design to analyze Morrow's defenses to return of preferential transfers | 0.10 | 385.000 | 38.50 |
| | | 05/21/14 | Emails from and to L. West regarding the accounts payable ledger pages for Morrow Design and payment dates and clearance dates. | 0.10 | 385.000 | 38.50 |
| | | 05/21/14 | Review and analyze payments and invoices between NanoInk and Morrow Design to ascertain the validity of Morrow's defenses to repayment of preferential transfers and create spreadsheet analysis of for Trustee | 1.20 | 385.000 | 462.00 |
| | | 05/22/14 | Review copies of invoices from Morrow Design to NanoInk | 0.20 | 385.000 | 77.00 |
| | | 05/26/14 | Email to L. Pulliam requesting financial documents supporting Morrow Design's affirmative defenses to Trustee preference claims | 0.10 | 385.000 | 38.50 |
| | | 05/26/14 | Revise spreadsheet with additional information to match all invoices and payments between Morrow Design and NanoInk in order to analyze Morrow's defenses to repayment of preferential transfers | 1.00 | 385.000 | 385.00 |
| | | 05/27/14 | Email to Trustee regarding preference claim against Morrow Design, payment during the preference period by applying a prepayment received prior to the preference period, and other Morrow defenses as shown on my spreadsheet listing all invoices and payments to Morrow Design | 0.10 | 385.000 | 38.50 |
| | | 05/27/14 | Email to L. Pulliam, counsel to Morrow Design, responding to his March 25 | 0.20 | 385.000 | 77.00 |

Case 13-14126   Doc 276-10   Filed 08/26/15   Entered 08/26/15 22:50:44   Desc Index
Page 3 of 5

# Time Sheet Report

**Trustee: DEBORAH K. EBNER, Trustee (330480)**

**Period: 02/20/14 - 07/30/15**

| Case No: | 13-14126 | Case Name: NANOINK, INC. | | Petition Date: 04/04/13 | |
|---|---|---|---|---|---|
| Case Type: | Assets | Judge: EUGENE R. WEDOFF | | 341a Meeting: 05/29/13   01:00PM | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. Morrow Design, Inc. 14A-496 | Susan Barnes De Resendiz | | letter to Trustee | | | |
| | | 05/28/14 | Emails to and from Lee Pulliam responding to his letter of March 25 and requesting payment of the settlement offer or evidence of delivery of subsequent new value and that payments were made in the ordinary course of business between your client and NanoInk. | 0.20 | 385.000 | 77.00 |
| | | 05/29/14 | Email to L. Pulliam, counsel to Morrow Design enclosing spreadsheet derived from NanoInk's financial records showing invoices, payments, and number of days between same and requesting that any additional or conflicting data be added and returned to me with copy to Trustee | 0.10 | 385.000 | 38.50 |
| | | 05/29/14 | Revise spreadsheet of payments and invoices with number of days between payments and invoices to determine ordinary course of business and other preference defenses | 0.30 | 385.000 | 115.50 |
| | | 06/02/14 | Emails to and from D. Quaid regarding his opinion on prepayment setoffs during the preference period as preferential transfers | 0.20 | 385.000 | 77.00 |
| | | 06/13/14 | Review and analyze letter from L. Pulliam, counsel to Morrow Design, with spreadsheets showing the invoices to NanoInk and invoices owed to third party vendors of Morrow Design related to work for NanoInk and setting forth Morrow's defenses to Trustee's preference claims | 0.20 | 385.000 | 77.00 |
| | | 06/14/14 | Revise spreadsheet of invoices from Morrow Design to NanoInk per Morrow's counsel | 0.30 | 385.000 | 115.50 |
| | | 06/17/14 | Email to L. Pulliam, counsel for Morrow, requesting additional financial information regarding Morrow Design's services to and payments from NanoInk | 0.10 | 385.000 | 38.50 |
| | | 06/18/14 | Call from L. Pulliam, counsel for Morrow Design, regarding Morrow invoices to NanoInk | 0.10 | 385.000 | 38.50 |
| | | 06/18/14 | Email from C. Carthan at Morrow Design sending additional documents purportedly supporting Morrow's defenses to return of preferential transfers | 0.10 | 385.000 | 38.50 |
| | | 06/19/14 | Review additional payment and invoice information from Morrow purporting to support its alleged defenses | 0.20 | 385.000 | 77.00 |
| | | 06/23/14 | Review Morrow Design file and preferential payments thereto to prepare for call from L. Pulliam, Morrow's counsel | 0.20 | 385.000 | 77.00 |
| | | 06/23/14 | Call from L. Pulliam, Morrow's counsel, to discuss preference claims and defenses | 0.60 | 385.000 | 231.00 |
| | | 06/23/14 | Draft preference complaint against Morrow Design | 1.20 | 385.000 | 462.00 |
| | | 06/24/14 | Revise preference complaint against Morrow Design and email to L. Daleccio | 0.80 | 385.000 | 308.00 |

Printed: 07/30/15 04:37 PM

# Time Sheet Report

Page: 4

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period: 02/20/14 - 07/30/15**

| Case No: 13-14126 | Case Name: NANOINK, INC. | Petition Date: 04/04/13 |
| Case Type: Assets | Judge: EUGENE R. WEDOFF | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. Morrow Design, Inc. 14A-496 | Susan Barnes De Resendiz | | with instructions for filing and service of process | | | |
| | | 07/07/14 | Emails to and from D. Quaid confirming that Count II of the draft complaint should be deleted and confirming other changes to complaint | 0.20 | 385.000 | 77.00 |
| | | 07/07/14 | Revise Morrow preference complaint per D. Quaid | 0.70 | 385.000 | 269.50 |
| | | 07/08/14 | Revise preference complaint against Morrow Design per D. Quaid | 0.70 | 385.000 | 269.50 |
| | | 07/10/14 | Final revisions to complaint against Morrow Design | 0.70 | 385.000 | 269.50 |
| | | 09/02/14 | Emails from and to D. Quaid regarding Morrow's answer to the Trustee's complaint for return of preferential payments | 0.20 | 385.000 | 77.00 |
| | | 09/08/14 | Return call and email to L. Pulliam regarding hearing on Morrow Design's preference suit | 0.10 | 385.000 | 38.50 |
| | | 10/14/14 | Draft motion to strike Morrow Design's affirmative defenses | 2.10 | 385.000 | 808.50 |
| | | 11/10/14 | Emails to and from D. Quaid regarding Morrow's pleading of new facts in its Answer and denial of such facts in motion to strike Morrow Design's affirmative defenses | 0.20 | 385.000 | 77.00 |
| | | 11/10/14 | Memo to L. West re: actual cleared payments to Morrow Design during the preference period | 0.10 | 385.000 | 38.50 |
| | | 11/10/14 | Draft brief in support of motion to strike Morrow Design's affirmative defenses | 2.40 | 385.000 | 924.00 |
| | | 11/10/14 | Revise motion to strike Morrow Design's affirmative defenses | 2.20 | 385.000 | 847.00 |
| | | 11/11/14 | Prepare order to accompany motion to strike Morrow Design's affirmative defenses for Trustee | 0.10 | 385.000 | 38.50 |
| | | 11/13/14 | Emails from and to D. Quaid regarding changes to motion to strike Morrow Design's affirmative defenses | 0.20 | 385.000 | 77.00 |
| | | 11/19/14 | Revise brief in support of motion to strike Morrow Design's affirmative defenses | 0.40 | 385.000 | 154.00 |
| | | 11/20/14 | Revise spreadsheet of Morrow invoices and NanoInk payments to average number of days before and during the preference period | 0.20 | 385.000 | 77.00 |
| | | 11/21/14 | Final revisions to spreadsheet of Morrow invoices and NanoInk payments to assist Trustee in negotiating settlement with Morrow Design | 0.20 | 385.000 | 77.00 |
| | | 11/21/14 | Revise brief in support of motion to strike Morrow's affirmative defenses | 0.20 | 385.000 | 77.00 |
| | | 12/02/14 | Emails from and to Trustee regarding settlement with Morrow Design and Morrow's rejection of settlement offers | 0.20 | 385.000 | 77.00 |
| | | 12/02/14 | Email to and call from Lee Pulliam, counsel for Morrow Design, to discuss settlement | 0.30 | 385.000 | 115.50 |
| | | 12/02/14 | Emails to and from L. Pulliam regarding proof of new value under Sec. | 0.20 | 385.000 | 77.00 |

Case 13-14126    Doc 276-10    Filed 08/26/15    Entered 08/26/15 22:50:44    Desc Index
Page 5 of 5

Printed: 07/30/15 04:37 PM

# Time Sheet Report

Page: 5

**Trustee: DEBORAH K. EBNER, Trustee (330480)**

**Period: 02/20/14 - 07/30/15**

| Case No: | 13-14126 | | Case Name: NANOINK, INC. | | Petition Date: 04/04/13 | | |
|---|---|---|---|---|---|---|---|
| Case Type: Assets | | | Judge:    EUGENE R. WEDOFF | | 341a Meeting: 05/29/13   01:00PM | | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. Morrow Design, Inc. 14A-496 | Susan Barnes De Resendiz | | 547(c)(2). | | | |
| | | 12/03/14 | Conference call with Lee Pulliam and the Trustee regarding settlement with Morrow Design | 0.50 | 385.000 | 192.50 |
| | | 12/03/14 | Emails to and from Trustee regarding settlement offer and counteroffer and terms of settlement with Morrow Design | 0.20 | 385.000 | 77.00 |
| | | 12/03/14 | Emails from and to L. Pulliam, counsel for Morrow Design, discussing and analyzing Morrow's ordinary course, contemporaneous exchange, and new value defenses and negotiating settlement of adversary proceeding | 0.60 | 385.000 | 231.00 |
| | | 12/05/14 | Draft stipulation of voluntary dismissal of complaint against Morrow Design | 0.20 | 385.000 | 77.00 |
| | | 12/05/14 | Email draft Morrow Design settlement documents to L. Pulliam for review and signature | 0.10 | 385.000 | 38.50 |
| | | 12/05/14 | Prepare Morrow Design settlement agreement | 1.00 | 385.000 | 385.00 |
| | | 12/17/14 | Emails to and from L. Pulliam, counsel to Morrow Design, regarding settlement documents | 0.20 | 385.000 | 77.00 |
| | | 02/10/15 | Email to L. Pulliam in response to his request notifying him of dismissal and closure of preference suit. | 0.10 | 385.000 | 38.50 |
| | | | | 22.10 | | $8,508.50 |

| | Hours | Total |
|---|---|---|
| **Subtotal for Category: EBNER VS. MORROW DESIGN, INC. 14A-496** | 27.00 | $10,498.00 |
| **Total for Case: 13-14126** | 27.00 | $10,498.00 |
| **Total for Trustee:  DEBORAH K. EBNER, Trustee** | 27.00 | $10,498.00 |
| **Grand Total:** | 27.00 | $10,498.00 |

Printed:  07/30/15 04:38 PM

## Time Sheet Report

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period: 02/20/14 - 07/30/15**

| Case No: | 13-14126 | Case Name: | NANOINK, INC. | Petition Date: | 04/04/13 |
|---|---|---|---|---|---|
| Case Type: | Assets | Judge: | EUGENE R. WEDOFF | 341a Meeting: | 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. Nanomotion 14A-495 | Deborah K. Ebner, Attorney | 11/04/14 | edits to Motion to strike Nanonmotion | 0.30 | 395.000 | 118.50 |
| | | 11/17/14 | review adversary & backup (.3) & thereafter call back for settlement discussion with Karen Goodman (local counsel) re: NanoMotion (.3) | 0.60 | 395.000 | 237.00 |
| | | 11/19/14 | settlement discussion with general attorney for NanoMotion | 0.40 | 395.000 | 158.00 |
| | | 11/20/14 | review documents forwarded in preparation for additional settlement discussion | 0.60 | 395.000 | 237.00 |
| | | 11/25/14 | review an analysis of NanoMotion facts in dispute and continue engagement in settlement discussions with their atty; agreement reached; They will prepare settlement docs. | 0.60 | 395.000 | 237.00 |
| | | | | 2.50 | | $987.50 |
| | Dennis Quaid | 03/27/14 | Conference with Susan de Resendiz to decide upon timing and tactics for prosecution of preference demand against Nanomotion | 0.30 | 425.000 | 127.50 |
| | | 05/20/14 | Analyze the question of Susan regarding the defenses asserted by Nanomotion of New Value and Ordinary Course of Business | 0.20 | 425.000 | 85.00 |
| | | 05/20/14 | Analyze the documents provided regarding the Nanomotion defenses and Susan's comments regarding same in order to be able to respond and give a direction for proceeding | 0.30 | 425.000 | 127.50 |
| | | 05/20/14 | Conduct a preference analysis on the New Value and Ordinary Course of Business defenses asserted by Nanomotion | 0.40 | 425.000 | 170.00 |
| | | 05/21/14 | Review the proof of delivery for the Nanomotion shipment which is alleged to constitute new value and agree with Susan that the one delivery does constitute new value and that the trustee will concede the validity of said defense but will reject the ordinary course of business defense based on the facts, Thereby recommending a counter offer of $60,000 as against the creditor's offer of $15,000 | 0.20 | 425.000 | 85.00 |
| | | 06/02/14 | Regarding preference against Nanomotion, review new documents and facts submitted by creditor to determine whether same changes the preference analysis and conclude that there is no change | 0.20 | 425.000 | 85.00 |
| | | 06/02/14 | Memorandum to Susan opining that the new facts submitted by Nanomotion does not constitute an ordinary course of business defense due to the wide range of payment dates between the preference period and the preceding period of time | 0.20 | 425.000 | 85.00 |
| | | 07/10/14 | Approve the preference complaint prepared by Susan against Nanomotion | 0.10 | 425.000 | 42.50 |
| | | 08/22/14 | Review Susan de Resendiz's Correspondence regarding the affirmative | 0.10 | 425.000 | 42.50 |

# EXHIBIT Q

Case 13-14126    Doc 270-17    Filed 08/26/15    Entered 08/26/15 22:50:44    Desc
Exhibit    Page 2 of 7

Printed: 07/30/15 04:38 PM

Page: 2

# Time Sheet Report

**Trustee: DEBORAH K. EBNER, Trustee (330480)**

**Period: 02/20/14 - 07/30/15**

| Case No: | 13-14126 | Case Name: | NANOINK, INC. | | Petition Date: | 04/04/13 | |
|---|---|---|---|---|---|---|---|
| Case Type: | Assets | Judge: | EUGENE R. WEDOFF | | 341a Meeting: | 05/29/13 | 01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. Nanomotion 14A-495 | Dennis Quaid | | defenses being asserted by Nanomotion and the need to rebut same | | | |
| | | 08/27/14 | Review the answer and affirmative defenses filed by Nanomotion to the preference complaint, viewing same is largely evasive as to the real issues and that the affirmative defenses are merely conclusory and therefore of little value | 0.30 | 425.000 | 127.50 |
| | | 09/05/14 | Review the extensive memorandum prepared by Susan de Resendiz recommending a motion to strike the affirmative defenses of Nanomotion, one of the preference defendants, | 0.20 | 425.000 | 85.00 |
| | | 09/09/14 | Review the extensive motion to strike prepared by Susan de Resendiz for the affirmative defenses of Nanomotion | 0.40 | 425.000 | 170.00 |
| | | 09/10/14 | Review and revise the draft motion to strike the affirmative defenses of Nanomotion in order to condense and focus the motion | 0.80 | 425.000 | 340.00 |
| | | 10/16/14 | Revise Susan's draft of brief to strike affirmative defenses of Nanomotion to strengthen our arguments relating to need for such defenses to plead sufficient facts to show a plausible claim for relief like any other federal pleading | 1.10 | 425.000 | 467.50 |
| | | 11/10/14 | Email to Susan directing further re-writes of motion to strike the affirmative defenses of Nanomotion to cure the continued defects and shorten the length of same | 0.60 | 425.000 | 255.00 |
| | | 11/10/14 | Review the brief in support of the brief in support of the motion to strike the affirmative defenses of Nanomotion and recommend deletion of par. 39 arguing about whether the debt between Debtor and defendant was incurred in the ordinary course of business as being gratuitous | 0.20 | 425.000 | 85.00 |
| | | 11/10/14 | Email to Susan recommending further but more minor changes to the motion to strike the affirmative defenses of Nanomotion | 0.20 | 425.000 | 85.00 |
| | | 01/28/15 | Review settlement agreement and preference complaint against Nanomotion together salient facts in order to report to the court in support of the settlement | 0.20 | 425.000 | 85.00 |
| | | 01/28/15 | Court appearance before judge Cassling to argue in support approval of the settlement with Nano motion, which the court approves | 0.20 | 425.000 | 85.00 |
| | | | | 6.20 | | $2,635.00 |
| | Susan Barnes De Resendiz | 03/18/14 | Several emails from and to Trustee regarding letter from Nanomotion denying preference payments. | 0.20 | 385.000 | 77.00 |
| | | 03/19/14 | Review letter from Nanomotion's counsel regarding defenses to return of preferential payments | 0.10 | 385.000 | 38.50 |
| | | 04/18/14 | Review and analyze financial information supporting preference claims against | 0.20 | 385.000 | 77.00 |

Printed: 07/30/15 04:38 PM

# Time Sheet Report

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period: 02/20/14 - 07/30/15**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No:**  13-14126 | | | **Case Name:** NANOINK, INC. | | **Petition Date:** 04/04/13 | |
| **Case Type:** Assets | | | **Judge:**   EUGENE R. WEDOFF | | **341a Meeting:** 05/29/13   01:00PM | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. Nanomotion 14A-495 | Susan Barnes De Resendiz | | Nanomotion | | | |
| | | 04/23/14 | Emails to and from Trustee discussing the financial data supporting preference claims against Nanomotion and the need for additional information from Nanomotion's lawyer | 0.20 | 385.000 | 77.00 |
| | | 04/28/14 | Emails to and from B. Pothast regarding ordinary course of business between NanoInk and Nanomotion | 0.20 | 385.000 | 77.00 |
| | | 04/30/14 | Call from B. Pothast, former NanoInk executive, to discuss NanoInk's business with Nanomotion and preferential payments to Nanomotion | 0.20 | 385.000 | 77.00 |
| | | 05/02/14 | Emails from and to Trustee accompanied by email from P. Lewis regarding response to Nanomotion demand of return of preferences and its alleged defenses thereto | 0.20 | 385.000 | 77.00 |
| | | 05/06/14 | Review dates of checks and payments to Nanomotion as reflected on NanoInk's books | 0.20 | 385.000 | 77.00 |
| | | 05/12/14 | Email to Trustee analyzing preference claims against Nanomotion and its defenses | 0.20 | 385.000 | 77.00 |
| | | 05/12/14 | Review and match invoices and ledger entries to determine Nanomotion's defenses of ordinary course of business and subsequent new value | 1.20 | 385.000 | 462.00 |
| | | 05/13/14 | Create format for spreadsheet for Nanomotion invoices and payments from NanoInk to analyze ordinary course of business defense | 0.50 | 385.000 | 192.50 |
| | | 05/14/14 | Prepare spreadsheet with all of the invoices from Nanomotion with dates and clearance dates for payments from NanoInk to determine the validity of Nanomotion's purported defense of ordinary course of business | 2.20 | 385.000 | 847.00 |
| | | 05/15/14 | Revise Nanomotion's spreadsheet matching dates of all invoices from, and payments to, Nanomotion per comments from Trustee and L. West | 0.50 | 385.000 | 192.50 |
| | | 05/15/14 | Email to L. West requesting her review and comments to the spreadsheet prepared to show payments and invoices between NanoInk and Nanomotion | 0.10 | 385.000 | 38.50 |
| | | 05/16/14 | Memos to and from L. West and Trustee requesting review of draft spreadsheet of Nanomotion invoices and payments and confirmation of clearance dates of checks sent from NanoInk to Nanomotion during the preference period and dates thereof | 0.20 | 385.000 | 77.00 |
| | | 05/16/14 | Revise Nanomotion invoice and payment spreadsheet per comments from L. West | 0.20 | 385.000 | 77.00 |
| | | 05/17/14 | Memo to L. West re: her review and comments to the spreadsheet prepared to show payments and invoices between NanoInk and Nanomotion | 0.10 | 385.000 | 38.50 |

Case 13-14126   Doc 270-17   Filed 08/26/15   Entered 08/26/15 22:50:44   Desc
Exhibit   Page 4 of 7

Printed: 07/30/15 04:38 PM

Page: 4

# Time Sheet Report

**Trustee: DEBORAH K. EBNER, Trustee  (330480)**

**Period: 02/20/14 - 07/30/15**

| Case No:  13-14126 | Case Name: NANOINK, INC. | Petition Date: 04/04/13 |
| Case Type: Assets | Judge:     EUGENE R. WEDOFF | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. Nanomotion 14A-495 | Susan Barnes De Resendiz | 05/17/14 | Memos to Trustee attaching memo and detailed analysis of preference payments to Nanomotion and potential defenses and a spreadsheet showing all payments and invoices between NanoInk and Nanomotion with dates | 0.20 | 385.000 | 77.00 |
| | | 05/17/14 | Additions and corrections to spreadsheet analysis of invoices from and payments to Nanomotion | 0.20 | 385.000 | 77.00 |
| | | 05/17/14 | Draft memo to Trustee analyzing facts and law regarding preference claims against Nanomotion | 0.80 | 385.000 | 308.00 |
| | | 05/20/14 | Emails from D. Quaid and Trustee commenting on memo analyzing Nanomotion preferences and its offer to settle with the Trustee and settlement parameters and preference defenses analysis for NanoInk's preferential transfers to Nanomotion | 0.30 | 385.000 | 115.50 |
| | | 05/21/14 | Emails to and from D. Quaid regarding counteroffer to Nanomotion to settle preference claims | 0.20 | 385.000 | 77.00 |
| | | 05/24/14 | Email to P. Lewis rejecting Nanomotion's offer to settle preference claims, analyzing Nanomotion's defenses, and counteroffering an amount to settle claims before litigation is commenced | 0.30 | 385.000 | 115.50 |
| | | 05/27/14 | Emails to and from Trustee regarding settlement discussions with P. Lewis, counsel to Nanomotion | 0.20 | 385.000 | 77.00 |
| | | 05/27/14 | Call from Nanomotion's counsel, P. Lewis, to discuss preference claims and defenses | 0.30 | 385.000 | 115.50 |
| | | 05/29/14 | Emails to and from Trustee regarding status of settlement offer to Nanomotion and attaching memo analyzing Nanomotion's preference defenses | 0.20 | 385.000 | 77.00 |
| | | 05/29/14 | Email from Nanomotion's counsel, P. Lewis, rejecting the Trustee's May 24 offer to settle the preference claims | 0.10 | 385.000 | 38.50 |
| | | 06/01/14 | Revise Nanomotion spreadsheet to show average days between invoices and payments before and during the preference period | 0.40 | 385.000 | 154.00 |
| | | 06/12/14 | Email to P. Lewis stating that the Trustee rejected Nanomotion's offer of settlement dated May 9, 2014. | 0.10 | 385.000 | 38.50 |
| | | 06/23/14 | Draft preference complaint against Nanomotion | 1.40 | 385.000 | 539.00 |
| | | 06/24/14 | Email from M. Caccamo, counsel for Nanomotion, regarding history of settlement offers and counteroffers from Trustee to Nanomotion | 0.10 | 385.000 | 38.50 |
| | | 06/24/14 | Email to L. West requesting additional information for attached preference complaint against Nanomotion | 0.10 | 385.000 | 38.50 |
| | | 06/24/14 | Revise preference complaint against Nanomotion and send to Trustee for filing | 0.80 | 385.000 | 308.00 |
| | | 07/07/14 | Revise preference complaint against Nanomotion per D. Quaid | 0.80 | 385.000 | 308.00 |

Case 13-14126   Doc 276-17   Filed 08/26/15   Entered 08/26/15 22:50:44   Desc
Exhibit   Page 5 of 7

Printed:  07/30/15 04:38 PM

# Time Sheet Report

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period:  02/20/14 - 07/30/15**

Page: 5

| Case No:   13-14126 | Case Name: NANOINK, INC. | | Petition Date: 04/04/13 |
|---|---|---|---|
| Case Type: Assets | Judge:   EUGENE R. WEDOFF | | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. Nanomotion 14A-495 | Susan Barnes De Resendiz | 07/08/14 | Revise preference complaint against Nanomotion per D. Quaid | 0.50 | 385.000 | 192.50 |
| | | 07/10/14 | Revise preference complaint against Nanomotion | 0.50 | 385.000 | 192.50 |
| | | 08/21/14 | Emails from and to Trustee regarding Nanomotion's answer and jury demand and send my spreadsheet and analysis of Nanomotion's defenses to Trustee | 0.20 | 385.000 | 77.00 |
| | | 08/22/14 | Emails from and to Trustee regarding Nanomotion's answer to complaint and preparation of motion to strike Nanomotion's affirmative defenses and jury demand | 0.20 | 385.000 | 77.00 |
| | | 08/29/14 | Email to J. McIlwee, counsel to Nanomotion, noting his answer to the Trustee's preference complaint and asking for a response to the Trustee's last settlement offer | 0.10 | 385.000 | 38.50 |
| | | 09/03/14 | Review cases regarding motion to strike affirmative defenses. | 1.20 | 385.000 | 462.00 |
| | | 09/03/14 | Draft motion to strike Nanomotion's affirmative defenses and jury demands | 3.60 | 385.000 | 1,386.00 |
| | | 09/04/14 | Revise motion to strike affirmative defenses and jury demand of Nanomotion | 2.70 | 385.000 | 1,039.50 |
| | | 09/05/14 | Revise draft motion to strike Nanomotion's affirmative defenses and jury demand | 0.70 | 385.000 | 269.50 |
| | | 09/08/14 | Revise draft of motion to strike Nanomotion's affirmative defenses and jury demand | 2.80 | 385.000 | 1,078.00 |
| | | 09/10/14 | Review D. Quaid's comments and changes to revised motion to strike Nanomotion's affirmative defenses | 0.20 | 385.000 | 77.00 |
| | | 09/24/14 | Call and email from M. Caccamo, counsel to Nanomotion, regarding status of settlement negotiations | 0.20 | 385.000 | 77.00 |
| | | 09/29/14 | Email to M. Caccamo, Nanomotion's counsel, regarding status of settlement negotiations | 0.10 | 385.000 | 38.50 |
| | | 09/30/14 | Email from M. Caccamo regarding settlement negotiations | 0.10 | 385.000 | 38.50 |
| | | 10/02/14 | Call to M. Caccamo, counsel to Nanomotion, to discuss issues in Nanomotion defenses to NanoInk's preference suit and settlement terms. | 0.90 | 385.000 | 346.50 |
| | | 10/03/14 | Revise draft motion to strike Nanomotion's affirmative defenses and jury demand | 2.40 | 385.000 | 924.00 |
| | | 10/04/14 | Revise motion to strike Nanomotion's defenses and jury demand and send to D. Quaid for his comments and suggestions | 1.20 | 385.000 | 462.00 |
| | | 10/06/14 | Emails from and to D. Quaid with his comments and changes to motion to strike Nanomotion's affirmative defenses | 0.20 | 385.000 | 77.00 |
| | | 10/06/14 | Review D. Quaid's suggested changes to the motion to strike Nanomotion's | 1.20 | 385.000 | 462.00 |

Printed:  07/30/15 04:38 PM

# Time Sheet Report

Trustee:  **DEBORAH K. EBNER, Trustee  (330480)**

Period:  **02/20/14 - 07/30/15**

| Case No: | 13-14126 | Case Name: NANOINK, INC. | Petition Date: 04/04/13 |
| Case Type: Assets | | Judge:     EUGENE R. WEDOFF | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. Nanomotion 14A-495 | Susan Barnes De Resendiz | | affirmative defenses and revise motion to strike Nanomotion's affirmative defenses and jury demand | | | |
| | | 10/07/14 | Email from M. Caccamo, counsel to Nanomotion, regarding case law discussing the requirements for defenses to preference claims | 0.10 | 385.000 | 38.50 |
| | | 10/10/14 | Review cases cited by counsel for Nanomotion in support of its answer to the Trustee's preference claims | 0.70 | 385.000 | 269.50 |
| | | 10/10/14 | Review email from D. Quaid regarding his extensive revisions to the motion to strike Nanomotion's affirmative defenses and jury demand | 0.40 | 385.000 | 154.00 |
| | | 10/10/14 | Revise motion to strike Nanomotion's affirmative defenses per comments from D. Quaid | 1.30 | 385.000 | 500.50 |
| | | 10/12/14 | Revise motion to strike Nanomotion's affirmative defenses and jury demand | 1.00 | 385.000 | 385.00 |
| | | 10/13/14 | Review Quaid revisions to motion to strike Nanomotion's affirmative defenses and jury demand | 0.20 | 385.000 | 77.00 |
| | | 10/14/14 | Email from D. Quaid with revisions and suggestions for motion to strike Nanomotion's affirmative defenses and review proposed changes | 0.50 | 385.000 | 192.50 |
| | | 10/14/14 | Draft brief in support of motion to strike Nanomotion's affirmative defenses and jury trial | 2.80 | 385.000 | 1,078.00 |
| | | 10/14/14 | Further revisions to brief in support of motion to strike Nanomotion's affirmative defenses per D. Quaid. | 0.90 | 385.000 | 346.50 |
| | | 10/15/14 | Revise motion to strike Nanomotion's affirmative defenses and jury demand | 0.80 | 385.000 | 308.00 |
| | | 10/16/14 | Additional revisions to motion to strike Nanomotion's affirmative defenses and jury demand | 0.20 | 385.000 | 77.00 |
| | | 10/21/14 | Revise draft brief in support of motion to strike Nanomotion's affirmative defenses | 2.00 | 385.000 | 770.00 |
| | | 10/24/14 | Revise motion to strike Nanomotion's affirmative defenses | 1.30 | 385.000 | 500.50 |
| | | 10/26/14 | Revise motion to strike Nanomotion's affirmative defenses | 0.30 | 385.000 | 115.50 |
| | | 10/27/14 | Emails from and to D. Quaid regarding motion to strike Nanomotion's affirmative defenses | 0.20 | 385.000 | 77.00 |
| | | 10/27/14 | Further revisions to motion to strike Nanomotion's defenses per D. Quaid | 1.00 | 385.000 | 385.00 |
| | | 10/29/14 | Call and email to D. Quaid requesting final comments on motion to strike Nanomotion's affirmative defenses | 0.10 | 385.000 | 38.50 |
| | | 10/29/14 | Final revisions to motion to strike Nanomotion's affirmative defenses and email to Trustee and D. Quaid for final review and filing | 0.50 | 385.000 | 192.50 |
| | | 10/30/14 | Emails to and from Trustee regarding the filing of the motion to strike | 0.20 | 385.000 | 77.00 |

Case 13-14126   Doc 276-17   Filed 08/26/15   Entered 08/26/15 22:50:44   Desc
Exhibit   Page 7 of 7

Printed:  07/30/15 04:38 PM                                                                                   Page: 7

# Time Sheet Report

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period: 02/20/14 - 07/30/15**

| Case No:   13-14126 | | Case Name: NANOINK, INC. | | Petition Date: 04/04/13 | |
|---|---|---|---|---|---|
| Case Type: Assets | | Judge:      EUGENE R. WEDOFF | | 341a Meeting: 05/29/13   01:00PM | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. Nanomotion 14A-495 | Susan Barnes De Resendiz | | Nanomotion's affirmative defenses | | | |
| | | 10/30/14 | Final revisions to motion to strike Nanomotion's affirmative defenses and prepare for filing | 1.20 | 385.000 | 462.00 |
| | | 11/01/14 | Emails from and to D. Quaid with comments regarding motion to strike Nanomotion's affirmative defenses | 0.20 | 385.000 | 77.00 |
| | | 11/03/14 | Review comments from D. Quaid and revise motion to strike Nanomotion's affirmative defenses | 1.10 | 385.000 | 423.50 |
| | | 11/04/14 | Final review of motion to strike Nanomotion's affirmative defenses and jury demand for additions and corrections | 1.10 | 385.000 | 423.50 |
| | | 11/04/14 | Revise brief in support of motion to strike Nanomotion's affirmative defenses to include case quotes, citations, and other legal support | 2.80 | 385.000 | 1,078.00 |
| | | 11/05/14 | Review MarchFirst case and revise brief in support of motion to strike Nanomotion's affirmative defenses | 0.20 | 385.000 | 77.00 |
| | | 11/07/14 | Revise motion to strike Nanomotion's affirmative defenses and brief in support per D. Quaid's instructions | 0.50 | 385.000 | 192.50 |
| | | 11/11/14 | Email final version of motion to strike Nanomotion's affirmative defenses to Trustee for filing | 0.10 | 385.000 | 38.50 |
| | | 11/11/14 | Further revisions to motion to strike Nanomotion's affirmative defenses | 1.70 | 385.000 | 654.50 |
| | | 11/17/14 | Email from M. Caccamo, counsel for Nanomotion, regarding his expectation of lower settlement offer from the Trustee | 0.10 | 385.000 | 38.50 |
| | | 11/18/14 | Emails to and from D. Quaid regarding revisions to Nanomotion brief, including response to jury trial request | 0.20 | 385.000 | 77.00 |
| | | 11/18/14 | Review and analyze Nanomotion's response to Trustee's motion to strike Nanomotion's affirmative defenses | 0.30 | 385.000 | 115.50 |
| | | 11/25/14 | Review Trustee's emails from and to M. Caccamo, counsel to Nanomotion, regarding settlement; emails to Trustee regarding earlier negotiations wherein no reasonable settlement amount was offered by Nanomotion's counsel | 0.20 | 385.000 | 77.00 |
| | | | | 56.40 | | $21,714.00 |

| **Subtotal for Category: EBNER VS. NANOMOTION 14A-495** | **65.10** | **$25,336.50** |
|---|---|---|

| **Total for Case:  13-14126** | **65.10** | **$25,336.50** |
|---|---|---|

| **Total for Trustee:  DEBORAH K. EBNER, Trustee** | **65.10** | **$25,336.50** |
|---|---|---|

Printed:  07/30/15 04:40 PM

## Time Sheet Report

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period:  02/20/14 - 07/30/15**

Page: 1

| Case No:  13-14126 | Case Name: NANOINK, INC. | | Petition Date: 04/04/13 |
|---|---|---|---|
| Case Type: Assets | Judge:   EUGENE R. WEDOFF | | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. NanoSurf. Inc. 14A-497 | Deborah K. Ebner, Attorney | 11/10/14 | Correspondence to Susan directing to delete from her draft motion to strike as to Nanosurf her attack on whether the debt paid had been incurred in the ordinary course of business | 0.10 | 395.000 | 39.50 |
| | | 12/04/14 | review and analysi of tax returns, schedules and other docs tendered from defendant's corporate counsel: pull complaint again to review; draft partial outline | 1.10 | 395.000 | 434.50 |
| | | 12/05/14 | Review and comment on Susan's revised draft for NanoSurf. (.2) | 0.20 | 395.000 | 79.00 |
| | | 12/08/14 | analysis of NanoSurf returns, balance sheet, liquidation analysis, and preference chart, and develop and send a counter offer based upon the assumption that they wish to stay in business.  Request response by noon Friday. | 1.60 | 395.000 | 632.00 |
| | | 12/10/14 | continued discussion with atty for NanoSurf re: bus. structure, insolvency and then circle back to merits of case | 0.60 | 395.000 | 237.00 |
| | | 12/15/14 | discussion with Ray Lemish and conclude claim settlement negotiations | 0.30 | 395.000 | 118.50 |
| | | 12/18/14 | continued edits of NanoSurf settlement motion | 0.30 | 395.000 | 118.50 |
| | | 12/22/14 | edit NanoSurf and prepare Order | 0.30 | 395.000 | 118.50 |
| | | 01/28/15 | brief discussion with Karen Goodman re: matter up this morning in Dennis's absence | 0.20 | 400.000 | 80.00 |
| | | | | 4.70 | | $1,857.50 |
| | Dennis Quaid | 03/27/14 | Conference with Susan de Resendiz to define timing and tactics for prosecution of preference demand against  Nano Surf | 0.30 | 425.000 | 127.50 |
| | | 03/27/14 | Memorandum to Susan de Resendiz specifying new procedures to employ in prosecuting the preference demands against various creditors | 0.40 | 425.000 | 170.00 |
| | | 07/10/14 | Approve the preference complaint prepared by Susan against NanoSurf with only two changes required | 0.10 | 425.000 | 42.50 |
| | | 08/27/14 | Review the answer filed by Karen Goodman for NanoSurf as well was the affirmative defenses, to the preference complaint | 0.20 | 425.000 | 85.00 |
| | | 11/07/14 | Review new draft from Susan of Motion to strike the affirmative defenses of Nanosurf, noting inclusion of denials of factual allgations that must be removed, need to strengthen the attack on the affirmative defense of a lack of evidence supporting defense of new value and ordinary course of business and others | 0.20 | 425.000 | 85.00 |
| | | 11/07/14 | Email to Susan recommending changes to the motion to strike the affirmative defenses of Nanosurf as to (1) delete argument based on denying factual allegations of Nanosurf, (2) need to revise brief in support of said motion, (3) | 0.40 | 425.000 | 170.00 |

# EXHIBIT R

Printed:  07/30/15 04:40 PM

# Time Sheet Report

Page: 2

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period:  02/20/14 - 07/30/15**

| Case No: | 13-14126 | Case Name: | NANOINK, INC. | Petition Date: | 04/04/13 | |
|---|---|---|---|---|---|---|
| Case Type: | Assets | Judge: | EUGENE R. WEDOFF | 341a Meeting: | 05/29/13 | 01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. NanoSurf. Inc. 14A-497 | Dennis Quaid | | re-write sections whereby Defendant fails to allege facts supporting defenses of new value value and ordinary course of business | | | |
| | | 11/10/14 | Review the draft brief in support the motion to strike the affirmative defenses of Nanosurf | 0.20 | 425.000 | 85.00 |
| | | 11/10/14 | Email to Susan giving up on winning her agreement to accept by recommended changes to the motion to strike the affirmative defenses of Nanosurf | 0.10 | | 0.00 |
| | | 01/28/15 | Review the settlement agreement and preference complaint against Nano surf to gather the essential facts in order to support with the court the approval of the settlement agreement | 0.20 | 425.000 | 85.00 |
| | | 01/28/15 | Court appearance adhering to approve the settlement with Nanosurf and argue in favor of said settlement, which the court does approve | 0.20 | 425.000 | 85.00 |
| | | | | 2.30 | | $935.00 |
| | Susan Barnes De Resendiz | 03/27/14 | Email to S. Nettikadan, general manager of Nano Surf, responding to his letter claiming ordinary course of business defense | 0.10 | 385.000 | 38.50 |
| | | 03/28/14 | Review Trustee's letter to Nano Surf and letter from R. Lemisch, counsel for Nano Surf, regarding desire to settle the preference issues and need for additional time to analyze the preference claims | 0.20 | 385.000 | 77.00 |
| | | 05/16/14 | Review NanoInk's check ledger of preference payments to Nano Surf | 0.20 | 385.000 | 77.00 |
| | | 05/18/14 | Review NanoInk's accounts payable ledger for Nano Surf | 0.10 | 385.000 | 38.50 |
| | | 05/20/14 | Emails to and from Trustee and D. Quaid with draft brief in support of motion to strike Nano Surf's affirmative defenses and Quaid's comment thereon | 0.50 | 385.000 | 192.50 |
| | | 05/28/14 | Emails to and from Trustee discussing communications with Nano Surf and recovery of attorneys' fees in preference cases | 0.20 | 385.000 | 77.00 |
| | | 05/28/14 | Email from R. Lemisch, counsel to Nano Surf, responding to my request for support for defense to ordinary course of business | 0.10 | 385.000 | 38.50 |
| | | 05/29/14 | Research issue of awarding of legal fees to Trustee in preference action per request from Nano Surf counsel | 0.20 | 385.000 | 77.00 |
| | | 06/13/14 | Review email from R. Lemisch, counsel to Nano Surf, and his chart of invoice dates, payment dates, and number of days between each to support defense of ordinary course of business | 0.20 | 385.000 | 77.00 |
| | | 06/19/14 | Analyze email from R. Lemisch, counsel to Nano Surf, regarding its defenses to claim for return of preferential transfers and analyze data and table of invoice dates, payment dates, and number of days between same to demonstrate ordinary course defense, and email to R. Lemisch refuting Nano Surf's | 0.80 | 385.000 | 308.00 |

# Time Sheet Report

**Trustee: DEBORAH K. EBNER, Trustee (330480)**
**Period: 02/20/14 - 07/30/15**

| Case No: | 13-14126 | Case Name: | NANOINK, INC. | Petition Date: | 04/04/13 |
| Case Type: Assets | | Judge: | EUGENE R. WEDOFF | 341a Meeting: | 05/29/13  01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. NanoSurf. Inc. 14A-497 | Susan Barnes De Resendiz | | defenses to Trustee's preference claims | | | |
| | | 06/23/14 | Call from Nano Surf's counsel regarding strength of preference case and settlement collectability | 0.50 | 385.000 | 192.50 |
| | | 06/23/14 | Draft preference complaint against Nano Surf | 1.30 | 385.000 | 500.50 |
| | | 06/24/14 | Emails from and to Trustee with instructions regarding the filing of a preference complaint and issue of collectability of any judgment against Nano Surf | 0.20 | 385.000 | 77.00 |
| | | 06/24/14 | Final revisions to preference complaint against Nano Surf and email to L. Daleccio with instructions for service of complaint | 0.70 | 385.000 | 269.50 |
| | | 06/27/14 | Review and analyze email and financial documents related to Nano Surf from R. Lemisch, counsel to Nano Surf, regarding the financial condition of Nano Surf and its inability to repay preference payments from NanoInk | 0.20 | 385.000 | 77.00 |
| | | 07/08/14 | Revise Nano Surf preference complaint per D. Quaid | 1.10 | 385.000 | 423.50 |
| | | 07/10/14 | Revise preference complaint against Nano Surf | 0.80 | 385.000 | 308.00 |
| | | 08/22/14 | Review Nano Surf's answer and affirmative defenses to Trustee's preference suit | 0.20 | 385.000 | 77.00 |
| | | 10/14/14 | Draft motion to strike Nano Surf's affirmative defenses | 2.20 | 385.000 | 847.00 |
| | | 10/15/14 | Draft brief in support of motion to strike Nano Surf's affirmative defenses | 3.50 | 385.000 | 1,347.50 |
| | | 10/29/14 | Revise motion to strike Nano Surf's affirmative defenses and email to D. Quaid for review and comments | 2.60 | 385.000 | 1,001.00 |
| | | 11/04/14 | Revise motion to strike Nano Surf's affirmative defenses | 0.60 | 385.000 | 231.00 |
| | | 11/05/14 | Revise motion to strike Nano Surf's affirmative defenses and email motion to D. Quaid | 0.30 | 385.000 | 115.50 |
| | | 11/05/14 | Emails to and from Trustee and D. Quaid with draft brief in support of motion to strike Nano Surf's affirmative defenses and Quaid's comment thereon | 0.20 | 385.000 | 77.00 |
| | | 11/07/14 | Review emails from D. Quaid with comments and changes to motion to strike Nano Surf's affirmative defenses and brief in support thereof | 0.20 | 385.000 | 77.00 |
| | | 11/07/14 | Revise draft brief in support of motion to strike Nano Surf's affirmative defenses per comments from D. Quaid | 0.40 | 385.000 | 154.00 |
| | | 11/08/14 | Revise drafts of motion and brief to strike affirmative defenses of Nano Surf | 0.20 | 385.000 | 77.00 |
| | | 11/09/14 | Revise motion to strike Nano Surf's affirmative defenses | 0.20 | 385.000 | 77.00 |
| | | 11/10/14 | Revise brief in support of motion to strike Nano Surf's affirmative defenses | 3.40 | 385.000 | 1,309.00 |
| | | 11/10/14 | Revise motion to strike in Nano Surf's affirmative defenses and email to D. Quaid for comments | 0.70 | 385.000 | 269.50 |

Printed:  07/30/15 04:40 PM

# Time Sheet Report

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period:  02/20/14 - 07/30/15**

| Case No:  13-14126 | | Case Name: NANOINK, INC. | | Petition Date: 04/04/13 | |
|---|---|---|---|---|---|
| Case Type: Assets | | Judge:     EUGENE R. WEDOFF | | 341a Meeting: 05/29/13   01:00PM | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. NanoSurf. Inc. 14A-497 | Susan Barnes De Resendiz | 11/14/14 | Revise brief in support of motion to strike Nano Surf's affirmative defenses | 1.50 | 385.000 | 577.50 |
| | | 11/17/14 | Conference call with K. Goodman and the Trustee to discuss Nano Surf's inability to repay preferential transfers | 0.30 | 385.000 | 115.50 |
| | | 11/17/14 | Email from R. Lemisch with six-month balance sheet for Nano Surf and forward to Trustee | 0.10 | 385.000 | 38.50 |
| | | 11/18/14 | Revise brief in support of motion to strike Nano Surf's affirmative defenses | 3.80 | 385.000 | 1,463.00 |
| | | 11/18/14 | Emails to K. Goodman and D. Quaid re NanoInk brief supporting motion to strike Nano Surf's affirmative defenses | 0.10 | 385.000 | 38.50 |
| | | 11/19/14 | Emails from and to Trustee regarding court's denial of Trustee's motion to strike Nano Surf's affirmative defenses and email to D. Quaid regarding same | 0.20 | 385.000 | 77.00 |
| | | 11/25/14 | Review Nano Surf tax returns and other financial information | 0.20 | 385.000 | 77.00 |
| | | 11/26/14 | Emails to and from Trustee regarding financial status of Nano Surf | 0.20 | 385.000 | 77.00 |
| | | 11/26/14 | Emails from and to R. Lemisch regarding Nano Surf's financial situation and attaching Nano Surf's tax returns and other information | 0.20 | 385.000 | 77.00 |
| | | 12/04/14 | Emails and calls from and to the Trustee to discuss Nanosurf's financial situation, history to invoices and payments, and possibilities for settlement | 0.50 | 385.000 | 192.50 |
| | | 12/04/14 | Prepare two spreadsheets for Trustee regarding Nano Surf's defenses and payment and invoice history:  one using the information from Nano Surf and one using information from NanoInk's records | 1.70 | 385.000 | 654.50 |
| | | 12/05/14 | Revise spreadsheet of invoices from and payments to Nano Surf | 0.60 | 385.000 | 231.00 |
| | | 12/05/14 | Emails to and from Trustee and Karen Goodman, counsel to Nano Surf, regarding ordinary course OF business and other defenses | 0.20 | 385.000 | 77.00 |
| | | 12/08/14 | Email from R. Lemisch regarding discrepancies in Nano Surf's information with NanoInk's information | 0.10 | 385.000 | 38.50 |
| | | 12/08/14 | Emails from and to Trustee regarding settlement offer to Nano Surf | 0.10 | 385.000 | 38.50 |
| | | 12/10/14 | Email from R. Lemisch rejecting Trustee's settlement offer, and email from Trustee with revised settlement offer | 0.10 | 385.000 | 38.50 |
| | | 12/11/14 | Email from Trustee with new settlement offer to settle preference suit with Nano Surf, and email from R. Lemisch with counteroffer | 0.10 | 385.000 | 38.50 |
| | | 12/15/14 | Email from Trustee regarding settlement agreement with Nano Surf | 0.10 | 385.000 | 38.50 |
| | | | | 32.20 | | $12,397.00 |

| **Subtotal for Category: EBNER VS. NANOSURF. INC. 14A-497** | | | | **39.20** | | **$15,189.50** |

Printed: 07/30/15 04:41 PM

**Time Sheet Report**

Page: 1

Trustee: **DEBORAH K. EBNER, Trustee  (330480)**

Period: **02/20/14 - 07/30/15**

| Case No: | 13-14126 | Case Name: NANOINK, INC. | | Petition Date: 04/04/13 | |
|---|---|---|---|---|---|
| Case Type: Assets | | Judge: | EUGENE R. WEDOFF | 341a Meeting: 05/29/13   01:00PM | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. Oxford Instruments 14A-544 | Deborah K. Ebner, Attorney | 10/23/14 | edits to answer to counterclaims of Oxford (Asylum) | 0.30 | 395.000 | 118.50 |
| | | 11/13/14 | Review new draft of motion to strike the affirmative defenses of Asylum | 0.20 | 395.000 | 79.00 |
| | | 11/13/14 | Revise draft of motion to strike affirmative defenses of Asylum as to recoupment and set off to tighten the attack and shorten the motion | 0.30 | 395.000 | 118.50 |
| | | 11/17/14 | Review new draft  from Susan of answer to Asylum's counterclaim and recommend discussion of impact of Supreme Court's decision in Executive Benefits | 0.20 | 395.000 | 79.00 |
| | | 11/25/14 | (Asylum Research) review and edit Motion to strike removing all but 1,2,3,4 and 8 | 0.40 | 395.000 | 158.00 |
| | | 12/17/14 | settlement discussions with counsel for Oxford; agreement to Order resolving discovery dispute, and discussion about claim bar date and impact about same on their defense. | 0.40 | 395.000 | 158.00 |
| | | 12/17/14 | review memorandum of law in support of Oxford position; review cases | 1.30 | 395.000 | 513.50 |
| | | 01/07/15 | Court Appearance before Judge Baer sitting for J. Wedoff regarding Asylum complaint to advise of status and have continued til 1/28/15 | 0.80 | 400.000 | 320.00 |
| | | 01/28/15 | continued settlement negiotiation in court this morning with atty for Oxford in Dennis's absence. | 0.30 | 400.000 | 120.00 |
| | | 02/03/15 | edits to Oxford Settlement Motion to comply with Federal Rule 2002(h) limits; follow through with Order, notice,etc. | 1.40 | 400.000 | 560.00 |
| | | 02/04/15 | dictation of memo re: missing Order on Oxford re: affirmative defenses | 0.30 | 400.000 | 120.00 |
| | | 03/03/15 | review pleadings in preparation for presentation of Motion to Settle Adversary | 0.40 | 400.000 | 160.00 |
| | | 03/03/15 | brief discussion with Defendant atty and step up for presentation of motion to settle. Motion approved | 0.20 | 400.000 | 80.00 |
| | | | | 6.50 | | $2,584.50 |
| | Dennis Quaid | 03/27/14 | Conference with Trustee to advise of issues involved in prosecution of preference demands and recommended solutions | 0.40 | 425.000 | 170.00 |
| | | 07/10/14 | Review the correspondence of Susan providing her analysis of a potential lawsuit against Asylum Research | 0.10 | 425.000 | 42.50 |
| | | 07/10/14 | Responsive correspondence to Susan challenging her conclusions as to the strength of the defenses of Asylum Research | 0.10 | 425.000 | 42.50 |
| | | 07/18/14 | Conference with trustee regarding status in negotiations with Asylum Research and need to push same to a conclusion | 0.20 | 425.000 | 85.00 |
| | | 08/15/14 | Correspondence to Susan de Resendiz responding to her question by stating | 0.10 | 425.000 | 42.50 |

**EXHIBIT S**

Case 13-14126   Doc 270-19   Filed 08/26/15   Entered 08/26/15 22:50:44   Desc
Exhibit   Page 2 of 10

# Time Sheet Report

**Trustee: DEBORAH K. EBNER, Trustee (330480)**

**Period: 02/20/14 - 07/30/15**

| Case No: 13-14126 | Case Name: NANOINK, INC. | | Petition Date: 04/04/13 | |
|---|---|---|---|---|
| Case Type: Assets | Judge: EUGENE R. WEDOFF | | 341a Meeting: 05/29/13   01:00PM | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. Oxford Instruments 14A-544 | Dennis Quaid | | that the real issue is whether property of the debtor was transferred under the contract with Asylum to constitute a preference as opposed to a mere accounting transaction | | | |
| | | 10/20/14 | Review and revise draft of Trustee's answer to Asylum's counterclaim to sharpen the point of there being no damages of Asylum to set off against the Trustee's claim | 0.90 | 425.000 | 382.50 |
| | | 10/21/14 | Correspondence to Susan recommending a more concise motion to strike the affirmative defenses of Asylum and sending a sample | 0.20 | 425.000 | 85.00 |
| | | 10/22/14 | Teleconference of 0.9 hrs with Susan pertaining to content of an affirmative defense sufficient to withstand a motion to strike insofar as being required to admit the occurrence of the preference, the extent of facts that must be pled to state a claim for relief on that affirmative defense, the necessity of rebutting any hypothetical Stern v Marshall issue and the wisdom of attacking the demand for trial by jury | 0.90 | | 0.00 |
| | | 01/06/15 | Review status of preference and contract action against Oxford in preparation for status hearing before court on January 7 | 0.20 | 425.000 | 85.00 |
| | | 01/07/15 | Court appearance before Judge Cassling sitting for Judge Wedoff to report on status of the contract and preference case of the trustee against Asylum, DBA Oxford | 0.60 | 425.000 | 255.00 |
| | | 01/07/15 | Correspondence to trustee reporting on the new court dates for the last two preference cases against Oxford/asylum and Izon and new discovery for Izon at its request | 0.10 | 425.000 | 42.50 |
| | | 01/26/15 | Analyze the long letter of Jeremy Downs, counsel for Oxford, arguing that there is no liability after ordinary course of business and deduction of lost profits from the deposit held by Oxford, but with a $15,000 offer to settle all matters | 0.30 | 425.000 | 127.50 |
| | | 01/26/15 | Extensive correspondence to Jeremy Downs, counsel for Oxford, rebutting his ordinary course of business defense to the preference component and insisting upon production of documents proving lost profits and other set off damages against the deposit | 0.20 | 425.000 | 85.00 |
| | | 01/26/15 | Teleconference with attorney Jeremy Downs for Oxford to debate the existence of lost profits and demand production of documents, proving same, even under a nondisclosure agreement, rejecting his proposal to use historic profits as the measure of the alleged damages | 0.20 | 425.000 | 85.00 |
| | | 01/26/15 | Correspondence to trustee reporting on the negotiations with Oxford to settle, including my rejection of a historic profit margin basis for the alleged set off | 0.20 | 425.000 | 85.00 |

Printed: 07/30/15 04:41 PM

# Time Sheet Report

**Trustee: DEBORAH K. EBNER, Trustee (330480)**
**Period: 02/20/14 - 07/30/15**

| Case No: 13-14126 | Case Name: NANOINK, INC. | Petition Date: 04/04/13 |
|---|---|---|
| Case Type: Assets | Judge: EUGENE R. WEDOFF | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. Oxford Instruments 14A-544 | Dennis Quaid | | against the deposit and demand to see actual documents even under a nondisclosure agreement, the production of said documents being troublesome to Oxford but likely to occur | | | |
| | | 01/26/15 | Review and analyze responsive correspondence from trustee stating her settlement parameters for Oxford | 0.10 | 425.000 | 42.50 |
| | | 01/26/15 | Responsive correspondence to trustee giving a recommendation for a new settlement demand to Oxford | 0.20 | 425.000 | 85.00 |
| | | 01/27/15 | Communication to attorney Jeremy Downs for Oxford demanding settlement of all matters for a payment of $35,000 | 0.10 | 425.000 | 42.50 |
| | | 01/27/15 | Teleconference with attorney Jeremy Downs for Oxford to negotiate a settlement, with him rejecting our demand of $35,000 but not making a counter offer and discussing the merits of the set off defense | 0.30 | 425.000 | 127.50 |
| | | 01/27/15 | Correspondence to trustee reporting on recent settlement discussions with Oxford through attorney Jeremy Downs, with no resolution | 0.10 | 425.000 | 42.50 |
| | | 01/27/15 | Second teleconference with attorney Jeremy Downs for Oxford who proposes either mediation on merits of preference and contract action controversy or a payment of $25,000 against our demand of $35,000 | 0.20 | 425.000 | 85.00 |
| | | 01/27/15 | Correspondence to trustee reporting that Oxford has increased its settlement offer to $25,000 and asking for her position regarding acceptance or rejection of same | 0.10 | 425.000 | 42.50 |
| | | 01/27/15 | Teleconference with trustee who rejects the $25,000 settlement offer of Oxford and proposes a counter demand | 0.10 | 425.000 | 42.50 |
| | | 01/27/15 | Teleconference with attorney Jeremy Downs to reject his offer of $25,000 and reiterate the demand of the trustee for payment of $35,000 or proceed to trial | 0.10 | 425.000 | 42.50 |
| | | 01/27/15 | Memorandum to trustee reporting on the lack of authority of Jeremy Downs to respond to our renewed demand of $35,000 and intention to ask at tomorrow's status hearing for a trial date | 0.10 | 425.000 | 42.50 |
| | | 01/28/15 | Conference with attorney Jeremy Downs for Oxford before the court hearing at which time he accepts the $35,000 settlement and discuss the details of same | 0.20 | 425.000 | 85.00 |
| | | 01/28/15 | Court appearance at the status of the preference and contract suit against Oxford, reporting on the settlement reached this morning and requesting a hearing date to approve or consider said settlement | 0.40 | 425.000 | 170.00 |
| | | 01/29/15 | Analyze the settlement agreement provided by attorney Jeffrey Downs for Oxford, noting several deficiencies | 0.20 | 425.000 | 85.00 |
| | | 01/29/15 | Review the settlement motion prepared by attorney Jeffrey Downs for Oxford, | 0.20 | 425.000 | 85.00 |

Printed: 07/30/15 04:41 PM

# Time Sheet Report

Page: 4

**Trustee: DEBORAH K. EBNER, Trustee  (330480)**

**Period: 02/20/14 - 07/30/15**

| Case No:  13-14126 | Case Name: NANOINK, INC. | Petition Date: 04/04/13 |
|---|---|---|
| Case Type: Assets | Judge:    EUGENE R. WEDOFF | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. Oxford Instruments 14A-544 | Dennis Quaid | | noting the lack of detail in support of the trustee's acceptance of the settlement offer which needs to be beefed up | | | |
| | | 01/29/15 | Correspondence to Jeremy Downs for Oxford proposing additional language for both the settlement agreement and the settlement motion to provide a basis of explanation for the trustee's acceptance of the settlement offer | 0.30 | 425.000 | 127.50 |
| | | 01/29/15 | Received from attorney Jeremy Downs and review his new versions of the settlement agreement and settlement motion for Oxford, incorporating my changes and adding additional changes of his own | 0.30 | 425.000 | 127.50 |
| | | 01/29/15 | Correspondence to attorney Jeremy Downs for Oxford accepting his revised settlement motion and settlement agreement | 0.10 | 425.000 | 42.50 |
| | | 02/03/15 | Review final version of settlement agreement and settlement motion for Oxford as prepared by Jeremy Downs, finding same to be acceptable | 0.10 | 425.000 | 42.50 |
| | | 02/03/15 | Correspondence to attorney Jeremy Downs for Oxford accepting his clean version of the documents and demanding a signed copy of the settlement agreement from his client | 0.10 | 425.000 | 42.50 |
| | | 02/03/15 | Correspondence transmitting to the trustee the execution copies of the Oxford settlement agreement and settlement motion, asking if she will sign the agreement now or at the hearing | 0.10 | 425.000 | 42.50 |
| | | 02/03/15 | Review correspondence of the trustee stating that she will sign the settlement agreement at the hearing to approve same | 0.10 | 425.000 | 42.50 |
| | | 02/03/15 | Correspondence to attorney Jeremy Downs for Oxford advising that the trustee will not sign the settlement agreement now, but only at the settlement hearing to approve same | 0.10 | 425.000 | 42.50 |
| | | 02/03/15 | Received from attorney Jeremy Downs for Oxford yet another version of the settlement agreement with changes, albeit minor, after the date of service of the motion and agreement to approve same | 0.10 | 425.000 | 42.50 |
| | | 02/03/15 | Teleconference with the trustee to alert her to a new version of the Oxford settlement agreement sent by attorney Jeremy Downs and learned that service on all creditors of the motion to approve the settlement agreement has been delayed and that the new version will be incorporated into the service package | 0.10 | 425.000 | 42.50 |
| | | 02/03/15 | Correspondence to attorney Jeremy Downs for Oxford advising that my initial advice was incorrect, and that the service package of the settlement motion has not been yet served and therefore the revised version of the settlement agreement will be incorporated into the package served on all creditors | 0.10 | 425.000 | 42.50 |
| | | 02/03/15 | Teleconference with the trustee who advises that the delayed service of the | 0.20 | 425.000 | 85.00 |

Case 13-14126   Doc 276-19   Filed 08/26/15   Entered 08/26/15 22:50:44   Desc
Exhibit   Page 5 of 10

Printed:  07/30/15 04:41 PM

# Time Sheet Report

Page: 5

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period:  02/20/14 - 07/30/15**

| Case No:  13-14126 | Case Name: NANOINK, INC. | Petition Date: 04/04/13 |
|---|---|---|
| Case Type: Assets | Judge:  EUGENE R. WEDOFF | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. Oxford Instruments 14A-544 | Dennis Quaid | | Oxford settlement motion will not allow 21 days of notice period of time and that a new motion to shorten the time. Is needed | | | |
| | | 02/04/15 | Teleconference with the trustee who advises of a further delay in service of the notice baggage to creditors of the Oxford settlement motion and the need either for a motion to shorten the time or changing the court date | 0.10 | 425.000 | 42.50 |
| | | 02/04/15 | Teleconference with attorney Jeremy Downs for Oxford to explain of a second delay in the service of the package of documents to all creditors including the motion to approve the Oxford settlement, requiring either a new motion to shorten the 21 day notice period or a new court date, to which he agrees | 0.10 | 425.000 | 42.50 |
| | | 02/04/15 | Correspondence to the trustee advising that attorney Jeremy Downs for Oxford understands the problem of the delay in service of the package of documents on all creditors and that he agrees to either a motion to shorten the notice period or setting a new hearing date at a later time | 0.10 | 425.000 | 42.50 |
| | | 02/04/15 | Review communication from trustee stating that Jeremy Downs for Oxford needs to submit an additional order disposing of the motion to strike controversy | 0.10 | 425.000 | 42.50 |
| | | 02/04/15 | Correspondence to attorney Jeremy downs for Oxford requesting that he submit to the court in order dealing with the motion to strike controversy, disposing of the motion, but contingent on approval of the settlement | 0.10 | 425.000 | 42.50 |
| | | 02/06/15 | Received from attorney Jeremy Downs for Oxford his draft order to deny the trustees motion to strike the affirmative defenses, subject to approval of the settlement, noting only one change required | 0.10 | 425.000 | 42.50 |
| | | 02/06/15 | Correspondence to attorney Jeremy Downs for Oxford requesting that he make the one change that I noted in his draft order to dispose of the trustees motion to strike Oxford's affirmative defenses | 0.10 | 425.000 | 42.50 |
| | | 03/02/15 | Memorandum to Trustee setting forth the legal and factual basis in support of the settlement with Oxford for use at the hearing to approve said settlement | 0.30 | 425.000 | 127.50 |
| | | 03/02/15 | Teleconference with Trustee to review support for approval of settlement between estate and Oxford | 0.20 | 425.000 | 85.00 |
| | | | | 10.00 | | $3,867.50 |
| | Susan Barnes De Resendiz | 05/17/14 | Prepare letter to president of Oxford Asylum Research making demand for return of NanoInk prepayments and preferential payments | 0.20 | 385.000 | 77.00 |
| | | 05/18/14 | Email from L. West with ledger pages and canceled checks showing prepayments from NanoInk to Oxford Asylum Research and reply to Ms. West | 0.20 | 385.000 | 77.00 |

# Time Sheet Report

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period:  02/20/14 - 07/30/15**

| Case No:   13-14126 | Case Name: NANOINK, INC. | | Petition Date: 04/04/13 | |
|---|---|---|---|---|
| Case Type: Assets | Judge:   EUGENE R. WEDOFF | | 341a Meeting: 05/29/13  01:00PM | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. Oxford Instruments 14A-544 | Susan Barnes De Resendiz | | concerning the accounting treatment of such prepayments | | | |
| | | 05/20/14 | Emails to and from Trustee regarding preliminary analysis of prepayments assets in Oxford Asylum's possession | 0.20 | 385.000 | 77.00 |
| | | 05/20/14 | Review documents from Asylum Research counsel including Asylum Research's accounts receivable ledgers, invoices, payments, and contracts to determine status of prepayment from NanoInk | 1.70 | 385.000 | 654.50 |
| | | 05/21/14 | Email from L. West with additional evidence of NanoInk prepayments to Oxford | 0.10 | 385.000 | 38.50 |
| | | 05/24/14 | Revise and finalize letter to president of Oxford Asylum Research demanding return of preferential payments | 0.80 | 385.000 | 308.00 |
| | | 05/28/14 | Call from Dick Clark from Oxford Asylum Research to discuss nature of relationship between Asylum and NanoInk, the type of equipment sold, prepayment terms, and charges incurred | 0.70 | 385.000 | 269.50 |
| | | 05/29/14 | Email to D. Clark, counsel to Oxford Asylum, analyzing prepaid account ledger and payments and cancelled checks from NanoInk to Asylum Research | 0.50 | 385.000 | 192.50 |
| | | 06/02/14 | Email from D. Clark, counsel to Oxford Asylum, with purchase orders, sales orders, and invoices from Asylum Research to NanoInk and emails between the parties containing negotiations between the parties and review same | 0.20 | 385.000 | 77.00 |
| | | 06/23/14 | Emails to and from Oxford counsel, Dick Clark, regarding status of NanoInk's prepayments to Asylum Research. | 0.20 | 385.000 | 77.00 |
| | | 06/23/14 | Review emails and other materials from Oxford Asylum and compare to contract terms between NanoInk and Asylum Research | 1.10 | 385.000 | 423.50 |
| | | 06/29/14 | Emails from and to D. Clark, counsel to Oxford, regarding the history of the business agreement between Oxford and NanoInk | 0.20 | 385.000 | 77.00 |
| | | 07/18/14 | Email to D. Clark, counsel for Oxford, questioning the transactions between NanoInk and Asylum Research and requesting dates of delivery of machines and payments therefor as well as a copy of Asylum's accounts receivable ledger related to NanoInk | 0.10 | 385.000 | 38.50 |
| | | 07/18/14 | Review financial information regarding Asylum and draft spreadsheet showing the dates of invoices, payments, etc., between the parties | 2.20 | 385.000 | 847.00 |
| | | 07/22/14 | Emails to and from Trustee and to D. Quaid analyzing the case against Oxford Asylum for turnover of prepayments and deduction from prepayments in January 2013 for invoice to NanoInk for delivery of third machine and preparation of complaint | 0.20 | 385.000 | 77.00 |
| | | 07/22/14 | Emails to and from D. Clark regarding delivery of machine to NanoInk and | 0.20 | 385.000 | 77.00 |

Printed:  07/30/15 04:41 PM

## Time Sheet Report

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

Period:  02/20/14 - 07/30/15

| Case No:  13-14126 | Case Name: NANOINK, INC. | | Petition Date: 04/04/13 |
|---|---|---|---|
| Case Type: Assets | Judge:  EUGENE R. WEDOFF | | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. Oxford Instruments 14A-544 | Susan Barnes De Resendiz | | payment therefor in January 2013 and deduction of $30,050 from prepayments held by Asylum and requesting information for January 2013 delivery and payment of machine and requesting time frame for receipt of answers to my questions | | | |
| | | 07/22/14 | Prepare analysis of case against Oxford Asylum and claims by NanoInk | 0.50 | 385.000 | 192.50 |
| | | 07/23/14 | Email to L. West regarding support for complaint against Asylum for turnover prepayments to Trustee | 0.10 | 385.000 | 38.50 |
| | | 07/24/14 | Emails to and from L. West regarding the prepayments/down payments to Asylum and when they were earned from an accounting perspective | 0.20 | 385.000 | 77.00 |
| | | 07/25/14 | Research case law on what is property of the estate regarding prepayments to Asylum. | 0.30 | 385.000 | 115.50 |
| | | 07/28/14 | Emails to Trustee and D. Quaid regarding rejection of contract in chapter 7 between Asylum and NanoInk | 0.10 | 385.000 | 38.50 |
| | | 07/28/14 | Email from D. Clark with delivery date of machine in January 2013 to NanoInk by Asylum | 0.10 | 385.000 | 38.50 |
| | | 07/28/14 | Review cases on jurisdiction of the bankruptcy court in a Sec. 552 setoff matter | 0.30 | 385.000 | 115.50 |
| | | 07/29/14 | Draft turnover and preference complaint against Oxford Asylum Research and email to Trustee and D. Quaid for comments | 3.40 | 385.000 | 1,309.00 |
| | | 08/02/14 | Email to Trustee reporting on analysis of claims against Oxford Asylum Research | 0.20 | 385.000 | 77.00 |
| | | 08/14/14 | Emails from and to D. Quaid demonstrating with invoices and contract language that the payments from NanoInk to Asylum were prepayments and deductions from prepayments were not discounts | 0.50 | 385.000 | 192.50 |
| | | 08/19/14 | Email to Trustee regarding filing of turnover and preference complaint against Oxford Asylum | 0.10 | 385.000 | 38.50 |
| | | 08/19/14 | Call from D. Clark at Oxford Asylum regarding Trustee's turnover and preference complaint | 0.30 | 385.000 | 115.50 |
| | | 09/03/14 | Emails to and from the Trustee regarding my call with J. Downs and his request for an extension to file an answer to the complaint | 0.20 | 385.000 | 77.00 |
| | | 09/03/14 | Returned J. Downs's call regarding Oxford Asylum Research, and email to J. Downs regarding same; call from J. Downs to discuss the turnover/preference complaint and request for an extension to file answer to complaint | 0.40 | 385.000 | 154.00 |
| | | 09/05/14 | Emails from and to J. Downs regarding extension to file Asylum's answer to the Trustee's complaint | 0.10 | 385.000 | 38.50 |
| | | 09/22/14 | Emails from and to D. Quaid analyzing the Oxford Asylum answer to preference | 0.20 | 385.000 | 77.00 |

Printed: 07/30/15 04:41 PM

# Time Sheet Report

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period:  02/20/14 - 07/30/15**

| Case No:  13-14126 | Case Name: NANOINK, INC. | Petition Date: 04/04/13 |
|---|---|---|
| Case Type: Assets | Judge:   EUGENE R. WEDOFF | 341a Meeting: 05/29/14  01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. Oxford Instruments 14A-544 | Susan Barnes De Resendiz | | complaint | | | |
| | | 09/22/14 | Review and analyze Oxford Asylum's answer and counterclaims to Trustee's preference complaint | 0.30 | 385.000 | 115.50 |
| | | 10/16/14 | Research federal statute and cases regarding supplemental jurisdiction | 1.10 | 385.000 | 423.50 |
| | | 10/16/14 | Emails to J. Downs, counsel to Oxford, regarding extension to file answer to counterclaims | 0.10 | 385.000 | 38.50 |
| | | 10/17/14 | Research regarding supplemental and ancillary jurisdiction of bankruptcy court, defenses to turnover actions, and related issues | 1.30 | 385.000 | 500.50 |
| | | 10/17/14 | Draft answer to Oxford Asylum's counterclaims and research regarding same | 3.50 | 385.000 | 1,347.50 |
| | | 10/19/14 | Revise draft answer to Oxford Asylum's counterclaims | 1.70 | 385.000 | 654.50 |
| | | 10/21/14 | Call from D. Quaid to discuss issues arising from Oxford Asylum's affirmative defenses {and counterclaims | 0.50 | 385.000 | 192.50 |
| | | 10/21/14 | Emails from and to D. Quaid regarding suggestion to include affirmative defenses in answer to Oxford Asylum's counterclaims and reasons for not adding them to answer | 0.20 | 385.000 | 77.00 |
| | | 10/21/14 | Revise answer to Oxford Asylum's counterclaims per D. Quaid suggestions and comments | 0.60 | 385.000 | 231.00 |
| | | 10/22/14 | Call to D. Quaid to discuss answer to Oxford Asylum's counterclaims | 0.60 | 385.000 | 231.00 |
| | | 10/22/14 | Revise answer to Oxford Asylum's counterclaims per discussions with D. Quaid | 0.90 | 385.000 | 346.50 |
| | | 10/23/14 | Email revised draft of answer to Oxford's counterclaims to Trustee and email from Trustee with comments | 0.20 | 385.000 | 77.00 |
| | | 10/23/14 | Revise draft answer to Oxford's counterclaims and finalize for filing; email to L. Daleccio for filing | 0.70 | 385.000 | 269.50 |
| | | 10/27/14 | Emails from and to J. Downs regarding Trustee's answer to Oxford counterclaims | 0.20 | 385.000 | 77.00 |
| | | 10/29/14 | Emails to and from Trustee discussing my conversation with J. Downs regarding the turnover complaint against Oxford and a settlement counteroffer | 0.20 | 385.000 | 77.00 |
| | | 10/29/14 | Call from J. Downs, counsel to Oxford Asylum, to discuss breach of contract, computation of damages, and settlement | 1.10 | 385.000 | 423.50 |
| | | 11/06/14 | Research jurisdiction of bankruptcy court in turnover actions for complaint against Oxford Asylum | 0.80 | 385.000 | 308.00 |
| | | 11/06/14 | Draft motion to strike Oxford's affirmative defenses | 3.40 | 385.000 | 1,309.00 |
| | | 11/07/14 | Revise motion to strike Oxford Asylum's affirmative defenses | 1.50 | 385.000 | 577.50 |

Case 13-14126   Doc 270-19   Filed 08/26/15   Entered 08/26/15 22:50:44   Desc
Exhibit   Page 9 of 10

Printed:  07/30/15 04:41 PM

# Time Sheet Report

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**
**Period: 02/20/14 - 07/30/15**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No:  13-14126 | | Case Name: NANOINK, INC. | | | Petition Date: 04/04/13 | |
| Case Type: Assets | | Judge:    EUGENE R. WEDOFF | | | 341a Meeting: 05/29/13   01:00PM | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. Oxford Instruments 14A-544 | Susan Barnes De Resendiz | 11/09/14 | Research regarding prepetition property of Nanomotion's estate for Oxford Asylum case | 0.20 | 385.000 | 77.00 |
| | | 11/09/14 | Revise draft motion to strike Oxford's affirmative defenses | 1.30 | 385.000 | 500.50 |
| | | 11/10/14 | Review cases on Sec. 542(a) and turnover of property of the estate, motions to strike, permissible affirmative defenses, right to jury trial in bankruptcy court, and knowledge and good faith defenses under Sec. 550(a) for Oxford Asylum suit | 1.20 | 385.000 | 462.00 |
| | | 11/10/14 | Revise motion to strike Oxford's affirmative defenses | 0.80 | 385.000 | 308.00 |
| | | 11/12/14 | Research cases on defenses to turnover action for Oxford Asylum suit | 2.30 | 385.000 | 885.50 |
| | | 11/13/14 | Review cases related to Oxford Asylum's defenses to turnover complaint, setoff, and jurisdiction of bankruptcy court | 1.20 | 385.000 | 462.00 |
| | | 11/13/14 | Emails to Trustee and D. Quaid regarding D. Quaid's comments on the jurisdiction section of the motion to strike Oxford Asylum's affirmative defenses | 0.20 | 385.000 | 77.00 |
| | | 11/13/14 | Emails to and from the Trustee and D. Quaid regarding amended motion to strike Oxford affirmative defenses | 0.20 | 385.000 | 77.00 |
| | | 11/13/14 | Further revisions to motion to strike Oxford Asylum's affirmative defenses per D. Quaid | 0.60 | 385.000 | 231.00 |
| | | 11/14/14 | Review cases in N.D. Ill. bankruptcy court regard Sec. 542(a) and (b) and Oxford Asylum's recoupment claim | 0.20 | 385.000 | 77.00 |
| | | 11/15/14 | Research case law in Supreme Court and 7th Circuit regarding Sec. 542(a) and 542(b) related to Oxford Asylum adversary proceeding | 0.20 | 385.000 | 77.00 |
| | | 11/16/14 | Research Sec. 1367 and case law regarding supplemental jurisdiction of bankruptcy court related to setoff of damages against prepetition prepayments held by Oxford Asylum | 0.40 | 385.000 | 154.00 |
| | | 11/17/14 | Conference call with the Trustee and D. Quaid to discuss motion to strike Oxford Asylum's affirmative defenses | 0.20 | 385.000 | 77.00 |
| | | 11/17/14 | Call to D. Quaid regarding contractual liability for lost profits and setoff in Oxford suit. | 0.40 | 385.000 | 154.00 |
| | | 11/17/14 | Emails from and to D. Quaid regarding changes to Oxford motion regarding jurisdictional issues | 0.20 | 385.000 | 77.00 |
| | | 11/17/14 | Emails from and to J. Downs regarding information to support Oxford's defenses to NanoInk's turnover and preference complaint | 0.20 | 385.000 | 77.00 |
| | | 11/17/14 | Revise brief in support of motion to strike Oxford's affirmative defenses | 1.60 | 385.000 | 616.00 |
| | | 11/18/14 | Review case law on supplemental jurisdiction of the bankruptcy court in Oxford | 0.20 | 385.000 | 77.00 |

Case 13-14126   Doc 276-19   Filed 08/28/15   Entered 08/26/15 22:50:44   Desc
Exhibit   Page 10 of 10

Printed: 07/30/15 04:41 PM

# Time Sheet Report

Page: 10

**Trustee: DEBORAH K. EBNER, Trustee  (330480)**

**Period: 02/20/14 - 07/30/15**

| Case No: 13-14126 | Case Name: NANOINK, INC. | | Petition Date: 04/04/13 |
|---|---|---|---|
| Case Type: Assets | Judge: EUGENE R. WEDOFF | | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. Oxford Instruments 14A-544 | Susan Barnes De Resendiz | | suit | | | |
| | | 11/18/14 | Emails from and to J. Downs re Oxford Asylum's lost profits and other damage claims by Oxford Asylum | 0.10 | 385.000 | 38.50 |
| | | 11/22/14 | Draft brief in support of motion to strike Oxford Asylum's affirmative defenses | 2.40 | 385.000 | 924.00 |
| | | 11/25/14 | Research cases on damages in commercial breach of contract cases | 1.00 | 385.000 | 385.00 |
| | | 11/25/14 | Emails from and to Trustee regarding amendments to motion to strike Oxford's affirmative defenses | 0.20 | 385.000 | 77.00 |
| | | 11/25/14 | Draft amended motion to strike Oxford Asylum's affirmative defenses and brief in support | 2.90 | 385.000 | 1,116.50 |
| | | 12/03/14 | Prepare spreadsheet analysis of Asylum invoices and Nanolnk's payments for Trustee's settlement negotiations | 1.20 | 385.000 | 462.00 |
| | | 12/03/14 | Revise draft amended motion to strike Oxford Asylum's affirmative defenses and brief in support of motion to strike | 4.40 | 385.000 | 1,694.00 |
| | | 12/04/14 | Revise draft amended motion to strike Oxford Asylum's affirmative defenses and brief in support of amended motion to strike Oxford Asylum's affirmative {d}efenses | 2.90 | 385.000 | 1,116.50 |
| | | 12/12/14 | Email from J. Downs and review letter regarding Oxford Asylum's position on Trustee's turnover complaint | 0.10 | 385.000 | 38.50 |
| | | 12/15/14 | Email to J. Downs requesting copies of cases that Oxford Asylum is relying on for its defenses to Trustee's turnover complaint | 0.10 | 385.000 | 38.50 |
| | | 12/23/14 | Email from J. Downs, counsel to Oxford Asylum, regarding sending his letter to Trustee | 0.10 | 385.000 | 38.50 |
| | | 01/04/15 | Emails from and to J. Downs regarding sending letter from Oxford to Trustee and settlement | 0.10 | 385.000 | 38.50 |
| | | 01/09/15 | Emails to and from J. Downs, counsel for Oxford Asylum, regarding legal brief requested by Trustee to be distributed to all parties | 0.10 | 385.000 | 38.50 |
| | | 01/13/15 | Email from J. Downs regarding letter from Oxford Asylum explaining its defenses to turnover motion | 0.10 | 385.000 | 38.50 |
| | | | | 62.00 | | $23,870.00 |

| **Subtotal for Category: EBNER VS. OXFORD INSTRUMENTS 14A-544** | | | | **78.50** | | **$30,322.00** |

| **Total for Case:  13-14126** | | | | **78.50** | | **$30,322.00** |

Case 13-14126   Doc 276-20   Filed 08/26/15   Entered 08/26/15 22:50:44   Desc
Exhibit   Page 1 of 1

Printed:  07/30/15 04:43 PM

# Time Sheet Report

Page: 1

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period:  02/20/14 - 07/30/15**

| Case No:   13-14126 | Case Name: NANOINK, INC. | | Petition Date: 04/04/13 | |
|---|---|---|---|---|
| Case Type: Assets | Judge:   EUGENE R. WEDOFF | | 341a Meeting: 05/29/13 | 01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Ebner vs. Photo Sciences, Inc. 14A-498 | Deborah K. Ebner, Attorney | 11/17/14 | Correspondence to Susan regarding motion to strike as to Photo Sciences and need to conform arguments to those we deployed against Nanosurf | 0.10 | 395.000 | 39.50 |
| | | 11/25/14 | edit Motion for default on Photo Sciences and file | 0.60 | 395.000 | 237.00 |
| | | 11/25/14 | review and edit Photo Sciences Order and correct judgment order | 0.20 | 395.000 | 79.00 |
| | | | | 0.90 | | $355.50 |
| | Dennis Quaid | 07/10/14 | Approve the preference complaint prepared by Susan against Photo Sciences with one change required | 0.10 | 425.000 | 42.50 |
| | Susan Barnes De Resendiz | 05/26/14 | Review Feb. 14 letter from W. Welsh of Photo Sciences responding to the Trustee's demand for repayment of preferential transfers from NanoInk, account ledger, and other information | 0.10 | 385.000 | 38.50 |
| | | 05/27/14 | Email to W. Welch from Photo Sciences demanding settlement of preference payments or information to support defense of new value and ordinary course of business | 0.20 | 385.000 | 77.00 |
| | | 05/28/14 | Email from W. Welsh of Photo Sciences regarding receipt of preferential transfers from NanoInk | 0.10 | 385.000 | 38.50 |
| | | 06/23/14 | Emails from and to W. Welch from Photo Sciences regarding NanoInk's preference claims against Photo Sciences | 0.20 | 385.000 | 77.00 |
| | | 06/23/14 | Draft preference complaint against Photo Sciences | 1.30 | 385.000 | 500.50 |
| | | 06/24/14 | Revise preference complaint against Photo Sciences and email to Trustee for filing | 0.80 | 385.000 | 308.00 |
| | | 07/08/14 | Revise Photo Sciences complaint per D. Quaid | 0.50 | 385.000 | 192.50 |
| | | 07/10/14 | Revise preference complaint against Photo Sciences | 0.70 | 385.000 | 269.50 |
| | | 11/17/14 | Email draft pleadings for motion for default against Photo Sciences to Trustee and D. Quaid | 0.10 | 385.000 | 38.50 |
| | | 11/17/14 | Email to Trustee with 7th Cir. and N.D. Ill. case quotations regarding prejudgment interest in preference suits related to Allied Engineering and Photo Sciences suits | 0.60 | 385.000 | 231.00 |
| | | 11/17/14 | Draft Motion to Default, Entry of Default, Judgment of Default, and Notice of Default in Photo Sciences suit | 1.10 | 385.000 | 423.50 |
| | | | | 5.70 | | $2,194.50 |

**EXHIBIT T**

| Subtotal for Category: EBNER VS. PHOTO SCIENCES, INC. 14A-498 | 6.70 | $2,592.50 |
|---|---|---|

# Time Sheet Report

**Trustee: DEBORAH K. EBNER, Trustee (330480)**

**Period: 08/28/13 - 08/28/13**

| Case No:   13-14126 | Case Name: NANOINK, INC. | Petition Date: 04/04/13 |
|---|---|---|
| Case Type: Assets | Judge:       EUGENE R. WEDOFF | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| CLAIMS ADMINISTRATION | Deborah K. Ebner, Attorney | 08/28/13 | review board minutes for guidance on implemantation of metrics for use in determining employee bonuss for the following year; policy developed which was what we opted to use; (1) was bonus set at motion....Co. had to meet a metric for prior years...but there was a policy that seemed to develop. | 0.30 | 395.000 | 118.50 |
| | Subtotal for Category: CLAIMS ADMINISTRATION | | | 0.30 | | $118.50 |
| **Total for Case:  13-14126** | | | | 0.30 | | $118.50 |
| **Total for Trustee:  DEBORAH K. EBNER, Trustee** | | | | 0.30 | | $118.50 |

| **Grand Total:** | 0.30 | $118.50 |
|---|---|---|

# EXHIBIT U

Printed:  07/30/15 03:34 PM

# Time Sheet Report

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period:  01/06/14 - 01/06/14**

Page: 1

| Case No: | 13-14126 | | Case Name: NANOINK, INC. | | Petition Date: 04/04/13 | |
|---|---|---|---|---|---|---|
| Case Type: | Assets | | Judge:   EUGENE R. WEDOFF | | 341a Meeting: 05/29/13   01:00PM | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 363 Sales | Deborah K. Ebner, Attorney | 01/06/14 | review and analysis of factual and legal basis upon Phoenix International Business Logistic, Inc.'s stay lift motion based per reply brief in light of sale order, with notice to Phoenix, authorizing sale free and clear of liens, and draft outline for argument; hearing scheduled for tomorrow. | 1.00 | 395.000 | 395.00 |
| | Subtotal for Category: 363 SALES | | | **1.00** | | **$395.00** |
| **Total for Case:  13-14126** | | | | **1.00** | | **$395.00** |
| **Total for Trustee:  DEBORAH K. EBNER, Trustee** | | | | **1.00** | | **$395.00** |

| | | |
|---|---|---|
| **Grand Total:** | **1.00** | **$395.00** |

Printed: 07/30/15 03:34 PM

# Time Sheet Report

Page: 1

**Trustee: DEBORAH K. EBNER, Trustee (330480)**

**Period: 11/11/13 - 12/10/13**

| Case No: 13-14126 | Case Name: NANOINK, INC. | Petition Date: 04/04/13 |
|---|---|---|
| Case Type: Assets | Judge: EUGENE R. WEDOFF | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| LITIGATION | Dennis Quaid | 11/11/13 | Teleconference with Tony Scandora, the estate's computer expert, directing him to extract specific documents from the IT system of the Debtor to be used in the preference analysis of payments made to creditors | 0.30 | 425.000 | 127.50 |
| | | 11/11/13 | Correspondence to trustee emphasing the danger of the asserted storage lien of Phoenix as possibly constituing a third party claim from the purchaser represented by attorney Schreiber if the court rules that the lien is good and purchaser acquired the equipment | 0.20 | 425.000 | 85.00 |
| | | 11/12/13 | Teleconference with Tony Scandora re: AP reports | 0.10 | 425.000 | 42.50 |
| | | 11/13/13 | Teleconference with Tony re: AP reports | 0.20 | 425.000 | 85.00 |
| | | 11/13/13 | Correspondence to trustee to report on continuing problems of Scandora in accessing accounts payable records and delaying prederence analysis | 0.10 | 425.000 | 42.50 |
| | | 11/13/13 | Conference call with Trustee and Tony Scandora regarding Accounts Payable records of the IT system of the debtor | 0.30 | 425.000 | 127.50 |
| | | 11/13/13 | Teleconference with Ben Pothast, COO, seeking recommendations for employees who formerly used the computerized records of Debtor, specifically, the accounts payable records, in order to analyze the scheduled avoidance actions | 0.20 | 425.000 | 85.00 |
| | | 11/13/13 | Teleconference with Gus Paloian, attorney for the Debtor, to seek his records regarding avoidance actions as described in the Statement of Financial Affairs, being referred  this associate,  Brett Harper | 0.10 | 425.000 | 42.50 |
| | | 11/13/13 | Correspondence to Gus Paloian confirming request for supporting documents regarding avoidance actions | 0.10 | 425.000 | 42.50 |
| | | 11/14/13 | review correspondence from Gus Paloian describing in general the documents available re avoidance actions | 0.10 | 425.000 | 42.50 |
| | | 11/14/13 | Correspondence to Amy Hijjawi, associate, describing the analysis needed when we received the documents evidencing the avoidance actions | 0.20 | 425.000 | 85.00 |
| | | 11/14/13 | Receive  from Bret Harper and review the lists of payments made  to creditors within 90 days of the bankruptcy petition as a starting point for the analysis of preference actions | 0.80 | 425.000 | 340.00 |
| | | 11/15/13 | Analyze the Debtor's charts regarding payments made to the creditors within 90 days and determine how much of claims is still owed to each such creditor | 0.50 | 425.000 | 212.50 |
| | | 11/15/13 | Analyze the correspondence from attorney Daniel Ark, one of the IP attorneys, evaluating the defense to the Northwestern attorney fee claim | 0.10 | 425.000 | 42.50 |
| | | 11/15/13 | Correspondence to Trustee recommending a resolution of the Northwestern attorney fee dispute based on the recommendation of IP attorney Daniel Ark | 0.20 | 425.000 | 85.00 |

# Time Sheet Report

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period:  11/11/13 - 12/10/13**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No:**  13-14126 | **Case Name:** NANOINK, INC. | | | **Petition Date:** 04/04/13 | | |
| **Case Type:** Assets | **Judge:**   EUGENE R. WEDOFF | | | **341a Meeting:** 05/29/13   01:00PM | | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| LITIGATION | Dennis Quaid | 11/25/13 | Review correspondence of Tony Scandora asking 12 questions concerning the quantity and quality of documents required for the preference  analysis from the account payable records | 0.10 | 425.000 | 42.50 |
| | | 11/25/13 | Correspondence to Tony Scandora instructing him on how to deal with apparent duplicates of creditors on the list of 50 preference  defendants and how to handle other situations, in answering his 12 questions | 0.20 | 425.000 | 85.00 |
| | | 11/26/13 | Further work on the preference analysis | 0.60 | 425.000 | 255.00 |
| | | 11/26/13 | Teleconference with Tony Scandora to learn of the success (or lack of same) of his efforts to access the accounts payable records of the computer for use in evaluating the scheduled preferences | 0.10 | 425.000 | 42.50 |
| | | 11/26/13 | Review correspondence between the outside IT expert and Tony Scandora | 0.10 | 425.000 | 42.50 |
| | | 11/26/13 | Correspondence to the Trustee evaluating weakness of asserted storage lien of Phoenix and proposed strategy to oppose same, especially as same may ripen into an administrative claim in a sum greated than the market value of the equipment subject to the alleged lien | 0.10 | 425.000 | 42.50 |
| | | 11/26/13 | Correspondence to Ben Pothast requesting information, documents and identities of employees involved with Phoenix to serve as evidence in opposition to the claim lien of Phoenix on equipment, the sale value of the equipment, the course of dealing with Phoenix and defenses thereto | 0.20 | 425.000 | 85.00 |
| | | 11/26/13 | Correspondence to trustee summarizing the problem between Phoenix International and the purchaser of equipment from the trustee which may create an administrative expense for the estate | 0.20 | 425.000 | 85.00 |
| | | 11/27/13 | Review correspondence of Ben Pothast regarding Accounts Payable records | 0.10 | 425.000 | 42.50 |
| | | 11/27/13 | Correspondence to Trustee regarding corporate files | 0.10 | 425.000 | 42.50 |
| | | 11/27/13 | Receive and review correspondence from attorney Scott Kenig for Phoenix International with the briefing schedule for his motion for relief | 0.10 | 425.000 | 42.50 |
| | | 11/27/13 | Correspondence to attorney Scott Kenig for Phoenix International, to Trustee and attorney Schreiber for purchaser, acknowledging briefing schedule and advising those other parties of the briefing schedule | 0.10 | 425.000 | 42.50 |
| | | 11/27/13 | Correspondence to Ben Pothast , COO, as to his knowledge of the identity, location and value of the equipment of Debtor allegedly subject to the transit lien of Phoenix | 0.10 | 425.000 | 42.50 |
| | | 12/03/13 | Teleconference with Tony Scandora to assess his description of the problems encountered in accessing the server in order to retrieve the accounts pabale records for evaluating preference actions and apparent defenses | 0.20 | 425.000 | 85.00 |

Case 13-14126    Doc 276-21    Filed 08/26/15    Entered 08/26/15 22:50:44    Desc
Exhibit    Page 5 of 5

Printed:  07/30/15 03:34 PM

# Time Sheet Report

Page: 4

**Trustee:  DEBORAH K. EBNER, Trustee  (330480)**

**Period:  11/11/13 - 12/10/13**

| Case No: | 13-14126 | Case Name: NANOINK, INC. | Petition Date: 04/04/13 |
|---|---|---|---|
| Case Type: Assets | | Judge:    EUGENE R. WEDOFF | 341a Meeting: 05/29/13   01:00PM |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| LITIGATION | Dennis Quaid | 12/03/13 | Memorandum to trustee answering her inquiries pertaining to the timing, cost and aparent defenses to the schedules avaoidance actions | 0.10 | 425.000 | 42.50 |
| | | 12/03/13 | Memorandum to trustee responding to her request for an estimate of the timing of preparation and mailing of demand letters relating to the avoidance actions | 0.10 | 425.000 | 42.50 |
| | | 12/06/13 | Teleconference with Tony Scandora to ascertain timing and cost of accessing the computerized accounts payable records of debtor based on the defective server problems | 0.10 | 425.000 | 42.50 |
| | | 12/06/13 | Conference call with Tony Scandora and the trustee to consider available new alternatives to access the computerized accounts payable records in order to perform the preference analysis, including using former employees of the Debtor familar with the ancient computer of the Debtor or outside experts that formerly worked on the computer | 0.40 | 425.000 | 170.00 |
| | | 12/10/13 | Correspondence to Tony Scandora, computer expert, requesting assistance in accessing the due diligence records of the estate to evaluate the claim of Phoenix to holding a storage lien on certain equipment in transit | 0.10 | 425.000 | 42.50 |
| | | 12/10/13 | Review responsive correspondence from Tony Scandora re: difficulty retrieving payroll information for review of wage claim | 0.10 | 425.000 | 42.50 |
| | | | | 9.80 | | $4,165.00 |
| | | | **Subtotal for Category: LITIGATION** | 9.80 | | $4,165.00 |
| **Total for Case:  13-14126** | | | | 9.80 | | $4,165.00 |
| **Total for Trustee:  DEBORAH K. EBNER, Trustee** | | | | 9.80 | | $4,165.00 |

| Grand Total: | 9.80 | $4,165.00 |
|---|---|---|

# Expense Worksheet

### Period: 02/20/14 - 07/30/15

### Trustee: DEBORAH K. EBNER, Trustee (330480)

| Case Number: | 13-14126 | Case Name: | NANOINK, INC. |
|---|---|---|---|
| Case Type: | Assets | Judge: | EUGENE R. WEDOFF |
| Petition Date: | 04/04/13 | 341a Meeting: | 05/29/13   13:00 |

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 02/20/14 | postage for mailing of fee apps and protcool motion | 29.00 | $1.820 | $52.78 |
| 02/20/14 | copies of fee apps and protcool motion | 3,900.00 | $0.100 | $390.00 |
| 05/21/14 | copies for Nano Lith sale | 27.00 | $0.100 | $2.70 |
| 07/24/14 | mailing of adversaries and summonses | 10.00 | $0.490 | $4.90 |
| 07/24/14 | copies of adversary complaints and summonses | 100.00 | $0.100 | $10.00 |
| 08/11/14 | copies of Asylum adversary | 18.00 | $0.100 | $1.80 |
| 11/25/14 | copies for discovery templates | 36.00 | $0.100 | $3.60 |
| 11/25/14 | postage for mailing of tax returns | 1.00 | $1.670 | $1.67 |
| 11/25/14 | postage for mailing of tax returns | 4.00 | $1.680 | $6.72 |
| 11/25/14 | postage - CA. Franchise tax return | 2.00 | $2.210 | $4.42 |
| 02/03/15 | copies - motion to authorize settlement for Oxford, collection atty and retention of special counsel | 62.00 | $0.100 | $6.20 |
| 02/03/15 | copies for interim fee app | 15.00 | $0.100 | $1.50 |
| 02/04/15 | postage for domestic mailing of Trustee'd 2d fee app; app to retain special counsel; motion to settle; & adversary motion to settle | 146.00 | $2.030 | $296.38 |
| 02/04/15 | postage for international mailing of Trustee'd 2d fee app; app to retain special counsel; motion to settle; & adversary motion to settle | 4.00 | $3.330 | $13.32 |
| 02/04/15 | copies made while preparing mailing for today | 27.00 | $0.100 | $2.70 |
| 02/04/15 | copies of Trustee'd 2d fee app; app to retain special counsel; motion to settle; & adversary motion to settle | 4,380.00 | $0.100 | $438.00 |
| 03/11/15 | PACER charges | 32.00 | $0.100 | $3.20 |
| 05/15/15 | copies of ltr to wage claimants | 66.00 | $0.100 | $6.60 |
| 05/15/15 | postage for mailing of letter to wage claimants | 66.00 | $0.490 | $32.34 |
| 05/18/15 | Arrow Messenger delivery to Lois West of checks | 1.00 | $7.500 | $7.50 |
| 05/19/15 | Arrow Messenger delivery to Quarles & Brady | 1.00 | $7.000 | $7.00 |
| 05/27/15 | postage for mailing of governmental agency distribution checks | 12.00 | $0.490 | $5.88 |
| 06/10/15 | check copies and voucher copies | 6.00 | $0.100 | $0.60 |
| 06/10/15 | reissue wage checks | 4.00 | $0.460 | $1.84 |
| 06/10/15 | deliv  to Lois West | 1.00 | $7.250 | $7.25 |
| 06/15/15 | copies of Stokes and Warwick claims | 33.00 | $0.100 | $3.30 |

# EXHIBIT W

# Expense Worksheet

## Period:  02/20/14 - 07/30/15

### Trustee: DEBORAH K. EBNER, Trustee (330480)

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 13-14126 | **Case Name:** | NANOINK, INC. | |
| **Case Type:** | Assets | **Judge:** | EUGENE R. WEDOFF | |
| **Petition Date:** | 04/04/13 | **341a Meeting:** | 05/29/13   13:00 | |

| Date | Description | | | Amount |
|---|---|---|---|---|
| 07/24/15 | (est) postage for mailing of 2d distribution to wage claimants | 70.00 | $0.490 | $34.30 |
| 07/27/15 | misc copies | 150.00 | $0.100 | $15.00 |
| 07/29/15 | misc copies | 130.00 | $0.100 | $13.00 |
| 07/30/15 | (est) postage for mailing of MT Abandon Assets | 1.00 | $70.640 | $70.64 |
| 07/30/15 | (est) copies for MT Abandon assets | 1,380.00 | $0.100 | $138.00 |
| 07/30/15 | misc copies | 250.00 | $0.100 | $25.00 |

**Total for case  13-14126:**     $1,608.14

**Grand Total:**     $1,608.14